| United States Bankruptcy Court<br>District of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MEDSCI DIAGNOSTICS, INC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>66-0690676 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>CONDOMINIO SON SID -- SUITE 1<br>1319 Ashford Ave.<br>ZIP CODE 00907 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>San Juan | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>CONDOMINIO SON SID -- SUITE 1<br>1319 Ashford Ave. SAN JUAN PR 00907<br>ZIP CODE 00907 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☑ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."  ☑ Debts are primarily business debts.

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐    Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

# Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code.
     Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the
     chapter of title 11 specified in this petition.  A certified copy of the
     order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X **/s/ EDGARDO MUNOZ**
_____
Signature of Attorney for Debtor(s)
**EDGARDO MUNOZ**
_____
Printed Name of Attorney for Debtor(s)

Firm Name **EDGARDO MUNOZ, PSC**
Address **GPO BOX 360971**
       **SAN JUAN PR 00936-0971**
_____

**787-524-3888**
_____
Telephone Number
**6/5/2010**
_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** |
|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ralph Vallone**
_____
Signature of Authorized Individual
**Ralph Vallone**
_____
Printed Name of Authorized Individual
**Vice President**
_____
Title of Authorized Individual
**6/5/2010**
_____
Date

# CERTIFICATE OF CORPORATE RESOLUTION

I, Carmen Ramos Avilés, of legal age, married secretary of MEDSCI DIAGNOSTICS, INC. , and resident of San Juan do hereby CERTIFY that the following resolution was approved by the corporation set forth below:

1.   At the meeting held on May 7th, 2010 the Board of Directors of MEDSCI DIAGNOSTICS, INC. agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2.   That the corporation has been informed and counseled of the meaning of the Chapter 11 of the Bankruptcy Code.

3.   That at the meeting of shareholders held on the same date, the decision to file under Chapter 11 was unanimously approved.

4.   That it was also agreed that the services of attorney EDGARDO MUÑOZ of the firm EDGARDO MUÑOZ, PSC would be retained for such purposes.

5.   That it was also agreed that either Ralph Vallone or Osvaldo Carlo Linares are authorized to execute and sign the Petition, Schedules and Statement of Financial Affairs and any other document related to the bankruptcy filing.

IN WITNESS HEREOF and certified under penalty of perjury that the foregoing is correct, I hereby sign this Resolution this ⁷ᵗʰ day of ᵐᵃʸ , 2010.

BY: _____
    Carmen Ramos Avilés
    Secretary of the Corporation

[ s e a l ]

# United States Bankruptcy Court

_____ District Of  PUERTO RICO _____

**In re**

MEDSCI DIAGNOSTICS, INC                       Case No.      10-  _____

**Debtor**                                     Chapter  ___  11  _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s)
    in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hr rate $275 _____

    Prior to the filing of this statement I have received  a retainer of  . . . . . . . . . . . . . . . . . . $  $10,000 see ¶5.e

    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ PEND. APPLIC.

2.  The source of the compensation paid to me was:

    ☒ Debtor                    ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor                    ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
        members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
        members or associates of my law firm.  A copy of the agreement, together with a list of the names of
        the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether
        to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

The $1,039 was advanced by debtor to cover the filing fees.  Additionally, a retainer of $10,000 was received to be credited toward fee appliactions to be filed with the court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

6/5/2010 _____

*Date*

/s/ EDGARDO MUNOZ _____

*Signature of Attorney*

EDGARDO MUNOZ PSC _____

*Name of law firm*

</div>

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re

MEDSCI DIAGNOSTICS, INC.

Debtor

CASE NO.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 USC §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parents or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 USC § 112 and Fed. R. Bankr. P. 1007(m).

CARLOS A. SUAREZ
PBM 396,
405 ESMERALDA AVE
GUAYNABO, PR 00969-4457
787-448-0037 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 300.00

CRIM
PO BOX 195387
SAN JUAN , PR 00919-5387 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $771,884.32

DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41601
PHILADELPHIA, PA 19101-1601 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $234.18
787-641-4690

DIAGNOSTIC IMAGING SUPPLIES & SERVICES
PO BOX 9326
SAN JUAN, PR 00922-1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $263,899.35
787-781-3477

DIAGNOSTIC PRODUCT FOR IMAGING, INC.
AMELIA DISTRIBUTION CENTER

DIANA STREET #43
GUAYNABO, PR 00969. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $134,239.41
787-783-2650

