IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>MEDSCI DIAGNOSTICS, INC.<br><br>Debtor | CASE NO. 10-04961<br><br>Chapter 11 |

### APPLICATION FOR APPROVAL OF EMPLOYMENT
### OF SPECIAL COUNSEL FOR DEBTOR

TO THE HONORABLE COURT:

COMES NOW the debtor in possession ("DIP" or "DEBTOR") as applicant in this matter, and respectfully seeks the approval of the employment of the law firm of RAFAEL GONZALEZ VELEZ to act as special counsel for debtor in the above captioned Chapter 11 case. In support thereof, the undersigned debtor in possession states as follows:

1. On June 6, 2010 the above captioned debtor filed its voluntary petition under Chapter 11. Pursuant to said Chapter of the Bankruptcy Code the debtor continues to manage its properties and operate its business as a debtor in possession.



2. DIP needs the services of a special counsel to prosecute a civil action against the State Insurance Fund Corporation ("SIF"), which matter has been handled prepetition by Mr. Rafael Gonzalez Velez. A complaint was filed on June 9, 2010 (Adversary Proceeding 10-0094).

3. To that effect, debtor to engaged the services of RAFAEL GONZALEZ VELEZ, and seeks sec. 327 court approval of his employment as its special counsel. Debtor has considered Rafael González Vélez's experience and knowledge in commercial litigation and bankruptcy proceedings and understands that he is well qualified to represent it in this case.

4. The scope of the engagement includes that Rafael González Vélez will be rendering professional services related to the action(s) taken, and/or to be taken, against SIF, including:

   a.  represent and advise debtor with respect to its duties, as plaintiff in Adv.

APPLICATION FOR APPROVAL OF EMPLOYMENT...     Page 2
CASE NO.

        Proc. No.10-00094;

b.    prepare on behalf of debtor the necessary complaints, answers, orders, reports, memoranda of law and/or any other legal paper or document required in the above mentioned action(s);

c.    appear before the Bankruptcy Court or any other court in which debtor asserts a claim, interest or defense related to its contract with SIF;

d.    perform such other legal services for debtor as may be required in this proceeding or in connection with the aforesaid litigation including negotiation of settlements and other activities related to the action(s) versus SIF;



5. To the best of my knowledge, in the attached verified statement, Rafael González Vélez and his firm have disclosed their connection with the creditors of this case, any party in interest, their attorneys, their accountants, the US Trustee, or the personnel of the US Trustee.

6. To the best of debtor's knowledge, Rafael González Vélez nor his firm represent or hold any interest adverse to the debtor or the estate in the matters for which he is being engaged pursuant to 11 USC 327.

7. To the best of debtor's knowledge, Rafael González Vélez and his firm are thus qualified to be engaged by debtor within the meaning of 11 USC 327(e).

8. To the best of debtor's knowledge, Rafael González Vélez and his firm are aware that he may not share or agree to share the compensation or reimbursement received for the services provided in this case pursuant to 11 USC 504 except as provided by law.

9. The terms of compensation agreed to are as follows: RAFAEL GONZALEZ VELEZ has received from debtor a retainer in the amount of $5,000. Contingent fees have been agreed

APPLICATION FOR APPROVAL OF EMPLOYMENT...     Page 3
CASE NO.

upon at the following percentages: 10% of the outstanding and liquidated amount owed by, and collected from, SIF; plus 15% of any other recovery from SIF as set forth in Adversary Proceeding 10-00094.

10. Any compensation to be received is subject to the court's approval upon proper application and compliance with applicable notice requirements.

11. A verified statement by the proposed professional is attached to this application in compliance with Section 327 of the Bankruptcy Code and the applicable Rules of Bankruptcy Procedures and Local Rules. The proposed professional's Curriculum Vitae is also included with this application.



12. Pursuant to the provisions of Section 327(a) no notice of this application needs to be given and no hearing needs to be held unless the court should otherwise direct.

13. A copy of this application is being served upon the US Trustee's office pursuant to applicable notice requirements.

**WHEREFORE**, debtor respectfully requests that the Honorable Court enter an order approving the employment of RAFAEL GONZALEZ VELEZ pursuant to Section 327(e) of the Bankruptcy Code as set forth in the foregoing document.

RESPECTFULLY SUBMITTED.

DATED: June 14, 2010.

MEDSCI DIAGNOSTICS, INC.
DEBTOR IN POSSESSION

/s/ RALPH VALLONE
   VICE-PRESIDENT

*APPLICATION FOR APPROVAL OF EMPLOYMENT...*            *Page 4*
<u>*CASE NO.*</u>

     I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the participants appearing in said record, including the US Trustee; additionally, on this date, a copy of the application was served on the US Trustee at Ochoa Bldg, 500 Tanca St, Suite 301, Old San Juan PR 00901.



                                            EDGARDO MUÑOZ, PSC
                                            PO Box 360971
                                            San Juan, PR 00936-0971
                                            Tel. (787) 524-3888
                                            Fax (787) 524-3888

                                            **s/ EDGARDO MUÑOZ**
                                              USDC NO. 125713
                                            emunoz@emunoz.net

Medsci-appl-appr-empl-sp-counsel.wpd