# United States Bankruptcy Court

In re  MEDSCI DIAGNOSTICS INC.                ,          Case No.  10-04961 ELS
                        Debtor

                                                          Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ | | |
| B - Personal Property | YES | 9 | $57,900,732 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 5,088,651.60 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 823,522.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 858,036.95 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 22 | $57,900,732.00 | $ 6,770,211.25 | |

In re   MEDSCI DIAGNOSTICS INC.                    ,          Case No.   10-04961 ELS
_____                     _____
                 **Debtor**                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | 0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | Total➤ | 0.00 | |

(Report also on Summary of Schedules.)

In re  MEDSCI DIAGNOSTICS INC.                    ,          Case No.  10-04961 ELS
_____                        _____
          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | NONE | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | RG PREMIER BANK | | 119,552.14 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  MEDSCI DIAGNOSTICS INC.                    ,          Case No.   10-04961 ELS
_____                             _____
           **Debtor**                                                **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | SEE ATTACHMENT #1-AGE RECEIVABLE | | 1,427,930.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | $ 668,399 in building improvements to SIF facilities See Attachment #2 $53,430,350 Cause of Action vs SIF ========  (see Adv Proc. 10-0094) $54,098,749 | | $54,098,749 |

In re  MEDSCI DIAGNOSTICS INC.                        ,          Case No.  10-04961 ELS
_____                         _____
              **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | TOYOTA YARIS See Attachment 3 | | 8,276.99 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | SEE ATTACHMENT # 4 | | 10,623.54 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | SEE ATTACHMENT # 5 | | 2,230,136.72 |
| 30. Inventory. | | SEE ATTACHMENT # 6 | | 5,013.98 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____  6   continuation sheets attached      Total▶                      $57,900,732
(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

Medsci Diagnostics, Inc.
Case No. 10-04961 (ESL)

Schedule B Line # 16

The Right Answer, Inc - Quick Medical Billing (MBS/2008 - All rights reserved)

Fecha del Reporte: 6/3/2010

# Resumen del Aging del Seguro

| Fecha Servicio | N/A | | | | | | Facturadas/CR-DB | | |
| Fecha Posteo | 1/1/2000 12:00:00 AM | N/A 5/31/2010 11:59:59 PM | | | | | Refieren | Todas N/A | Todas N/A |
| | | | | | | | | | |
| Fecha de Pago | N/A | N/A | | | | | Categorias | 'A','C','F','I' | N/A |
| Fecha de Deposito | N/A | N/A | | | | | Vouchers | N/A | |
| Cargos del Seguro | N/A | N/A | | | | | Empleados | N/A | |
| | | | | | | | | | |
| Procedimientos | N/A | | | | | | Localidad(es) | N/A | |
| | | | | | | | | | |
| Ciclos | N/A | N/A | | | | | Seguro(s) | N/A | |
| | | | | | | | | | |
| Especialidad(es) | N/A | | | | | | Fecha Factura | N/A | N/A |
| Doctor(es) | N/A | | | | | | Transacciones | Todas | |

| Seguro | Nombre | 0 - 30 | 31-60 | 61-90 | 91-120 | 121-150 | Sobre 150 | Balance |
|---|---|---|---|---|---|---|---|---|
| 500 | FONDO CAROLINA | $100,421.00 | $118,265.00 | $109,707.00 | $73,331.00 | $65,559.00 | $59,786.00 | $527,069.00 |
| 504 | FONDO EMPLEADOS | $0.00 | $461.00 | $3,869.00 | $0.00 | $0.00 | $3,239.00 | $7,569.00 |
| 501 | FONDO MAYAGUEZ | $93,590.00 | $81,666.00 | $95,376.00 | $5,212.00 | $9,566.00 | $28,840.00 | $314,250.00 |
| 503 | FONDO PONCE | $107,181.00 | $84,876.00 | $104,138.00 | $59,961.00 | $32,049.00 | $29,248.00 | $417,453.00 |
| 502 | HOSP INDUSTRIAL | $20,828.00 | $20,375.00 | $23,164.00 | $7,390.00 | $6,161.00 | $83,671.00 | $161,589.00 |
| | Total: | $322,020.00 | $305,643.00 | $336,254.00 | $145,894.00 | $113,335.00 | $204,784.00 | $1,427,930.00 |

