UNITED STATES BANKRUPTCY COURT
JUDICIAL      DISTRICT OF  PUERTO RICO
_____ DIVISION

MEDSCI DIAGNOSTICS, INC.                                    CASE NO. 10-04961 ESL

Debtor                                                     Chapter 11
---------------------------

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 07/01/2010  TO 07/31/2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

/S/ EDGARDO MUÑOZ
_____
Attorney for Debtor' s Signature

Debtor's Address                                 Attorney's Address
and Phone Number:                                and Phone Number:

MEDSCI DIAGNOSTICS, INC
CONDOMINIO SON SID -- SUITE 1                    Edgardo Muñoz, PSC
1319 ASHFORD AVE. SAN JUAN PR 00907              PO Box 360971
787-723-9393                                     San Juan PR 00936-0971

                                                 tel 787-524-3888
                                                 e-mail: emunoz@emunoz.net
                                                 fax 787-524-3888

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor' s Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING ___07/01/2010___ AND ENDING ___07/31/2010___

Name of Debtor: MEDSCI DIAGNOSTICS, INC.

Date of Petition: JUNE 6, 2010

Case Number 10-04961 ESL

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 178,550.03 (a) | 20,699.32 (b) |
| 2. RECEIPTS: |  |  |
| A. Cash Sales |  |  |
| Minus: Cash Refunds | (-) |  |
| Net Cash Sales |  |  |
| B. Accounts Receivable | 185,129.48 | 394,270.67 |
| C. Other Receipts (See MOR-3) |  |  |
| (If you receive rental income, you must attach a rent roll.) |  |  |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 185,129.48 | 394,270.67 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 363,679.51 | 414,969.99 |
| 5. DISBURSEMENTS |  |  |
| A. Advertising |  |  |
| B. Bank Charges | 145.00 | 659.33 |
| C. Contract Labor | 52,019.20 | 113,414.14 |
| D. Fixed Asset Payments (not incl. in "N") |  |  |
| E. Insurance | 1,463.61 | 4,229.82 |
| F. Inventory Payments (See Attach. 2) |  |  |
| G. Leases |  |  |
| H. Manufacturing Supplies |  | 280.68 |
| I. Office Supplies | 27,900.23 | 27,900.23 |
| J. Payroll - Net (See Attachment 4B) | 31,778.23 |  |
| K. Professional Fees (Accounting & Legal) | 0 | 1,820.00 |
| L. Rent |  |  |
| M. Repairs & Maintenance | 7,200 | 14,200 |
| N. Secured Creditor Payments (See Attach. 2) | 106,124.28 | 114,790.78 |
| O. Taxes Paid - Payroll (See Attachment 4C) |  |  |
| P. Taxes Paid - Sales & Use (See Attachment 4C) |  |  |
| Q. Taxes Paid - Other (See Attachment 4C) |  |  |
| R. Telephone |  |  |
| S. Travel & Entertainment |  |  |
| Y. U.S. Trustee Quarterly Fees | 325 | 325 |
| U. Utilities |  |  |
| V. Vehicle Expenses |  | 270 |
| W. Other Operating Expenses (See MOR-3) |  | 356.05 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 226,955.55 | 278,246.03 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 136,723.96 (c) | 136,723.86 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __20__ day of __JULY__, 2010.

_____
(Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: _MEDSCI DIAGNOSTICS, INC._ 　　　　　CASE NO. 10-04961 ESL

Reporting Period beginning ___07/01/2010___ 　　Period ending ___07/31/2010___

ACCOUNTS RECEIVABLE AT PETITION DATE: _$1,427,930.00_

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 1,502,529.00 | (a) |
| PLUS: Current Month New Billings | 154,246.48 | |
| MINUS: Collection During the Month | $ 185,129.48 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ -0- | * |
| End of Month Balance | $ 1,471,646.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 263,863 | $ 304,267 | $ 302,486 | $ 601,030 | $ 1,471,646 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| FSE | 6/30/10 | See Adversary Proceeding 10-0094 |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___07/01/10___        Period ending ___07/31/10___

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

## POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 7/1/10-7/15/10 | 16 | Aquino De Cordova | Professional Ser. | 6,474 |
| 07/10/10 | 21 | Centennial | utilities | 180.55 |
| 07/10/10 | 21 | De Lage Financial | Photocopy | 234.18 |
| 06/10/10 | 41 | Dianostic Imaging | Supplies | 500 |
| 7/31/10 | 0 | Dr. Felix Aponte | Professional Serv. | 10,350 |
| 7/31/10 | 0 | Dr. Oscar Zavala | Professional services | 40,790 |
| 7/30/10 | 0 | Jose Candelaria | Messenger | 60 |
| 7/14/10 | 16 | RICOH | Photocopies | 26.42 |
| 7/23/10 | 8 | Rio Air Condition | Repair & Maintenace | 100 |
| TOTAL AMOUNT 7/16/10 | | Victor Cuadrado | Messenger     23 | 58,738.15 (b) |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $  904,113.09 | |
| PLUS: New Indebtedness Incurred This Month | $  58,238.15 | (a) |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $  23,030 | |
| PLUS/MINUS: Adjustments | $  (23,074.74) | * |
| Ending Month Balance | $  916,246.50 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| RG Loan | 7/6/10 | 106,124.28 | -0- | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | 106,124.28 (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning _____ 07/01/2010 _____          Period ending _____ 07/31/2010 _____

## INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 5,013.98 | |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ 5,373.08 | (a) |
| PLUS: Inventory Purchased During Month | $ 20,417.20 | |
| MINUS: Inventory Used or Sold | $ 17,533.80 | |
| PLUS/MINUS: Adjustments or Write-downs | $ -0- | * |
| Inventory on Hand at End of Month | $ 8,256.48 | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 100 % | _____ % | _____ % | _____ % = | 100% * |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

| FIXED ASSETS RECONCILIATION: | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 4,202,902.03 | (a)(b) |
| MINUS: Depreciation Expense | $ 75,569.69 | |
| PLUS: New Purchases | $ -0- | |
| PLUS/MINUS: Adjustments or Write-downs | $ -0- | * |
| Ending Monthly Balance | $ 4,127,332.39 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning 07/01/2010          Period ending 07/31/2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Banco Santander          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER:    300460-2470

PURPOSE OF ACCOUNT:    ·    OPERATING _____

|  | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 85,632.42 | |
| Plus Total Amount of Outstanding Deposits | $    -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $  3,335.50 | * |
| Minus Service Charges | $    -0- | |
| Ending Balance per Check Register | $ 82,296.92 | **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$    N/A    Transferred to Payroll Account
$    N/A    Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.       CASE NO. 10-04961 ESL

Reporting Period beginning ___07/01/2010___       Period ending  07/31/2010 _____

NAME OF BANK: Banco Santander _____       BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER:  3004602470 _____

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              | See Attachment #1 |  |    |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                 $ 193,667.71

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ____07/01/2010____        Period ending ___07/31/2010___

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Banco Santander _____   BRANCH: _____

ACCOUNT NAME: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____   ACCOUNT NUMBER: 3004602489 _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 35,599.19 |
| Plus Total Amount of Outstanding Deposits | $ -0- |
| Minus Total Amount of Outstanding Checks and other debits | $ 2,005.72 * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 33,593.47 **(a) |

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning ___07/01/2010___        Period ending ___07/30/2010___

NAME OF BANK: _Banco Santander_                    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: 3004602489 _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
|      |             | See Attachment #2 |  |  |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |
|      |             |       |         |        |

TOTAL                                              $ 31,778.23

MOR-10

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___07/01/2010___        Period ending ___07/31/2010___

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _Banco Santander_        BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT NUMBER: _3004602497___

PURPOSE OF ACCOUNT: ____TAX____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 19,970.31 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | 1,463.61   * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 18,506.70   **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

· The following disbursements were paid by Cash:  ( □  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning ___07/01/2010___          Period ending ___07/31/2010___

NAME OF BANK: Banco Santander          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT # _3004602497_____

PURPOSE OF ACCOUNT: ·     TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              | See attachment #3 |  |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                          1,509.61 (d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                         _____ (a)
Sales & Use Taxes Paid                                 _____ (b)
Other Taxes Paid                                          _____ (c)
TOTAL                                                        _1,509.61_ (d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
   (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
   (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
   (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | _____(a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| TOTAL | | $ _____(b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____
NONE
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**   $ _____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning  07/01/2010          Period ending  07/30/2010

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 07/31/2010 | Soc. Sec. & Med | $2,086.67 | 06/30/10 | 06/30/10 |
| Federal Unemployment | 07/31/10 | Federal Unemploy | 522.97 | 06/30/10 | 06/30/10 |
| Unemployment Dept. | 07/31/10 | Unemployment | 646.19 | 06/30/10 | 6/30/10 |
| Unemployment Dept. | 07/31/10 | Disabilities | 135.06 | 06/30/10 | 06/30/10 |
| Treasury Department | 07/31/10 | Inc. Tax Witheld | 4,279.68 | 06/30/10 | 06/30/10 |
| Treasury Department | 07/31/10 | Inc. Tax 7% | 6,220.20 | 6/30/10 | 6/30/10 |
| | | | | | |
| | | | | | |

TOTAL          $ 19,713.34

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

#### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning ___06/07/10___          Period ending 06/30/10

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| RALPH VALLONE, JR | VICE-PRESIDENT | Salaries | $12,000 |
| OSVALDO CARLO, ESQ. | PRESIDENT | Salaries | 12,000 |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 6 | |
| Number hired during the period | -0- | |
| Number terminated or resigned during period | -0- | |
| Number of employees on payroll at end of period | 6 | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| CFSE | 787-767-4681 | 0812001400 | FSE | 6/30/10 | 07/20/10 |
| Universal Insurance Comp | | 09-560000214391-1 | Commercial Policy | 10/08/10 | |
| Universal CAICO | | 88PP369597 | Vehicle insurance | 04/20/2011 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | NONE | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

MOR-15

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

1) Adversary Proceeding 10-0094 filed; TRO sought. Hearing held. Matter under advisement

2) Stipulation with Scotiabank for use of cash collateral

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

# MEDSCI DIAGNOSTIC, INC.
## Check Register Operating #3004602470
### For the Period From Jul 1, 2010 to Jul 31, 2010
### Case #10-04961ELS

