Juan Enrique Segarra, USCCI
Traductor/Intérprete – Translator/Interpreter
P.O. Box 9023853
San Juan, P.R. 00902-3853
Cel. Ph.: (787) 633-4057
E-mail: jesegarra@gmail.com

October 13, 2010

Attention:   Medsci Diagnostics Inc.
             Son Sid Condominium
             Suite 1, 1319 Ashford Ave.
             San Juan, P.R. 00907
             T. 787.723.9393

Re:          Interpreter service for deposition.

Case:        No. 10-00094(ESL)

## INVOICE

| DATE | RATE | HOUR | COST |
|---|---|---|---|
| 10-13-10 | $85./hour | Service cancelled (Minimum fee 2/hours) | $170.00 |
| Cancellations shall be made with at least 2 working days advance notice. Cancellations with less than 2 working days notice are subject to a two hour cancellation fee. | | | |
| TOTAL: | | | $170.00 |

Thanks for the opportunity to be of service.

Sincerely,

*[signature]*

Juan E. Segarra

EXHIBIT A, Page 1 of 3.



**BONARD INTERNATIONAL CORP.**

URB. FAIR VIEW
B-13 CALLE1
SAN JUAN, PR 00926
787-755-5349 / bonard@prw.net

# Invoice

| Date | Invoice # |
|---|---|
| 9/30/2010 | 09-2071 |

| Bill To |
|---|
| Medsci Diagnostic<br>Cond. Son Sid, Suite 1319<br>Ave. Ashford<br>San Juan, P.R., 00907<br>787-723-9393 |

| Case Number |
|---|
| 10-0094 |

| Plaintiff | Medsci Diagnostic |
|---|---|
| Defendant | CFSE |

| Terms |
|---|
|   |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Appearance All Day | 6 de julio de 2010 |  | 100.00 | 100.00 |
| Depositions Regular Ing. | Jorge Garcia | 77 | 4.50 | 346.50 |
| Condensed Pages |  | 20 | 0.25 | 5.00 |
| Depositions Regular Ing. |  | 78 | 4.50 | 351.00 |
| Condensed Pages |  | 20 | 0.25 | 5.00 |
| Handling and Delivery |  |  | 10.00 | 10.00 |

We appreciate your prompt payment.

**Total** $817.50

MEMO — Please pay promptly. A $35.00 fee will be charge for any outstanding balance monthly.



# BONARD INTERNATIONAL CORP.

URB. FAIR VIEW
B-13 CALLE1
SAN JUAN, PR 00926
787-755-5349 / bonard@prw.net

# Invoice

| Date | Invoice # |
|---|---|
| 7/14/2010 | 09-2011 |

| Bill To |
|---|
| Medsci Diagnostic<br>Cond. Son Sid, Suite 1319<br>Ave. Ashford<br>San Juan, P.R., 00907<br>787-723-9393 |

| Case Number |
|---|
| 10-0094 |

| Plaintiff | Medsci Diagnostic |
|---|---|
| Defendant | State Insurance Fund Corp |

| Terms |
|---|
|  |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Appearance Half Day | 14 de julio de 2010 |  | 75.00 | 75.00 |
| Depo. Ing Rush 3 day | Felix Rodriguez | 7 | 5.00 | 35.00 |
| Exhibits | 9 Pages | 9 | 0.25 | 2.25 |
| Depo. Ing Rush 3 day | State Insurance Fund | 7 | 5.00 | 35.00 |
| Exhibits | 4 Pages | 4 | 0.25 | 1.00 |
| Handling and Delivery |  |  | 10.00 | 10.00 |

We appreciate your prompt payment.

**Total** $158.25

MEMO: Please pay promptly. A $35.00 fee will be charge for any outstanding balance monthly.

<span style="color:red">EXHIBIT A, Page 3 of 3.</span>