# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| MEDSCI DIAGNOSTICS INC. | CASE NO. 10-04961 ESL |
| DEBTOR | CHAPTER 11 |

## TREASURY DEPARTMENT'S REQUEST FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

**TO THE HONORABLE COURT:**

**COMES NOW**, The Treasury Department of the Commonwealth of Puerto Rico, through the Secretary of Justice, by the undersigned counsel, and respectfully states and prays as follows:

1. This Honorable Court has jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, especially regarding this matter under Title 11 USC §507, on Priorities and §503, on Allowance of Administrative Expenses.

2. On **June 6, 2010**, debtor filed the instant petition for relief under Chapter 11, which operates as a stay, applicable to all entities, of (4) any act to create, perfect, or enforced any lien as against property of the estate;… (6) to collect, assess, or recover a claim against the Debtor that arose before the commencement of the case under this title;… 11 USC §301 and 11 USC §362.

REQUEST FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES                                    2
IN RE: MEDSCI DIAGNOSTICS INC.
CASE NO. 10-04961

3.    The  Puerto  Rico  Treasury  Department  filed  Proof  of
Claim  No.  9  on  December  3,  2010,  which  included  an  unsecured
priority  debt  of  $16,964.11  and  a  general  unsecured  debt  of
$58,606.56  for  a  total  tax  liability  of  $75,570.67.  **Please  see
Bankruptcy Claims Register, under claim(s) no. 9.**

4.    Debtor  in  Possession  is  liable  for  the  accumulated
post  petition  tax  liability  for  failed  to  file  the  corresponding
Employees  Withholding  Tax  Returns  (300)  for  the  second  and  third
trimester  of  2010.  (Exhibit  1)

5.    The  Puerto  Rico  Internal  Revenue  Code  requires  Debtor
to  file  post  petition  tax  returns.  Nonetheless,  instead  of
abiding  by  this  obligation  under  PR  Internal  Revenue  Code,
Debtor  has  accrued  post  petition  tax  liabilities  in  the  amount
of  **$5,999.46**  for  employee  taxes.  (Exhibit  1)

6.    Failure  to  remit  these  post  petition  withheld  amounts
compels  the  Debtor  to  pay  these  taxes  as  a  priority
administrative  expense  pursuant  to  the  provisions  of  the
Bankruptcy Code.

7.    Pursuant  Title  11  USC  §503,  on  Allowance  of
Administrative  Expenses  provide  the  definition  of  what
constitutes  an  administrative  expense:

§503. Allowance of administrative expenses.

(a)……
(b) After  notice  and  a  hearing,  there  shall  be
allowed  administrative  expenses,  other  than  claims

REQUEST FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES                    3
IN RE: MEDSCI DIAGNOSTICS INC.
CASE NO. 10-04961

allowed under section 502(f) of this title,
including -
　　(1)(A) the actual, necessary costs and expenses
of preserving the estate, including wages,
salaries, or commissions for services rendered
after the commencement of the case;
　　**(B) any tax--**
　　**(i) incurred by the estate,** except a tax of
a kind specified in section 507(a)(8) of
this title; or [Emphasis added].

8. The Bankruptcy Code defines a priority in section 507(a)(1). The statute provides in pertinent part which category of administrative expenses holds a first priority.

**§507.    Priorities.**

(a) The following expenses and claims have priority in
the following order:
　　(1) …
　　(2) Second, administrative expenses allowed under
section 503(b) of this title, and ….[Emphasis
added].

9. Accordingly, both sections 507(a)(1) and 503(b)(1)(B) provide for the payment of the estate's administrative taxes.

10. The Treasury Department of the Commonwealth of Puerto Rico hereby requests the allowance and payment of the post petition administrative expenses accrued by Debtor in this case pursuant to the provisions of section 503(b) of the Bankruptcy Code.