DR. FELIX APONTE LA LUZ
PO BOX 1330
CAGUAS, PR 00726-1330. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $14,850.00
787-586-6789

DR. OSCAR ZAVALA
COND. PASARELLA CONDADO
1210 MAGDALENA AVE APT 801
SAN JUAN, PR 00907. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $45.460.00
787-470-4438

EASY FINANCE
PO BOX 3123
BAYAMÓN, PR 00960-3123. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,129.99

EL COMANDANTE OFFICE SUPPLIES
AVE. SAN MARCOS EDF.B-2
URB. INDUSTRIAL EL COMANDANTE
CAROLINA, PR 00982.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $575.58
787-769-2509

HITACHI MEDICAL SYSTEMS AMERICA, INC.
1959 SUMMIT COMMERCE PARK
TWINSBURG, OH 44087.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $385,175.06
330-425-1313

INTERNAL REVENUES SERVICES
(SOC. SEC.& MEDICARE)
PO BOX 105273
ALTLANTA , GA 30348-5273. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,216.61

RECOMS REALTY
1509 LOPEZ LANDRON PH
SAN JUAN, PR 00911. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,780.90
787-300-6483

RELIABLE FINANCIAL SERVICES, INC.
9615 AVE. LOS ROMEROS
SUITE 1100 URB. MONTEHIEDRA
SAN JUAN , PR 00926. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $12,743.28

SECRETARIO DE HACIENDA
NEGOCIADO DE CONTRIBUCION SOBRE INGRESOS
PO BOX 2501
SAN JUAN , PR 00902-2501. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $715.54

Aeronet Wireless Broad
PO BOX 270013
SAN JUAN, PR 00927-0013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,744.65
787-273-4143

Jet Diagnostic
PO Box 70169
SAN JUAN, PR 00936 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,400.00
787-767-0000

Julio Pellot
PO Box 1282
Trujillo Alto PR 00977-1282 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $99.05
787-755-4083

Ana Monica Vizcarrondo
AN 22 Calle Rio Manati
Rio Hondo II
Bayamon PR 00961 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $9,751.07
787-221-5722

Roxanna Pabon
# 227 C-2 Apt. B- 324
Parque de Arcoiris
Trujillo Alto PR00975 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,801.54
787-587-2723

Barbara G Febres Elias
Cond Intersuites Apt 1 A
Marginal 3000
Carolina PR 00979. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $617.26

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of _3_ pages, is true, correct and complete to the best of my knowledge.


Date: 6/5/2010


/s/ RALPH VALLONE, ESQ
     Vice-president

MEDSCI DIAGNOSTICS, INC
CONDOMINIO SON SID -- SUITE 1
1319 Ashford Ave.
 SAN JUAN PR 00907

List of Equity Security Holders

 RALPH VALLONE, ESQ.
CONDOMINIO SON SID -- SUITE 1
1319 Ashford Ave. SAN JUAN PR 00907


OSVALDO CARLO, ESQ
1509 LOPEZ LANDRON
PISO 10
SAN JUAN, PR 00911

UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In re

MEDSCI DIAGNOSTICS, INC

Debtor                                                    Case No.

                                                    Chapter 11

VERIFICATION OF List of Equity Security Holders

I hereby certify under penalty of perjury that the attached List of Equity Security Holders which
consists of  _2_ pages, is true, correct and complete to the best of my knowledge.


Date : 6/5/2010



/s/ RALPH VALLONE, ESQ
        Vice-president

MEDSCI DIAGNOSTICS, INC
CONDOMINIO SON SID -- SUITE 1
1319 Ashford Ave. SAN JUAN PR 00907

List of Creditors

MEDSCI DIAGNOSTICS, INC
CONDOMINIO SON CID -- SUITE 1
1319 Ashford Ave. SAN JUAN PR 00907

SCOTIABANK/ RG PREMIER BANK
PO BOX 362394
SAN JUAN , PR 00936-2394

 CARLOS A. SUAREZ
PBM 396,
405 ESMERALDA AVE
GUAYNABO, PR 00969-4457

CRIM
PO BOX 195387
SAN JUAN , PR 00919-5387

 DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41601
PHILADELPHIA, PA 19101-1601