Page 1 of 1

## MAYAGUEZ

| | | | | Building Improvement | | | | | Dep. Exp. 5900 & 1920 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descriptiol | Adquisition Date | Useful Life | BB | Addition | Retirements | Balance 5/31/10 | Acc. Dep. 12/31/09 | 01/31/10 | 2/28/10 | 3/31/10 | 4/30/10 | 5/31/10 | Dep. Expense | Acc. Dep. 5/31/10 | Bookk Value |
| Diagnostic | 12-13-2007 | 7 | 93,333.33 | - | - | 93,333.33 | 18,888.89 | 1,111.11 | 1,111.11 | 1,111.11 | 1,111.11 | 1,111.11 | 5,555.56 | 24,444.45 | 68,888.88 |
| Diagnostic | 04-02-2008 | 7 | 93,333.33 | - | - | 93,333.33 | 18,888.89 | 1,111.11 | 1,111.11 | 1,111.11 | 1,111.11 | 1,111.11 | 5,555.56 | 24,444.45 | 68,888.88 |
| Diagnostic | 12-06-2008 | 7 | 107,413.14 | - | - | 107,413.14 | 21,738.37 | 1,278.73 | 1,278.73 | 1,278.73 | 1,278.73 | 1,278.73 | 6,393.64 | 28,132.01 | 79,281.13 |
| | | | $294,079.80 | $ - | $ - | $294,079.80 | $59,516.15 | 3,500.95 | $3,500.95 | $3,500.95 | $3,500.95 | $3,500.95 | $17,504.75 | $77,020.90 | $217,068.90 |

## PONCE

| | | | | Building Improvement | | | | | Dep. Exp. 5900 & 1925 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descriptiol | Adquisition Date | Useful Life | BB | Addition | Retirements | Balance 5/31/10 | Acc. Dep. 12/31/09 | 01/31/10 | 2/28/10 | 3/31/10 | 4/30/10 | 5/31/10 | Dep. Expense | Acc. Dep. 5/31/10 | Bookk Value |
| Diagnostic | 12/12/2007 | 7 | 126,666.67 | - | - | 126,666.67 | 25,634.92 | 1,507.94 | 1,507.94 | 1,507.94 | 1,507.94 | 1,507.94 | 7,539.68 | 33,174.60 | 93,492.07 |
| Diagnostic | 02/04/2008 | 7 | 126,666.67 | - | - | 126,666.67 | 25,634.92 | 1,507.94 | 1,507.94 | 1,507.94 | 1,507.94 | 1,507.94 | 7,539.68 | 33,174.60 | 93,492.07 |
| Diagnostic | 06/12/2008 | 7 | 107,413.14 | - | - | 107,413.14 | 21,738.37 | 1,278.73 | 1,278.73 | 1,278.73 | 1,278.73 | 1,278.73 | 6,393.64 | 28,132.01 | 79,281.13 |
| Total | | | $360,746.48 | $ - | $ - | $360,746.48 | $73,008.21 | 4,294.60 | $4,294.60 | $4,294.60 | $4,294.60 | $4,294.60 | $21,473.00 | $94,481.21 | $266,265.27 |

## CAROLINA

| | | | | Building Improvement | | | | | Dep. Exp. 5900 & 1930 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Descriptiol | Adquisition Date | Useful Life | BB | Additions | Retirements | Balance 5/31/10 | Acc. Dep. 12/31/09 | 01/31/10 | 2/28/10 | 3/31/10 | 4/30/10 | 5/31/10 | Dep. Expense | Acc. Dep. 5/31/10 | Bookk Value |
| Diagnostic | 12/1/07 | 7 | 71,666.66 | - | - | 71,666.66 | 14,503.96 | 853.17 | 853.17 | 853.17 | 853.17 | 853.17 | 4,265.87 | 18,769.83 | 52,896.83 |
| Diagnostic | 02/15/08 | 7 | 71,666.66 | - | - | 71,666.66 | 14,503.96 | 853.17 | 853.17 | 853.17 | 853.17 | 853.17 | 4,265.87 | 18,769.83 | 52,896.83 |
| Diagnostic | 6/30/08 | 7 | 107,413.13 | - | - | 107,413.13 | 21,736.38 | 1,278.73 | 1,278.73 | 1,278.73 | 1,278.73 | 1,278.73 | 6,393.64 | 28,132.02 | 79,281.10 |
| Total | | | $250,746.45 | $ - | $ - | $250,746.45 | $50,746.30 | 2,985.08 | $2,985.08 | $2,985.08 | $2,985.08 | $2,985.08 | $14,925.39 | $65,671.69 | $185,074.76 |

$905,572.73

TOTAL $668,398.92

| | | | | Vehicles | | | | | Dep. Exp. 5900 & 1805 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Acquisition D | Useful Life | BB | Addition | Retirements | End Bal 5/10 | Acc. Dep. 12/09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Dep. Expense | Acc. Dep. 5/10 | Bookk Value |
| Vehicles | 5/31/08 | 5 | 13,795.00 | $ - | - | $13,795.00 | 4,368.41 | 229.92 | 229.92 | 229.92 | 229.92 | 229.94 | $1,149.60 | $5,518.01 | $ 8,276.99 |