Attachment # 1

| Date | Check # | Payee | Purpose | Amount |
|---|---|---|---|---|
| 7/6/10 | 007 | RG Premier Bank | Loan payment | 106,124.28 |
| 7/8/10 | 008 | Diagnostic Imaging Supplies & Services | Office Supplies | 9,822.60 |
| 7/8/10 | 009 | Santurce X-Ray | Office Supplies | 239.68 |
| 7/8/10 | 010 | Carlos Carrrasquillo | Professional Services | 40.00 |
| 7/12/10 | 011 | Félix Rodriguez | Professional Services | 45.00 |
| 7/15/10 | 012 | Carlos A. Bonilla Padilla | Messenger | 604.50 |
| 7/15/10 | 013 | Nixa H. Pérez Mercado | Professional Services | 790.50 |
| 7/15/10 | 014 | Aeronet Wireless Broadband Corp. | Internet Services | 4,299.75 |
| 7/15/10 | 015 | Aeronet Wireless Broadband Corp. | Internet Services | 444.90 |
| 7/15/10 | 016 | Carlos A. Bonilla Padilla | Professional Services | 347.50 |
| 7/15/10 | 017 | Carlos A. Suarez | Professional Services | 150.00 |
| 7/15/10 | 018 | Carlos Carrasquillo | Professional Services | 40.00 |
| 7/15/10 | 019 | Dr. Felix Aponte La Luz | Professional Services | 10,276.50 |
| 7/15/10 | 020 | Luis Melendez | Professional Services | 11,001.90 |
| 7/15/10 | 021 | Dr. Oscar Zavala | Professional Services | 27,025.80 |
| 7/19/10 | 022 | El Comandante Office Supplies | Office Supplies | 219.80 |
| 7/19/10 | 023 | U.S. TRUSTEE | Administrative | 325.00 |
| 7/21/10 | 1002 | Diagnostic Imaging Supplies & Services | Office Supplies | 9,416.00 |
| 7/21/10 | 1003 | Santurce X Ray | Office Supplies | 912.50 |
| 7/30/10 | 1004 | Carlos A. Bonilla Padilla | Messenger | 604.50 |
| 7/30/10 | 1005 | Nixa H. Pérez Mercado | Professional Services | 790.50 |
| 7/30/10 | 1006 | Carlos A. Bonilla Padilla | Professional Services | 347.50 |
| 7/30/10 | 1007 | Diagnostic Product For Imaging, Inc. | Office Supplies | 2,500.00 |
| 7/31/10 | Direct payment | Magnet Resources, Inc. | Repair & Maintenance | 7,200.00 |
| 7/31/10 | Bank charge | | | 99.00 |
| | **Total** | | | **$ 193,667.71** |

## MEDSCI DIAGNOSTIC, INC.
### Check Register Payroll #3004602489
### From Jul 1, 2010 to Jul 31, 2010
### Case10-04961 ELS

Attachment # 2

| Date | Check # | Payee | Purpose | Amount |
|------|---------|-------|---------|--------|
| 7/13/10 | 1008 | Ralph Vallone, Jr. | Salaries | 10,242.00 |
| 7/13/10 | 1009 | Osvaldo Carlo Linares | Salaries | 10,242.00 |
| 7/15/10 | 1007 | Ralph Vallone, Jr. | Salaries | 1,330.22 |
| 7/15/10 | 1002 | Gloria I. Flores Ramos | Salaries | 1,362.40 |
| 7/15/10 | 1003 | Roxana Pabon | Salaries | 743.74 |
| 7/15/10 | 1004 | Julio Pellot Noriega | Salaries | 1,677.59 |
| 7/15/10 | 1005 | Ralph Vallone, Jr. | Salaries | 10,242.00 |
| 7/15/10 | 1006 | Osvaldo Carlo Linares | Salaries | 10,242.00 |
| 7/15/10 | 1001 | Ana M. Vizcarrondo | Salaries | 2,005.72 |
| 7/15/10 | 1005V | Ralph Vallone, Jr. | Salaries | -10,242.00 |
| 7/15/10 | 1006V | Osvaldo Carlo Linares | Salaries | -10,242.00 |
| 7/15/10 | 1007V | Ralph Vallone, Jr. | Salaries | -1,330.22 |
| 7/30/10 | 1010 | Ana M. Vizcarrondo | Salaries | 2,005.72 |
| 7/30/10 | 1011 | Gloria I. Flores Ramos | Salaries | 1,077.56 |
| 7/30/10 | 1012 | Roxana Pabon | Salaries | 743.91 |
| 7/30/10 | 1013 | Julio Pellot Noriega | Salaries | 1,677.59 |

**Total**  $ **31,778.23**

## MEDSCI DIAGNOSTIC, INC.
### Check Register Tax #3004602497
### For the Period From Jul 1, 2010 to Jul 31, 2010
### Case 10-04961 ESL

Attachment # 3

| Date | Check # | Payee | Purpose | Amount |
|------|---------|-------|---------|--------|
| 7/19/10 | 1001 | Corporación Fondo Seguro del E | Insurance | 1,463.61 |
| 7/19/10 | 1002 | Secretario de Hacienda | Payroll taxes | 646.20 |
| 7/19/10 | 1003 | Secretario de Hacienda | Payroll taxes | 135.07 |
| 7/19/10 | 1004 | Internal Revenue Service | Payroll taxes | 7,909.11 |
| 7/19/10 | 1005 | Secretario de Hacienda | Payroll taxes | 4,280.00 |
| 7/19/10 | 1006 | Santander | Payroll taxes | 132.55 |
| 7/31/10 | 1002V | Secretario de Hacienda | Payroll taxes | -646.20 |
| 7/31/10 | 1003V | Secretario de Hacienda | Payroll taxes | -135.07 |
| 7/31/10 | 1004V | Internal Revenue Service | Payroll taxes | -7,909.11 |
| 7/31/10 | 1005V | Secretario de Hacienda | Payroll taxes | -4,280.00 |
| 7/31/10 | 1006V | Santander | Payroll taxes | -132.55 |
| 7/31/10 | | Bank charge | | 46.00 |
| | **Total** | | | **$ 1,509.61** |