11. Debtor in Possession is liable for the accumulated post petition tax liability for failed to file the corresponding Employees Withholding Tax Returns (300) for the second and third

3

REQUEST FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES                                    4
IN RE: MEDSCI DIAGNOSTICS INC.
CASE NO. 10-04961

trimester of 2010, based on Treasury's investigation an imposition of a deficiency pursuant to the Puerto Rico Internal Revenue Code.

12. These past due amounts continue to accrue interests, penalties and late charges, which are also due and payable to the Treasury Department. Debtor must be ordered to comply with the statutory provisions of section 503(b) and pay the administrative claim in its entirety.

**WHEREFORE**, the Treasury Department of the Commonwealth of Puerto Rico respectfully prays as relief from this Honorable Court to allow the Treasury Department's request for allowance of these administrative expenses and to order that these administrative expense taxes for the amount of **$5,999.46** are immediately paid by Debtor.

-NOTICE-

**UNLESS A PARTY IN INTEREST OBJECTS TO WITHIN FOURTEEN (14) DAYS FROM THE DATE OF THE NOTICE, THE REQUEST FOR THE ALLOWANCE OF ADMINISTRATIVE EXPENSES WILL BE DEEMED ALLOWED AND MAY BE GRANTED.**

**LBR 9013-1(h)**


**CERTIFICATE OF SERVICE**

**I hereby certify** that on this same date a true and correct copy of the present *motion* was electronically filed with the clerk of the Court using CM/ECF System which will send

**REQUEST FOR THE ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**          5
IN RE: MEDSCI DIAGNOSTICS INC.
CASE NO. 10-04961

notification of such filing at the authorized address to **Atty.**
**Monsita Lecaroz Arribas**, US Trustee; and to the Attorney for
Debtor, **Atty. Edgardo Muñoz,** and to all the Creditors disclosed
under the List of Creditors.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17 day of January, 2011.

**GUILLERMO SOMOZA COLOMBANI**
Secretary of Justice of the Commonwealth
of Puerto Rico

**GRISEL SANTIAGO CALDERÓN**
Deputy Secretary of Justice
In Charge of Litigation

**WANDYMAR BURGOS VARGAS**
U.S.D.C. No. 223502
Director of Legal Affairs
Federal Litigation Division


*//S// MIGDA LIZ RODRÍGUEZ COLLAZO*
**MIGDA LIZ RODRÍGUEZ COLLAZO, ESQ**
U.S.D.C. NO. 224608
Attorney
Federal Litigation Division
DEPARTMENT OF JUSTICE OF THE
COMMONWEALTH OF PUERTO RICO
P.O. Box 9020192
San Juan, PR 00902-0192
Phone 787 721-5636/8010
Fax. (787) 723-9188
bankruptcyjusticia.gobierno.pr@gmail.com

ENTREGADO A: HECTOR AMADO CRUZ



MEDSCI DIAGNOSTICS INC.  #10-04961

Imm4870

2 DE DICIEMBRE DE 2010

Modelo SC 3537.1 (Hacienda)
33045



Estado Libre Asociado de Puerto Rico
Commonwealth of Puerto Rico
DEPARTAMENTO DE HACIENDA
DEPARTMENT OF THE TREASURY
Area de Rentas Internas y Recaudaciones
Internal Revenue and Collection Area
Negociado de Recaudaciones
Bureau of Collections

SECCION  DE  QUIEBRAS,  SAN JUAN,  PR
Colecturía - Collector's Office

**MEDSCI DIAGNOSTICS INC.**

XXX-XX-0676

| | |
|---|---|
| | 11 |
| | Capitulo  -  Chapter |

PO BOX 2453
MOCA                          PR        00676

10-04961-ESL11
# QUIEBRA - BANKRUPTCY NUM.