 DEPARTAMENTO  DEL TRABAJO
Y RECURSOS HUMANOS- DESEMPLEO)
SECCION DE CONTRIBUCION
PO BOX 191021
SAN JUAN , PR 00919-1021

 DEPARTAMENTO  DEL TRABAJO
Y RECURSOS HUMANOS- INC.)
SECCION DE CONTRIBUCION
PO BOX 191020
SAN JUAN , PR 00919-1020

 DIAGNOSTIC IMAGING SUPPLIES & SERVICES
PO BOX 9326
SAN JUAN, PR 00922-1923

 DIAGNOSTIC PRODUCT FOR IMAGING, INC.
AMELIA DISTRIBUTION CENTER
DIANA STREET #43
GUAYNABO, PR 00969

DR. FELIX APONTE LA LUZ
PO BOX 13330
CAGUAS, PR 00726

DR. OSCAR ZAVALA
COND. PASARELLA CONDADO
1210 MAGDALENA AVE APT 801
SAN JUAN, PR 00907

EASY FINANCE
PO BOX 3123
BAYAMÓN, PR 00960-3123

EL COMANDANTE OFFICE SUPPLIES
AVE. SAN MARCOS EDF.B-2
URB. INDUSTRIAL EL COMANDANTE
CAROLINA, PR 00982

HITACHI MEDICAL SYSTEMS AMERICA, INC.
1959 SUMMIT COMMERCE PARK
TWINSBURG, OH 44087

INTERNAL REVENUES SERVICES
(SOC. SEC.& MEDICARE)
PO BOX 105273
ALTLANTA , GA 30348-5273

INTERNAL REVENUES SERVICES
( FEDERAL UNEMPLOYMENT)
PO BOX 105273
ALTLANTA , GA 30348-5274

LAUSELL & CARLO
1509 LOPEZ LANDRON
PISO 10
SAN JUAN, PR 00911

MBI DIAGNOSTIC IMACING, INC.
PO BOX 157
BAYAMON, PR 00960-9141

PUERTO RICO HOSTING
PO BOX 375308

CAYEY, PR 00737

PUERTO RICO TELEPHONE
PO BOX 71535
SAN JUAN, PR 00936-8635

RECOMS REALTY
1509 LOPEZ LANDRON PH
SAN JUAN, PR 00911

REGULATORY COMPLIANCE SERVICES
1509 LOPEZ LANDRON PH
SAN JUAN, PR 00911

RELIABLE FINANCIAL SERVICES, INC.
9615AVE. LOS ROMEROS
SUITE 1100 URB. MONTEHIEDRA
SAN JUAN , PR 00926

RG PREMIER BANK
PO BOX 2510
GUAYNABO, PR 00970-2511

RICOH
AVE. PONCE DE LEON 431
EDF NACIONAL PLAZA SUITE 1700
SAN JUAN, PR 00917

RIOS AIR CONDITIONING
1608 CALLE LIRIOS URB. ENCANTO
JUNCOS, PR 00777-7786

SECRETARIO DE HACIENDA
NEGOCIADO DE CONTRIBUCION SOBRE INGRESOS
PO BOX 2501
SAN JUAN , PR 00902-2501

SEC DE HACIENDA
P.O. BOX 9024140
SAN JUAN, P.R. 00902-4140

IRS
INTERNAL REVENUE SERVICE CENTER

KANSAS CITY, MO 64999

Aeronet Wireless Broad
PO BOX 270013
SAN JUAN, PR 00927-0013

Jet Diagnostic
PO Box 70169
SAN JUAN, PR 00936

Roxanna Pabon
# 227 C-2 Apt. B- 324
Parque de Arcoiris
Trujillo Alto PR00975

Gloria Flores
Villas de Gurabo
Gurabo PR 00778

Julio Pellot
PO Box 1282
Trujillo Alto PR 00977-1282

Ana Monica Vizcarrondo
AN 22 Calle Rio Manati
Rio Hondo II
Bayamon PR 00961

Barbara G Febres Elias
Cond Intersuites Apt 1 A
Marginal 3000
Carolina PR 00979

UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In re

MEDSCI DIAGNOSTICS, INC

Debtor                                              Case No.

Chapter 11

VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of _4_ pages, is true, correct and complete to the best of my knowledge.

Date : 6/5/2010

/s/ RALPH VALLONE, ESQ
        Vice-president

MEDSCI DIAGNOSTICS, INC
CONDOMINIO SON SID -- SUITE 1
1319 Ashford Ave.
SAN JUAN PR 00907