MEDSCI DIAGNOSTIC, INC.
CASE NO. 10-04961 (ESL)

| | | | Furniture & Fixture | | | | | Dep. Exp. 5900 & 1800 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Adquisition Date | Useful Life | BB | Addition | Retireme nts | End Bal 5/10 | Acc. Dep. 12/09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Dep. Expense | Acc. Dep. 5/10 | Bookk Value |
| Muebles | 1/28/08 | 3 | 3,631.58 | $ | - | $ 3,631.58 | 2,320.23 | 100.88 | 100.88 | 100.88 | 100.88 | 100.88 | $ 504.39 | $ 2,824.62 | $ 806.96 |
| Sing | 12/31/08 | 3 | 18,599.81 | | | $ 18,599.81 | 6,199.92 | 516.66 | 516.66 | 516.66 | 516.66 | 516.66 | $ 2,583.29 | $ 8,783.21 | $ 9,816.60 |
| Total | | | $22,231.39 | $ - | $ - | $ 22,231.39 | $8,520.15 | $ 617.54 | $ 617.54 | $ 617.54 | $ 617.54 | $ 617.54 | $ 3,087.67 | $11,607.82 | $ 10,623.57 |

MEDISCI DIAGNOSTIC, INC.
CASE NO. 10-44261 (ESL)

## Property Mayaguez

| Description | Acquisition Date | Useful Life | BB | Addition | Retirements | End Bal 5/10 | Acc. Dep. 12/09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Dep. Expense | Acc. Dep. 5/10 | Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Value - Equipment | | | | | | | | | | | | | | | |
| Hitachi Medical Supply-In Process | 10-01-2007 | 5 | 16,083.00 | - | - | 16,083.00 | 6,969.30 | 268.05 | 268.05 | 268.05 | 268.05 | 268.05 | 1,340.25 | 8,309.55 | 7,773.45 |
| Hitachi Medical Systems SMRI Match | 10-15-2007 | 5 | 192,000.00 | - | - | 192,000.00 | 54,857.14 | 2,285.71 | 2,285.71 | 2,285.71 | 2,285.71 | 2,285.71 | 11,428.57 | 66,285.71 | 125,714.29 |
| Digital Solution Package | 12-10-2007 | 7 | 200,000.00 | - | - | 200,000.00 | 57,142.86 | 2,380.95 | 2,380.95 | 2,380.95 | 2,380.95 | 2,380.95 | 11,904.75 | 69,047.62 | 130,952.38 |
| Hitachi Medical Supply- | 1-02-2008 | 7 | 196,045.60 | - | - | 196,045.60 | 56,013.02 | 2,333.88 | 2,333.88 | 2,333.88 | 2,333.88 | 2,333.88 | 11,669.38 | 67,682.40 | 128,363.20 |
| Western Radio- Sony | 06-02-2008 | 7 | 73,000.00 | - | - | 73,000.00 | 19,988.09 | 869.05 | 869.05 | 869.05 | 869.05 | 869.05 | 4,345.24 | 24,333.33 | 48,666.67 |
| Hitachi Medical Supply- | 2/2008 | 7 | 3,333.34 | - | - | 3,333.33 | 873.02 | 39.68 | 39.68 | 39.68 | 39.68 | 39.68 | 198.41 | 1,071.43 | 2,261.91 |
| Hitachi Medical Supply- | 06-03-2008 | 7 | 367,670.00 | - | - | 367,670.00 | 96,294.53 | 4,377.02 | 4,377.02 | 4,377.02 | 4,377.02 | 4,377.02 | 21,885.12 | 118,179.65 | 249,490.35 |
| Western Radio- Sony | 4/2008 | 7 | 3,333.33 | - | - | 3,333.33 | 833.33 | 39.68 | 39.68 | 39.68 | 39.68 | 39.68 | 198.41 | 1,031.74 | 2,301.59 |
| Western Radio- Sony | 4/2008 | 7 | 10,000.00 | - | - | 10,000.00 | 2,380.95 | 119.05 | 119.05 | 119.05 | 119.05 | 119.05 | 595.24 | 2,976.19 | 7,023.81 |
| Hitachi Medical System | 04-08-2008 | 7 | 127,330.00 | - | - | 127,330.00 | 28,980.83 | 1,515.83 | 1,515.83 | 1,515.83 | 1,515.83 | 1,515.83 | 7,579.17 | 36,559.52 | 90,770.48 |
| Freight & Insurance | 04-14-2008 | 7 | 17,000.00 | - | - | 17,000.00 | 4,047.62 | 202.38 | 202.38 | 202.38 | 202.38 | 202.38 | 1,011.90 | 5,059.52 | 11,940.48 |
| Freight & Insurance | 04-15-2008 | 7 | 11,000.00 | - | - | 11,000.00 | 2,619.05 | 130.95 | 130.95 | 130.95 | 130.95 | 130.95 | 654.76 | 3,273.81 | 7,726.19 |
| Freight & Insurance | 07-31-2008 | 7 | 35,000.00 | - | - | 35,000.00 | 7,083.33 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 2,083.33 | 9,166.66 | 25,833.34 |
| Diagnostic Product Imaging Rize | 07-31-2008 | 4 | 39,754.40 | - | - | 39,754.40 | 7,668.40 | 473.27 | 473.27 | 473.27 | 473.27 | 473.27 | 2,366.33 | 29,779.67 | 9,902.24 |
| Diagnostic Product Imaging | 07-31-2008 | 4 | | 9,937.50 | - | 9,937.50 | | 207.03 | 207.03 | 207.03 | 207.03 | 207.03 | 1,035.16 | 1,035.16 | 8,902.34 |
| Audit | | | 336,000.02 | | | 336,000.02 | 86,384.29 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 20,000.00 | 109,978.29 | 226,015.73 |
| **Total** | | | **$ 955,449.67** | **$ 9,937.50** | | **$ 965,487.17** | **$ 89,979.20** | **$ 11,659.31** | **$ 11,659.31** | **$ 11,659.31** | **$ 11,659.31** | **$ 11,659.31** | **$ 58,296.04** | **$ 313,628.31** | **$ 651,658.86** |