17/8/10 at 16:48:27.97

**MEDSCI DIAGNOSTIC, INC.**
Account Reconciliation
As of 31 Jul 2010
1050 - Banco Santander
Bank Statement Date: 31 July 2010

Page: 1

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 149,384.94 |
| Add: Cash Receipts | | | | 146,810.69 |
| Less: Cash Disbursements | | | | (186,368.71) |
| Add (Less) Other | | | | (27,530.00) |
| Ending GL Balance | | | | 82,296.92 |
| Ending Bank Balance | | | | 85,632.42 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | 12 Jul 2010 | 011 | (45.00) | |
| | 30 Jul 2010 | 1005 | (790.50) | |
| | 30 Jul 2010 | 1007 | (2,500.00) | |
| Total outstanding checks | | | | (3,335.50) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 82,296.92 |

17/8/10 at 16:48:45.00                                                                                    Page: 1

# MEDSCI DIAGNOSTIC, INC.
## ····Outstanding·Checks·
### As of 31 Jul 2010
### 1050 - Banco Santander

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|---|---|---|---|
| 011 | 12/7/10 | Félix Rodríguez | -45.00 |
| 1005 | 30/7/10 | Nixa H. Pérez Mercado | -790.50 |
| 1007 | 30/7/10 | Diagnostic Product For Ima | -2,500.00 |
| | | **Total** | **-3,335.50** |



## ESTADO DE CUENTA

| | |
|---|---|
| CHAPTER 11 DEBTOR IN POSSESSION | Página 1 |
| MEDSCI DIAGNOSTIC INC | Número de cuenta 3004602470 |
| CASO 1004961 | Desde 30 Jun 2010 |
| 1319 AVE ASHFORD | Hasta 30 Jul 2010 |
| SAN JUAN PR 00907 | |

| | |
|---|---|
| Total de depósitos en el Banco | $85,632.42 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a  BANCO EN CASA (787)281-2000 ó 1-800-726-8263

Todo reemplazo o tarjeta adicional de tarjeta de débito tendrá un costo de $3
(Este cargo no aplica a renovaciones automáticas).



### DEBTOR IN POSSESSION

Número de cuenta  3004602470

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 154,597.20 |
| Depósitos y otros créditos | 2 | + | 146,810.69 |
| Cheques pagados y otros retiros | 31 | - | 215,775.47 |
| Balance final | | $ | 85,632.42 |

### Información de intereses

Intereses ganados $   0.00 basado en un período de 030 Días.
Con una tasa anual de rendimiento de   0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 07/13 | 122,988.74 | 07/16 | 23,821.95 |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1 | 604.50 | 07/02 | 19 | 10,276.50 | 07/15 |
| 10 | 40.00 | 07/15 | 2 | 790.50 | 07/08 |
| 1002* | 9,416.00 | 07/23 | 20 | 11,001.90 | 07/30 |
| 1003 | 912.50 | 07/23 | 21 | 27,025.80 | 07/16 |
| 1004 | 604.50 | 07/30 | 22 | 219.80 | 07/26 |
| 1006* | 347.50 | 07/15 | 23 | 325.00 | 07/27 |
| 12* | 604.50 | 07/16 | 3 | 2,931.42 | 07/08 |
| 13 | 790.50 | 07/19 | 4 | 113.34 | 07/06 |
| 14 | 4,299.75 | 07/19 | 5 | 347.50 | 07/02 |
| 15 | 444.90 | 07/15 | 6 | 425.00 | 07/02 |
| 16 | 347.50 | 07/29 | 7 | 106,124.28 | 07/07 |
| 17 | 150.00 | 07/28 | 8 | 9,822.60 | 07/09 |
| 18 | 40.00 | | 9 | 239.68 | 07/12 |

* Indica un cambio en la secuencia del número de cheque en el estado

### Resumen de débitos

| | | Cantidad |
|---|---|---|
| Fecha | Descripción | 230.00 |
| 07/01 | Transfer. a IT 004602497 TRANSF DE CTA OPERACIONAL PARA CUBRIR PAGO CKS HARLAND - CU BRIENDO SOBREGIRO | |

Miembro FDIC
PO Box 362589, San Juan, Puerto Rico 00936-2589



## ESTADO DE CUENTA

3
3004602470

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos
procesados en este estado.
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement.

1   $-604.50   07/02/10

2   $-790.50   07/08/10

3   $-2,931.42   07/08/10

4   $-113.34   07/06/10

5   $-347.50   07/02/10

6   $-425.00   07/02/10

7   $-106,124.28   07/07/10

8   $-9,822.60   07/09/10

9   $-239.68   07/12/10

10   $-40.00   07/15/10

PO Box 362589      Rio 00936-2589

Miembro FDIC



ESTADO DE CUENTA

5
3004602470

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos proceados en este estado.
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or other effects processed in this statement.

| 22 | $-219.80 | 07/26/10 |
| 23 | $-325.00 | 07/27/10 |
| 1002 | $-9,416.00 | 07/23/10 |
| 1003 | $-912.50 | 07/23/10 |
| 1004 | $-604.50 | 07/30/10 |
| 1006 | $-347.50 | 07/30/10 |

3/8/10 at 15:43:41.67

# MEDSCI DIAGNOSTIC, INC.
## Account Reconciliation
### As of 31 Jul 2010
### 1040 - Banco Santander-Payroll
### Bank Statement Date: 31 July 2010