A la fecha en que se expide esta Certificación nuestros registros indican la siguiente deuda:
At the date of this Certification our records show the following debt:

| Concepto: ☐ Mueble Personal Property | | Inmueble ☐ Property Tax | | Ingresos ☑ Income Tax | | | Otros  no radicó planillas Others  did'nt file Income Tax Return | |
|---|---|---|---|---|---|---|---|---|
| **Año** <br> Número del Recibo <br> **Year**  Receipt Number | **PENALIDADES** | Contribución Original <br> Original Tax | **Interes Hasta** <br> **Interests Until** <br> Día / Mes / Año <br> Day / Month / Year | | | Recargos <br> Surcharges | Total Adeudado <br> Total Debt Amount | |
| 4/2010 | 300 | $  1,570.00 | | $  146.58 | $  428.00 | $  2,144.58 | | |
| 7/2010 | 300 | $  2,836.00 | | $  84.48 | $  934.40 | $  3,854.88 | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| | | $  - | | $  - | $  - | $  - | | |
| **TOTAL** | | $  4,406.00 | | $  231.06 | $  1,362.40 | $  5,999.46 | | |
| **GRAN TOTAL** | | $  4,406.00 | | $  231.06 | $  1,362.40 | $  5,999.46 | | |

JEM
LMM

2-Dec-10
Fecha  -  Date

SRA. CARMEN E. TORRES COLON - BANKRUPTCY
DIVISION
Colector de Rentas Internas o su Representante Autorizado
Internal Revenue Collector or his Authorized Agent

FOR OFFICIAL USE ONLY:  To be kept as a permanent record in the case file.



Estado Libre Asociado de Puerto Rico
*Commonwealth of Puerto Rico*

**DEPARTAMENTO DE HACIENDA**
*DEPARTMENT OF TREASURY*

Area de Rentas Internas y Recaudaciones
*Internal Revenue and Collection Area*

Negociado de Recaudaciones
*Collections Bureau*

SECCION DE QUIEBRAS, SAN JUAN, PR
*BANKCRUPTCY SECTION*
*Colecturia - Collector's Office*

TIPOS DE CUENTA
*Account Clasification*

| CUENTA | CLAVE | DESCRIPCION |
|---|---|---|
| 100 | IND | C/S/I Individuo |
| 200 | CORP | C/S/I Corporativo |
| 201 | | Contribucion Adicional Especial |
| 202 | | Impuesto de Repatriación |
| 300 | PATRONAL | C/S/I Patronal |
| 301 | | C/S/I Retenidos en el Origen (No Res) |
| 302-306 | | Dividendos, Int. y Distrib. Sociedades |
| 307 | | Penalidad IRA |
| 308 | | Otros Pagos |
| 400 | 7% RET | Retenida y Otras Retenciones |
| 401 | | Servicios Préstados Corporación |
| 402 | | Indemnización Extrajudicial o Judicial |
| 500 | ABR | Arbitrios No Afianzados |
| 501 | HOST | Hotelero |
| 502 | JOYE | Joyeria |
| 503 | MANU | Manufatureros |
| 504 | IMPA | Importadores Afianzados |
| 505 | AGRI | Agricola |
| 506 | EXEN | Contribuyente Exento |
| 507 | CORR | Afianzado Via Correo |
| 508 | ADEU | almacen de Adeudo Arbitrios |
| 509 | IACE | Importador de Aceites Lubricantes |
| 510 | INEU | Importador a fianzado y/o manufacturero |
| 511 | MACE | Manufacturero de Aceites Lubricantes |
| 512 | MNEU | Manufacturero de Neumáticos |
| 513 | RECI | Reciclaje |
| 600 | HER | C/S/I Herencia |
| 620 | DON | C/S/I Donaciones |
| 700 | LACD | Licencia de Arbitrios con Descuento |
| 701 | LARB | Licencia de Arbitrios sin Descuento |
| 750 | LBEB | Licencia de Alcohol |
| 800 | ALCO | Impueto Sobre Bèbidas Alcoholicas |
| 850 | | Electric Benefit Transfer |
| 900 | SERV. DEPT | Departamento de Servicios Sociales |
| 901 | | Cheque Devuelto |
| 930 | IVU | Penalidad IVU |
| 125 | CONT. ESPC. | Contribucion Especial Sobre la Propiedad Inmueble |