## Property Ponce

| Description | Acquisition Date | Useful Life | BB | Additions | Retirements | End Bal 5/10 | Acc. Dep. 12/31/09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Dep. Expense | Acc. Dep. 5/10 | Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Value - Equipment | | | | | | | | | | | | | | | |
| Hitachi Medical Systems SMRI Process | 10-01-2007 | 5 | 3,499.00 | - | - | 3,499.00 | 1,516.23 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 291.58 | 1,807.81 | 1,691.19 |
| Hitachi Medical Systems SMRI Match | 10-15-2007 | 5 | 200,000.00 | - | - | 200,000.00 | 57,142.86 | 2,380.95 | 2,380.95 | 2,380.95 | 2,380.95 | 2,380.95 | 11,904.76 | 69,047.62 | 130,952.38 |
| Digital Solution Package | 12-10-2007 | 7 | 196,890.60 | - | - | 196,890.60 | 54,601.02 | 2,333.88 | 2,333.88 | 2,333.88 | 2,333.88 | 2,333.88 | 11,669.38 | 67,682.40 | 128,363.15 |
| Hitachi Medical Supply | 06-02-2008 | 7 | 3,333.33 | - | - | 3,333.33 | 873.02 | 39.68 | 39.68 | 39.68 | 39.68 | 39.68 | 198.41 | 1,071.43 | 2,261.91 |
| Hitachi Medical System | 2/2008 | 7 | 367,670.00 | - | - | 367,670.00 | 96,294.53 | 4,377.02 | 4,377.02 | 4,377.02 | 4,377.02 | 4,377.02 | 21,885.12 | 118,179.65 | 249,490.35 |
| Hitachi Medical System | 06-03-2008 | 7 | 3,333.33 | - | - | 3,333.33 | 833.33 | 39.68 | 39.68 | 39.68 | 39.68 | 39.68 | 198.41 | 1,031.74 | 2,301.59 |
| Western Radio- Sony | 4/2008 | 7 | 10,000.00 | - | - | 10,000.00 | 2,380.95 | 119.05 | 119.05 | 119.05 | 119.05 | 119.05 | 595.24 | 2,976.19 | 7,023.81 |
| Hitachi Medical System | 4-14-2008 | 7 | 127,330.00 | - | - | 127,330.00 | 30,316.68 | 1,515.83 | 1,515.83 | 1,515.83 | 1,515.83 | 1,515.83 | 7,579.17 | 37,895.85 | 89,434.21 |
| Freight & Insurance | 04-14-2008 | 7 | 10,400.00 | - | - | 10,400.00 | 2,470.19 | 123.81 | 123.81 | 123.81 | 123.81 | 123.81 | 619.05 | 3,089.24 | 7,304.76 |
| Freight & Insurance | 04-14-2008 | 7 | 38,754.40 | - | - | 38,754.40 | 7,608.37 | 473.27 | 473.27 | 473.27 | 473.27 | 473.27 | 2,366.33 | 9,974.70 | 28,779.70 |
| Freight & Insurance | 07-31-2008 | 7 | 9,937.50 | - | - | 9,937.50 | 1142.9 | 207.03 | 207.03 | 207.03 | 207.03 | 207.03 | 1,035.16 | 1,035.16 | 8,902.34 |
| Audit | | | 336,000.02 | 9,937.50 | - | 336,000.02 | 86,384.29 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 20,000.00 | 109,978.29 | 226,015.73 |
| **Total** | | | **$ 898,965.70** | **$ 9,937.50** | | **$ 908,903.20** | **$ 239,885.23** | **$ 10,923.67** | **$ 10,923.67** | **$ 10,923.67** | **$ 10,923.67** | **$ 10,923.67** | **$ 54,628.34** | **$ 294,014.69** | **$ 614,388.61** |