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 27,052.91 |
| Add: Cash Receipts | | | | 38,318.79 |
| Less: Cash Disbursements | | | | (31,778.23) |
| Add (Less) Other | | | | |
| Ending GL Balance | | | | 33,593.47 |
| Ending Bank Balance | | | | 35,599.19 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | 30 Jul 2010 | 1010 | (2,005.72) | |
| Total outstanding checks | | | | (2,005.72) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 33,593.47 |

3/8/10 at 15:43:50.17

Page: 1

# MEDSCI DIAGNOSTIC, INC.
## Outstanding Checks
### As of 31 Jul 2010
### 1040 - Banco Santander-Payroll

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
| 1010 | 30/7/10 | Ana M. Vizcarrondo | -2,005.72 |
| | | **Total** | **-2,005.72** |

 Santander

# ESTADO DE CUENTA

13

CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004602489 |
| Desde | 30 Jun 2010 |
| Hasta | 30 Jul 2010 |

10
601

Caso #
1004961

| | |
|---|---|
| Total de depósitos en el Banco | $35,599.19 |
| Total de préstamos en el Banco | $0.00 |

 Para preguntas llamar a     BANCO EN CASA (787)281-2000 ó 1-800-726-8263

Todo reemplazo o tarjeta adicional de tarjeta de débito tendrá un costo de $3
(Este cargo no aplica a renovaciones automáticas).



## DEBTOR IN POSSESSION

Número de cuenta  3004602489

| | | |
|---|---|---|
| Balance inicial | $ | 32,444.97 |
| Depósitos y otros créditos | 1 + | 38,318.79 |
| Cheques pagados y otros retiros | 13 - | 35,164.57 |
| Balance final | $ | 35,599.19 |

### Información de intereses

Intereses ganados $    0.00 basado en un período de 030 Días.
Con una tasa anual de rendimiento de   0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 07/13 | 38,318.79 | | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1001* | 2,005.72 | 07/19 | 1012 | 743.91 | 07/30 |
| 1002 | 1,362.40 | 07/15 | 1013 | 1,677.59 | 07/30 |
| 1003 | 743.74 | 07/15 | 12 | 2,005.72 | 07/01 |
| 1004 | 1,677.59 | 07/16 | 13 | 967.09 | 07/01 |
| 1008* | 10,242.00 | 07/14 | 14 | 741.66 | 07/01 |
| 1009 | 10,242.00 | 07/15 | 15 | 1,677.59 | 07/06 |
| 1011* | 1,077.56 | 07/30 | | | |

* Indica un cambio en la secuencia del número de cheque en el estado

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 07/01 | 28,730.50 | 07/14 | 55,129.70 | 07/19 | 39,098.25 |
| 07/06 | 27,052.91 | 07/15 | 42,781.56 | 07/30 | 35,599.19 |
| 07/13 | 65,371.70 | 07/16 | 41,103.97 | | |

### Resumen de cargos por sobregiro y efectos devueltos:

| | Total del período | Total acumulado durante el año 2010 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $0.00 |

PO Box 3625 Sa



ESTADO DE CUENTA

3
3004602489

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos
proceseados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement

| 12 | $-2,005.72 | 07/01/10 |
| 13 | $-967.09 | 07/01/10 |
| 14 | $-741.66 | 07/01/10 |
| 15 | $-1,677.59 | 07/06/10 |
| 1001 | $-2,005.72 | 07/19/10 |
| 1002 | $-1,362.40 | 07/15/10 |
| 1003 | $-743.74 | 07/15/10 |
| 1004 | $-1,677.59 | 07/16/10 |
| 1008 | $-10,242.00 | 07/14/10 |
| 1009 | $-10,242.00 | 07/15/10 |

17/8/10 at 16:44:51.64

## MEDSCI DIAGNOSTIC, INC.
### Account Reconciliation
### As of 31 Jul 2010
### 1060 - Banco Santander-Taxes
### Bank Statement Date: 31 July 2010

Filter Criteria Includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | (214.69) |
| Add: Cash Receipts | | | | |
| Less: Cash Disbursements | | | | (1,463.61) |
| Add (Less) Other | | | | 20,185.00 |
| Ending GL Balance | | | | 18,506.70 |
| Ending Bank Balance | | | | 19,970.31 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | 19 Jul 2010 | 1001 | (1,463.61) | |
| Total outstanding checks | | | | (1,463.61) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 18,506.70 |

17/8/10 at 16:45:03.61

# MEDSCI DIAGNOSTIC, INC.
## Outstanding Checks
### As of 31 Jul 2010
### 1060 - Banco Santander-Taxes

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
| 1001 | 19/7/10 | Corporación Fondo Seguro | -1,463.61 |
| | | Total | -1,463.61 |



## ESTADO DE CUENTA

CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004602497 |
| Desde | 30 Jun 2010 |
| Hasta | 30 Jul 2010 |

Caso #
1004961

| | |
|---|---|
| Total de depósitos en el Banco | $19,970.31 |
| Total de préstamos en el Banco | $0.00 |



Para preguntas llamar a   BANCO EN CASA (787)281-2000 ó 1-800-726-8263

Todo reemplazo o tarjeta adicional de tarjeta de débito tendrá un costo de $3
(Este cargo no aplica a renovaciones automáticas).



### DEBTOR IN POSSESSION

Número de cuenta   3004602497

| | | |
|---|---|---|
| Balance inicial | $ | -214.69 |
| Depósitos y otros créditos | 3 + | 20,249.00 |
| Cheques pagados y otros retiros | 4 - | 64.00 |
| Balance final | $ | 19,970.31 |

### Información de intereses

Intereses ganados $   0.00 basado en un período de 030 Días.
Con una tasa anual de rendimiento de   0.00 %.