## Property Carolina

| Description | Acquisition Date | Useful Life | BB | Additions | Retirements | End Bal 5/10 | Acc. Dep. 12/31/09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Dep. Expense | Acc. Dep. 5/10 | Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Value - Equipment | | | | | | | | | | | | | | | |
| Hitachi Medical System | 10-01-2007 | 5 | 9,328.00 | - | - | 9,328.00 | 4,042.13 | 155.47 | 155.47 | 155.47 | 155.47 | 155.47 | 777.33 | 4,819.46 | 4,508.54 |
| Hitachi Medical Systems SMRI Match | 10-15-2007 | 5 | 192,000.00 | - | - | 192,000.00 | 54,857.14 | 2,285.71 | 2,285.71 | 2,285.71 | 2,285.71 | 2,285.71 | 11,428.57 | 66,285.71 | 125,714.29 |
| Digital Solution Package | 12-10-2007 | 7 | 200,000.00 | - | - | 200,000.00 | 57,142.86 | 2,380.95 | 2,380.95 | 2,380.95 | 2,380.95 | 2,380.95 | 11,904.76 | 69,047.62 | 130,952.38 |
| Hitachi Medical Supply- | 12-10-2007 | 7 | 196,045.60 | - | - | 196,045.60 | 56,013.07 | 2,333.88 | 2,333.88 | 2,333.88 | 2,333.88 | 2,333.88 | 11,669.39 | 67,682.46 | 128,363.15 |
| Hitachi Medical Supply- | 06-02-2008 | 7 | 73,000.00 | - | - | 73,000.00 | 19,988.09 | 869.05 | 869.05 | 869.05 | 869.05 | 869.05 | 4,345.24 | 24,333.33 | 48,666.67 |
| Western Radio- Sony | 2/2008 | 7 | 3,333.33 | - | - | 3,333.33 | 873.02 | 39.68 | 39.68 | 39.68 | 39.68 | 39.68 | 198.41 | 1,071.43 | 2,261.90 |
| Hitachi Medical System | 06-02-2008 | 7 | 367,670.00 | - | - | 367,670.00 | 96,294.53 | 4,377.02 | 4,377.02 | 4,377.02 | 4,377.02 | 4,377.02 | 21,885.12 | 118,179.65 | 249,490.35 |
| Western Radio- Sony | 06-03-2008 | 7 | 3,333.34 | - | - | 3,333.33 | 833.33 | 39.68 | 39.68 | 39.68 | 39.68 | 39.68 | 198.41 | 1,031.74 | 2,301.60 |
| Hitachi Medical System | 4-14-2008 | 7 | 469,000.00 | - | - | 469,000.00 | 117,142.86 | 5,583.33 | 5,583.33 | 5,583.33 | 5,583.33 | 5,583.33 | 29,464.29 | 347,678.57 | 347,678.58 |
| Freight & Insurance | 04-14-2008 | 7 | 17,000.00 | - | - | 17,000.00 | 4,047.62 | 202.38 | 202.38 | 202.38 | 202.38 | 202.38 | 1,011.90 | 5,059.52 | 11,940.48 |
| Freight & Insurance | 04-14-2008 | 7 | 35,000.00 | - | - | 35,000.00 | 7,083.33 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 2,083.33 | 9,166.66 | 25,833.34 |
| Diagnostic Product Imaging | 07-31-2008 | 4 | 39,754.40 | - | - | 39,754.40 | 7,608.38 | 473.27 | 473.27 | 473.27 | 473.27 | 473.27 | 2,366.33 | 29,779.67 | 29,779.70 |
| Diagnostic Product Imaging | 07-31-2008 | 4 | 9,937.50 | - | - | 9,937.50 | | 207.03 | 207.03 | 207.03 | 207.03 | 207.03 | 1,035.16 | 1,035.16 | 8,902.34 |
| Audit | | | 336,000.00 | 9,937.50 | - | 336,000.00 | 87,446.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 20,000.00 | 107,446.00 | 228,554.00 |
| **Total** | | | **$ 938,764.67** | **$ 9,937.50** | | **$ 948,702.17** | **$ 225,576.17** | **$ 11,427.56** | **$ 11,427.56** | **$ 11,427.56** | **$ 11,427.56** | **$ 11,427.56** | **$ 57,137.80** | **$ 302,655.05** | **$ 646,079.11** |