### Resumen de créditos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 06/30 07/01 | Tasa int. anual 0.000 % Transfer. de 3004602470 TRANSF DE CTA OPERACIONAL PARA CUBRIR PAGO CKS HARLAND - CU BRIENDO SOBREGIRO | 230.00 |
| 07/16 | Aviso de credito REVERSO DE CARGOS | 19.00 |
| 07/19 | Transfer. de 3004602470 Transfer Santander GlobAccess 3004602470 | 20,000.00 |

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 07/01 | Total cargo diario por sobregiro EFFECT. DATE: 07/01/2010 | 3.00 |
| 07/01 | Cargo efecto ACH pagado NSF | 15.00 |
| 07/30 | Cargo de interes en sobregiro | 1.00 |
| 07/30 | Total cargo diario por sobregiro | 45.00 |

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 07/01 | -2.69 | 07/19 | 20,016.31 | 07/30 | 19,970.31 |
| 07/16 | 16.31 | | | | |

PO Box 362589, San Juan, Puerto Rico 00936-58

MEDSCI DIAGNOSTIC, INC.
Balance Sheet
July 31, 2010

### ASSETS

| | | |
|---|---:|---:|
| Current Assets | | |
| RG Premier Acct. | $ 2,326.87 | |
| Banco Santander-Payroll | 33,593.47 | |
| Banco Santander | 82,296.92 | |
| Banco Santander-Taxes | 18,506.70 | |
| Accounts Receivable | 1,471,646.00 | |
| Unbilled receivable | 106,632.00 | |
| Allowance for Doubtful Account | (45,600.00) | |
| Prepaid Income Tax | 9,940.41 | |
| Inventory- Mayaguez | 1,675.75 | |
| Inventory- Ponce | 2,837.43 | |
| Inventory- Carolina | 1,874.70 | |
| Inventory- San Juan | 1,868.60 | |
| Prepaid Insurance | 9,161.46 | |
| | | |
| Total Current Assets | | 1,696,760.31 |
| | | |
| Property and Equipment | | |
| Furnitures & Fixtures | 3,631.58 | |
| Signs | 18,599.81 | |
| Property and Equipment-May | 965,487.17 | |
| Property and Equipment-Pon | 908,903.20 | |
| Property and Equipment-Car | 948,732.17 | |
| Property and Equipment- SJ | 465,805.03 | |
| Vehicles | 13,795.00 | |
| Building Improvement- MAY | 294,079.80 | |
| Building Improvement- Poc | 360,746.48 | |
| Building Improvement- Car | 250,746.45 | |
| Computer Software-May | 544,950.00 | |
| Computer Software- Ponc | 544,950.02 | |
| Computer Software- Carol | 544,950.00 | |
| Computer Software- SJ | 375,650.00 | |
| Accum. Dep.-Furnitures | (3,026.37) | |
| Accum. Dep. - Signs | (9,816.53) | |
| Acc. Dep. Vehicles | (5,977.89) | |
| Accum. Dep. - Prop&Eqt M | (337,146.73) | |
| Accum. Dep. - Prop&Eqt P | (316,365.92) | |
| Accum. Dep. - Prop&Eqt C | (325,512.21) | |
| Accum. Dep. - Prop&Eqt S | (159,573.72) | |
| Accum. Dep.- Building Impro M | (84,022.80) | |
| Accum. Dep.- Building Impro. P | (103,070.42) | |
| Accum. Dep.- Building Impro. C | (71,641.85) | |
| Acc. Dep. Computer Software-M | (189,056.00) | |
| Acc. Dep. Computer Software-P | (188,461.21) | |
| Acc. Dep. Computer Software-C | (186,522.80) | |
| Acc. Dep. Computer Software-SJ | (133,499.87) | |
| | | |
| Total Property and Equipment | | 4,127,332.39 |
| | | |
| Total Assets | $ | 5,824,092.70 |

Unaudited - For Management Purposes Only

MEDSCI DIAGNOSTIC, INC.
Balance Sheet
July 31, 2010

LIABILITIES AND STOCKHOLDERS' EQUITY

Current Liabilities
| | | | |
|---|---|---|---|
| Accounts payable | $ | 944,520.89 | |
| Due to Stockholders | | 2,448.74 | |
| Property tax payable(CRIM) | | 844,317.58 | |
| FICA (IRS) payable | | 13,712.49 | |
| Federal Unemployment tax pay | | 435.99 | |
| Income W/H tax payable | | 7,435.30 | |
| Estate Unemployement tax pay | | 646.20 | |
| Disabilities (SDI) payable | | 135.07 | |
| Income taxes 7% payable | | 11,070.50 | |
| Accrued vacation | | 10,460.36 | |
| Accrued sick | | 7,764.04 | |
| Accrued chrismas bonus | | 2,000.00 | |
| Accrued expense | | 63,002.59 | |
| Insurance payable | | 2,740.68 | |
| Line of Credit- RG | | 499,652.78 | |
| C/P Lines of Credit | | 4,405,435.95 | |
| Reliable Loan- C/P | | 1,640.09 | |
| | | | |
| Total Current Liabilities | | | 6,817,419.25 |
| | | | |
| Long-Term Liabilities | | | |
| Reliable Loan- L/T | | 11,103.19 | |
| | | | |
| Total Long-Term Liabilities | | | 11,103.19 |
| | | | |
| Total Liabilities | | | 6,828,522.44 |
| | | | |
| Stockholders' Equity | | | |
| Accumulated Deficit | | (952,150.08) | |
| Subscription receivable | | (1,000.00) | |
| Common Stock | | 1,000.00 | |
| Net Income (Loss) | | (52,279.66) | |
| | | | |
| Total Stockholders' Equity | | | (1,004,429.74) |
| | | | |
| Total Liabilities & Stockholders' Equity | | $ | 5,824,092.70 |