## Property San Juan

| Description | Acquisition Date | Useful Life | BB | Additions | Retirements | End Bal 5/10 | Acc. Dep. 12/31/09 | Jan-10 | Feb-10 | Mar-10 | Apr-10 | May-10 | Dep. Expense | Acc. Dep. 5/10 | Book Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Digital Solution Package | 12/10/07 | 7 | 381,600.00 | - | - | 381,600.00 | 109,028.61 | 4,542.86 | 4,542.86 | 4,542.86 | 4,542.86 | 4,542.86 | 22,714.29 | 131,742.90 | 249,857.10 |
| Diagnostic Product Imash | 07/31/08 | 7 | 45,000.00 | - | - | 45,000.00 | 9,107.16 | 535.71 | 535.71 | 535.71 | 535.71 | 535.71 | 2,678.58 | 11,785.74 | 33,214.26 |
| Las Trip | 04/03/09 | 7 | 2,727.43 | - | - | 2,727.43 | 606.10 | 75.76 | 75.76 | 75.76 | 75.76 | 75.76 | 378.80 | 984.90 | 1,742.53 |
| PR Consular | 03/01/09 | 7 | 2,561.58 | - | - | 2,561.58 | 91.48 | 30.50 | 30.50 | 30.50 | 30.50 | 30.50 | 152.50 | 243.99 | 2,317.59 |
| Able Communications Solution | 08/22/09 | 7 | 8,550.00 | - | - | 8,550.00 | - | 178.13 | 178.13 | 178.13 | 178.13 | 178.13 | 712.50 | 712.50 | 7,837.50 |
| Diss | 08/21/09 | 7 | 15,428.52 | 9,937.50 | - | 15,937.50 | - | 321.43 | 321.43 | 321.43 | 321.43 | 321.43 | 1,285.71 | 1,285.71 | 14,142.81 |
| | | | | | | 9,937.50 | | 207.03 | 207.03 | 207.03 | 207.03 | 207.03 | 1,035.16 | 1,035.16 | 8,902.34 |
| **Total** | | | **$ 455,867.53** | **$ 9,937.50** | | **$ 465,805.03** | **$ 118,833.36** | **$ 5,391.89** | **$ 5,391.89** | **$ 5,391.89** | **$ 5,391.89** | **$ 5,391.42** | **$ 28,597.53** | **$ 147,790.89** | **$ 318,014.14** |

| **TOTAL** | | | **$ 3,288,027.57** | | | | | | | | | | | **$ 1,056,780.33** | **$ 2,230,195.72** |

**MEDSCI DIAGNOSTIC, INC.**
**CASE NO. 10-04961 (ESL)**

SCHEDULE B LINE #30

**INVENTORY SUPPLIES**          **AMOUNT**

| | |
|---|---|
| MAYAGUEZ | 1,714.25 |
| PONCE | 1,006.23 |
| CAROLINA | 997.00 |
| SAN JUAN | 1,296.50 |

| | |
|---|---|
| TOTAL | $ 5,013.98 |

In re  MEDSCI DIAGNOSTICS INC.                    ,          Case No.  10-04961 ELS
              **Debtor**                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875.
  ☐  11 U.S.C. § 522(b)(2)
  ☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

B 6D (Official Form 6D) (12/07)

In re  MEDSCI DIAGNOSTICS INC.            ,      Case No.  10-04961 ELS
             Debtor                                                     (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0678<br><br>RG PREMIER BANK<br>PO BOX 2510 GUAYNABO<br>PR 00970-2510 | | | UCC financing of 10/15/2007<br>Value of collateral:<br>$57,900,732 (See Schedule B) | | | | $4,579,805.30 | |
| ACCOUNT NO. 0686<br><br>RG PREMIER BANK<br>PO BOX 2510 GUAYNABO<br>PR 00970-2510 | | | see above | | | | $496,103.16 | |
| ACCOUNT NO.<br><br>EASY FINANCIAL<br>PO BOX 21382<br>SAN JUAN PR 00928-1382 | | | Car Finance of Toyota Yaris<br><br>Value: $8,277 | | | | $12,743.28 | 4,466.28 |

_____ continuation sheets attached

Subtotal ►
(Total of this page)

$ 5,088,651.60 | $ 4,466.28

Total ►
(Use only on last page)

$ | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  MEDSCI DIAGNOSTICS INC.          ,          Case No. 10-04961 ELS