Page: 1

### MEDSCI DIAGNOSTIC, INC.
#### Income Statement
For the Seven Months Ending July 31, 2010

| | Current Month This Year | Year to Date This Year | Current Month Last Year | Year to Date Last Year |
|---|---|---|---|---|
| **Revenues** | | | | |
| Professional Fees | $ 154,246.48 | $ 2,057,391.03 | $ 462,883.27 | $ 1,967,605.60 |
| Total Revenues | 154,246.48 | 2,057,391.03 | 462,883.27 | 1,967,605.60 |
| | | | | |
| **Cost of Services** | | | | |
| Supplies Cost | 17,733.80 | 81,232.03 | 34,295.68 | 141,789.14 |
| Repair & Mantainence- Cost | 14,444.65 | 196,524.69 | 238,503.33 | 265,640.22 |
| Tolls | 155.00 | 1,007.50 | 155.00 | 1,030.75 |
| Cost of Sales-Salary & Wage | 13,930.57 | 97,529.22 | 12,915.08 | 90,471.86 |
| Car Allowance | 0.00 | 100.00 | 200.00 | 6,400.00 |
| Professional Services | 90,450.00 | 419,080.63 | 61,914.90 | 436,978.36 |
| Depreciation Equipment | 75,569.67 | 528,488.10 | 73,364.03 | 516,520.69 |
| Payroll tax expense | 2,814.73 | 13,652.34 | 1,092.75 | 8,804.44 |
| Total Cost of Services | 215,098.42 | 1,337,614.51 | 422,440.77 | 1,467,635.46 |
| Gross Profit | (60,851.94) | 719,776.52 | 40,442.50 | 499,970.14 |
| | | | | |
| **Expenses** | | | | |
| Workmen compensation | 1,463.61 | 6,616.66 | 1,095.93 | 1,095.93 |
| Property tax expense | 25,221.08 | 176,547.56 | 0.00 | 70,000.00 |
| Rent expense | 234.18 | 16,639.26 | 2,500.00 | 19,067.30 |
| Professional services | 8,219.00 | 296,474.00 | 33,952.00 | 342,333.00 |
| Maintenance & Repairs expense | 100.00 | 1,870.00 | 120.00 | 1,686.25 |
| Representation expense | 0.00 | 0.00 | 0.00 | 2,000.00 |
| Licence expense | 0.00 | 0.00 | 0.00 | 400.00 |
| Reimbursement expense | 200.00 | 8,633.10 | 0.00 | 0.00 |
| Office Supplies expense | 219.80 | 2,740.47 | 16.80 | 2,838.79 |
| Telephone expense | 180.55 | 976.58 | 0.00 | 1,195.69 |
| Office expense | 0.00 | 3,091.97 | 0.00 | 279.49 |
| Messenger/ Delivery expenses | 163.00 | 624.00 | 190.00 | 1,130.00 |
| Auto expense | 540.00 | 3,922.52 | 540.00 | 3,677.00 |
| Bank charge expense | 145.00 | 986.29 | 20.00 | 734.20 |
| Medical Insurance | (295.16) | 6,246.26 | 1,237.68 | 4,961.68 |
| Salaries expense | 24,000.00 | 48,000.00 | 0.00 | 0.00 |
| Insurance expense | 2,338.40 | 16,704.13 | 2,402.82 | 16,554.68 |
| Interest expense | 10,835.68 | 163,458.58 | 30,158.30 | 191,468.69 |
| US Trustee- Administration | 325.00 | 325.00 | 0.00 | 0.00 |
| Donation expense | 0.00 | 2,000.00 | 0.00 | 0.00 |
| Depreciation expense | 0.00 | 0.00 | 847.46 | 2,542.37 |
| Patent expense | 0.00 | 16,094.46 | 0.00 | 16,996.32 |
| Sales tax expense | 0.00 | 105.34 | 0.00 | 0.00 |
| Total Expenses | 73,890.14 | 772,056.18 | 73,080.99 | 678,961.39 |
| Net (loss) | $ (134,742.08) | $ (52,279.66) | $ (32,638.49) | $ (178,991.25) |