                **Debtor**                                **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."       If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  MEDSCI DIAGNOSTICS INC._____,     Case No._10-04961 ELS_____
                    **Debtor**                                    **(if known)**


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


_____ continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  MEDSCI DIAGNOSTICS INC.                    ,    Case No.  10-04961 ELS
                    Debtor                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | SEE ATTACHED E WAGES SALARIES | | | | 20,224.40 | 20,224.40 | |
| Account No. | | | SEE ATTACHED E TAXES &OTHER DEBT | | | | 803,298.30 | 803,298.30 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)  |  $ 823,522.70  |  $

Total➤ (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)  |  $ 823,522.70

Totals➤ (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  |  $ 823,522.70  |  $

**MEDSCI DIAGNOSTIC, INC.**
**CASE NO. 10-04961 (ESL)**

SCHEDULE E WAGES,SALARIES, COMMISSIONS

**Accrued vacation & sick, bonus**

| Name | Phone | Amount | Name | Address |
|---|---|---|---|---|
| Roxanna Pabon | 787-587-2723 | 3,801.54 | Roxanna Pabon | # 227 C-2 Apt. B- 324 Parque de Arcoiris Trujillo Alto PR00975 |
| Gloria Flores | 939-642-0278 | 172.90 | Gloria Flores | Villas de Gurabo, Gurabo PR 00778 |
| Julio Pellot | 787-755-4083 | 5,881.64 | Julio Pellot | PO Box 1282 Trujillo Alto PR 00977-1282 |
| Ana Monica Vizcarrondo | 787-221-5722 | 9,751.07 | Ana Monica Vizcarrondo | AN 22 Calle Rio Manati Rio Hondo II Bayamon PR 00961 |
| Barbara G Febres Elias | | 617.26 | Barbara G Febres Elias | Cond Intersuites Apt 1 A Marginal 3000 Carolina PR 00979 |
| | | **$ 20,224.41** | | |

**MEDSCI DIAGNOSTIC, INC.**
**CASE NO. 10-04961 (ESL)**

**SCHEDULE E TAXES AND OTHER DEBT TO GOVERMENTAL UNITS**

*Other liabilities:*

| | | |
|---|---|---|
| Internal Revenues Services (Soc. Sec.& Medicare) | 2,085.72 Internal Revenues Services (Soc. Sec.& Medicare) | PO Box 105273GA 30348-5273 |
| Internal Revenues Services( Federal Unemployment) | 218.52 Internal Revenues Services( Federal Unemployment) | PO Box 105273GA 30348-5274 |
| Secretario de Hacienda( retención ingresos) | 6,899.45 Secretario de Hacienda( retención ingresos) | Negociado de Contribucion sobre Ingresos PO Box 2501 |
| Departamento Del Trabajo y Recursos Humanos- Inc.) | 100.19 Departamento Del Trabajo y Recursos Humanos- Inc.) | Seccion de Contribucion PO Box 191020 |
| Departamento Del Trabajo y Recursos Humanos- Desempleo) | 18.00 Departamento Del Trabajo y Recursos Humanos- Desempleo) | Seccion de Contribucion PO Box 191021 |
| Centro de Recaudacion de Imp. Municipales | 793,875.42 Centro de Recaudacion de Imp. Municipales | CRIM PO Box 195387 |

**Total**                                                  **$803,288.30**

In re  MEDSCI DIAGNOSTICS INC.                    ,          Case No.  10-04961 ELS
_____                    _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | SEE ATTACHEMENT F CREDITORS UNSECURED | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal▶ | | | | $   858,036.95 |
| _____continuation sheets attached | | | Total▶ | | | | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re   MEDSCI DIAGNOSTICS INC.                    ,          Case No.   10-04961 ELS
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ |

Total➤ | $   858,036.95
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

MEDSCI DIAGNOSTIC, INC.
CASE NO. 10-04961(ESL)