For Management Purposes Only

8/19/10 at 08:54:33.62

# MEDSCI DIAGNOSTIC, INC.
## General Ledger Trial Balance
### As of Jul 31, 2010

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 1035 | RG Premier Acct. | 2,326.87 | |
| 1040 | Banco Santander-Payroll | 33,593.47 | |
| 1050 | Banco Santander | 82,296.92 | |
| 1060 | Banco Santander-Taxes | 18,506.70 | |
| 1100 | Accounts Receivable | 1,471,646.00 | |
| 1110 | Unbilled receivable | 106,632.00 | |
| 1150 | Allowance for Doubtful Acc | | 45,600.00 |
| 1158 | Prepaid Income Tax | 9,940.41 | |
| 1201 | Inventory- Mayaguez | 1,675.75 | |
| 1202 | Inventory- Ponce | 2,837.43 | |
| 1203 | Inventory- Carolina | 1,874.70 | |
| 1204 | Inventory- San Juan | 1,868.60 | |
| 1415 | Prepaid Insurance | 9,161.46 | |
| 1498 | Furnitures & Fixtures | 3,631.58 | |
| 1499 | Signs | 18,599.81 | |
| 1500 | Property and Equipment-M | 965,487.17 | |
| 1501 | Property and Equipment-P | 908,903.20 | |
| 1502 | Property and Equipment-C | 948,732.17 | |
| 1503 | Property and Equipment- S | 465,805.03 | |
| 1504 | Vehicles | 13,795.00 | |
| 1600 | Building Improvement- MA | 294,079.80 | |
| 1601 | Building Improvement- Poc | 360,746.48 | |
| 1602 | Building Improvement- Car | 250,746.45 | |
| 1700 | Computer Software-May | 544,950.00 | |
| 1701 | Computer Software- Ponc | 544,950.02 | |
| 1702 | Computer Software- Carol | 544,950.00 | |
| 1703 | Computer Software- SJ | 375,650.00 | |
| 1800 | Accum. Dep.-Furnitures | | 3,026.37 |
| 1801 | Accum. Dep. - Signs | | 9,816.53 |
| 1805 | Acc. Dep. Vehicles | | 5,977.89 |
| 1900 | Accum. Dep. - Prop&Eqt M | | 337,146.73 |
| 1905 | Accum. Dep. - Prop&Eqt P | | 316,365.92 |
| 1910 | Accum. Dep. - Prop&Eqt C | | 325,512.21 |
| 1915 | Accum. Dep. - Prop&Eqt S | | 159,573.72 |
| 1920 | Accum. Dep.- Building Impr | | 84,022.80 |
| 1925 | Accum. Dep.- Building Impr | | 103,070.42 |
| 1930 | Accum. Dep.- Building Impr | | 71,641.85 |
| 1940 | Acc. Dep. Computer Softw | | 189,056.00 |
| 1941 | Acc. Dep. Computer Softw | | 188,461.21 |
| 1942 | Acc. Dep. Computer Softw | | 186,522.80 |
| 1943 | Acc. Dep. Computer Softw | | 133,499.87 |
| 2000 | Accounts payable | | 944,520.89 |
| 2100 | Due to Stockholders | | 2,448.74 |
| 2312 | Property tax payable(CRIM) | | 844,317.58 |
| 2330 | FICA (IRS) payable | | 13,712.49 |
| 2340 | Federal Unemployment tax | | 435.99 |
| 2350 | Income W/H tax payable | | 7,435.30 |
| 2360 | Estate Unemployement tax | | 646.20 |
| 2370 | Disabilities (SDI) payable | | 135.07 |
| 2380 | Income taxes 7% payable | | 11,070.50 |
| 2381 | Accrued vacation | | 10,460.36 |
| 2382 | Accrued sick | | 7,764.04 |
| 2383 | Accrued chrismas bonus | | 2,000.00 |
| 2384 | Accrued expense | | 63,002.59 |
| 2390 | Insurance payable | | 2,740.68 |
| 2425 | Line of Credit- RG | | 499,652.78 |
| 2427 | C/P Lines of Credit | | 4,405,435.95 |
| 2428 | Reliable Loan- C/P | | 1,640.09 |
| 2699 | Reliable Loan- L/T | | 11,103.19 |
| 3910 | Accumulated Deficit | 952,150.08 | |
| 3925 | Subscription receivable | 1,000.00 | |
| 3930 | Common Stock | | 1,000.00 |

8/19/10 at 08:54:33.66

Page: 2

# MEDSCI DIAGNOSTIC, INC.
## General Ledger Trial Balance
### As of Jul 31, 2010

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 4000 | Professional Fees | | 2,057,391.03 |
| 5300 | Supplies Cost | 81,232.03 | |
| 5350 | Repair & Mantainence- Cos | 196,524.69 | |
| 5360 | Tolls | 1,007.50 | |
| 5400 | Cost of Sales-Salary & Wa | 97,529.22 | |
| 5405 | Car Allowance | 100.00 | |
| 5500 | Professional Services | 419,080.63 | |
| 5900 | Depreciation Equipment | 528,488.10 | |
| 5950 | Workmen compensation | 6,616.66 | |
| 6100 | Payroll tax expense | 13,652.34 | |
| 6130 | Property tax expense | 176,547.56 | |
| 6300 | Rent expense | 16,639.26 | |
| 6325 | Professional services | 296,474.00 | |
| 6350 | Maintenance & Repairs exp | 1,870.00 | |
| 6430 | Reimbursement expense | 8,633.10 | |
| 6450 | Office Supplies expense | 2,740.47 | |
| 6500 | Telephone expense | 976.58 | |
| 6550 | Office expense | 3,091.97 | |
| 6575 | Messenger/ Delivery expen | 624.00 | |
| 6615 | Auto expense | 3,922.52 | |
| 6850 | Bank charge expense | 986.29 | |
| 6875 | Medical Insurance | 6,246.26 | |
| 6900 | Salaries expense | 48,000.00 | |
| 6950 | Insurance expense | 16,704.13 | |
| 6975 | Interest expense | 163,458.58 | |
| 6980 | US Trustee- Administration | 325.00 | |
| 7000 | Donation expense | 2,000.00 | |
| 7060 | Patent expense | 16,094.46 | |
| 7200 | Sales tax expense | 105.34 | |
| | **Total:** | **11,046,207.7** | **11,046,207.7** |