| Vendor | Contact | Telephone | Amount Due | Remit To Name | Remit To Address Line 2 | Remit To City | Remit To S | Remit To Zip |
|---|---|---|---|---|---|---|---|---|
| Aeronet Wireless Broad | | 787-273-4143 | 4,744.65 | Aeronet Wireless Broad | PO BOX 270013 | SAN JUAN | PR | 00927-0013 |
| Carlos A. Suarez | | 787-448-0037 | 300.00 | Carlos A. Suarez | PBM 395,405 ESMERALDA AVE | GUAYNABO | PR | 00969-4457 |
| De Lage Landen Financial Services | | 787-641-4690 | 234.18 | De Lage Landen Financial Services | Ref No 570275 PO BOX 41601 | PHILADELPHIA | PA | 19101-1601 |
| Diagnostic Imaging Supplies & Services | | 787-781-3477 | 263,899.35 | Diagnostic Imaging Supplies & Services | PO BOX 9326 | SAN JUAN | PR | 00922-1923 |
| Diagnostic Product For Imaging, Inc. | | 787-783-2850 | 134,239.41 | Diagnostic Product For Imaging, Inc. | Amelia Distribution Center DIANA STREET #43 | GUAYNABO | PR | 00969 |
| Dr. Felix Aponte La Luz | | 787-586-6789 | 8,400.00 | Dr. Felix Aponte La Luz | PO Box 13330 | CAGUAS | PR | 00726-1330 |
| Dr. Oscar Zavala | | 787-470-4438 | 42,310.00 | Dr. Oscar Zavala | Cond. Pasarella Condado 1210 MAGDALENA AVE APT 801 | SAN JUAN | PR | 00907 |
| El Comandante Office Supplies | | 787-769-2509 | 790.54 | El Comandante Office Supplies | Ave. San Marcos EDF B-2URB. INDUSTRIAL EL COMANDANTE | CAROLINA | PR | 00982 |
| Hitachi Medical Systems America, Inc. | | 330-425-1313 | 391,091.73 | Hitachi Medical Systems America, Inc. | 1959 SUMMIT COMMERCE PARK | Twinsburg | OH | 44087 |
| Julio Pellot | | 787-755-4083 | 99.05 | Julio Pellot | PO Box 1282 Trujillo Alto PR 00977-1282 | | | |
| ReComs Realty | | 787-300-6483 | 2,500.00 | ReComs Realty | 1509 Lopez Landron PH | SAN JUAN | PR | 00911 |
| Regulatory Compliance | | 787-300-6483 | 1,780.00 | Regulatory Compliance | 1510 Lopez Landron PH | SAN JUAN | PR | 00911 |
| RICOH | | 1-800-872-2155 | 70.98 | RICOH | Ave. Ponce de Leon # 431 EDF NACIONAL PLAZA SUITE 1700 | SAN JUAN | PR | 00917 |
| Centennial | | 787-717-9700 | 177.06 | Centennial | PO BOX 70261 SAN JUAN PR 00936-8262 | SAN JUAN | PR | 00936 |
| Jet Diagnostic | | 787-767-0000 | 7,400.00 | Jet Diagnostic | PO Box 70169 | SAN JUAN | PR | 00936 |

TOTAL

$ 858,036.95

In re _____ ,     Case No. _____
                    **Debtor(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **CFSE**<br>**PO BOX 365028**<br>**SAN JUAN PR 00936-5028** | **9/1/2007 contract with State Insurance Fund to provide and maintain radiological diagnostic equipment, and other services. (See Adv. Proc. 10-0094)** |
| **HITACHI MEDICAL SYSTEMS AMERICA, INC.**<br>**1959 SUMMIT COMMERCE PARK**<br>**TWINSBURG, OH 44087** | **Contract for maintenace of medical and diagnostic equipment** |
| **RECOMS REALTY**<br>**1509 LOPEZ LANDRON PH**<br>**SAN JUAN, PR 00911** | **Commercial real estate lease – office at 1509 Lopez Landron, San Juan PR** |
| **DIAGNOSTIC IMAGING SUPPLIES & SERVICES**<br>**PO BOX 9326**<br>**SAN JUAN, PR 00922-1923** | **Supplies of medical diagnostic materials** |
| **DIAGNOSTIC PRODUCT FOR IMAGING, INC.**<br>**AMELIA DISTRIBUTION CENTER**<br>**DIANA STREET #43**<br>**GUAYNABO, PR 00969** | |

B 6H (Official Form 6H) (12/07)

In re   MEDSCI DIAGNOSTICS INC.          ,          Case No.   10-04961 ELS
                  **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RALPH VALLONE, JR<br>COND. SON SID SUITE #1<br>1319 ASHFORD AVENUE<br>SAN JUAN PUERTO RICO 00907 | RG-PREMIER BANK<br>SAN JUAN PR |
| OSVALDO CARLO<br>CALLE LOPEZ LANDRON # 1509<br>PISO #10<br>SAN JUAN PUERTO RICO 00911 | RG-PREMIER BANK<br>SAN JUAN PR |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  MEDSCI DIAGNOSTICS INC.   ,          Case No.  10-04961 ELS
_____          _____
               Debtor                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                                      Debtor

Date _____          Signature: _____
                                                               (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
-----------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the  VICEPRESIDENT _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the   corporation _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  25  sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  8/8/2010 _____

Signature:   /s/ RALPH VALLONE, JR. _____

RALPH VALLONE, JR. -- vicepresident _____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-----------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.