UNITED STATES BANKRUPTCY COURT
JUDICIAL    DISTRICT OF  PUERTO RICO
_____ DIVISION

MEDSCI DIAGNOSTICS, INC.                          CASE NO. 10-04961 ESL

Debtor
--------------------------                        Chapter 11


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 12/1/2010   TO 12/31/2010

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


/S/ EDGARDO MUÑOZ   1/20/11
Attorney for Debtor's Signature


Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

MEDSCI DIAGNOSTICS, INC                   Edgardo Muñoz, PSC
CONDOMINIO SON SID -- SUITE 1             PO Box 360971
1319 ASHFORD AVE. SAN JUAN PR 00907       San Juan PR 00936-0971
787-723-9393

                                          tel 787-524-3888
                                          e-mail: emunoz@emunoz.net
                                          fax 787-524-3888


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.


MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  12/1/2010     AND ENDING 12/31/2010

Name of Debtor:  MEDSCI DIAGNOSTICS, INC.          Case Number  10-04961 ESL
Date of Petition:  JUNE 6, 2010

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 71,008.31 (a) | 20,699.32 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 885,833.37 | 2,145,187.04 |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 885,833.37 | 2,145,187.04 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 956,841.68 | 2,165,886.36 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | 51.00 | 1,159.06 |
| C. Contract Labor | 97,241.05 | 381,068.41 |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 6,385.10 | 28,149.83 |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | 280.68 |
| I. Office Supplies | 80,462.60 | 229,405.69 |
| J. Payroll - Net (See Attachment 4B) | 55,245.19 | 213,669.77 |
| K. Professional Fees (Accounting & Legal) | 42,540.65 | 55,674.75 |
| L. Rent | 2,958.08 | 16,902.62 |
| M. Repairs & Maintenance | 4,719.65 | 48,090.28 |
| N. Secured Creditor Payments (See Attach. 2) | 215,778.71 | 659,949.91 |
| O. Taxes Paid - Payroll (See Attachment 4C) | 10,003.29 | 83,030.76 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | 179.77 | 1,077.06 |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | 0.00 | 5,525.00 |
| U. Utilities | | 270 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | 1,735.51 | 2,091.56 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 517,300.60 | 1,726,345.28 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 439,541.08 (c) | 439,541.08 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This  20  day of   JAN  , 20 11                    _____
                                                            (Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of
    the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| BB | | 356.05 |
| Interest IRS | 1,735.51 | 1,735.51 |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | 1,735.51 | 2,091.56 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: _MEDSCI DIAGNOSTICS, INC._          CASE NO. 10-04961 ESL

Reporting Period beginning ____12/1/2010____     Period ending ____12/31/10____

ACCOUNTS RECEIVABLE AT PETITION DATE: _$1,427,930.00_

### ACCOUNTS RECEIVABLE RECONCILIATION
(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---:|---|
| Beginning of Month Balance | $ 1,791,091.00 | (a) |
| PLUS: Current Month New Billings | 283,826.37 | |
| MINUS: Collection During the Month | $ 885,833.37 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ -0- | * |
| End of Month Balance | $ 1,189,084.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 328,789 | $ 223,541 | $ 252,005 | $ 384,749 | $ 1,189,084 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| FSE | 6/30/10 | See Adversary Proceeding 10-0094 |
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

MOR-4

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___12/1/2010___        Period ending ___12/31/2010___

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | See Attachment # 4 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT        290,306.38 (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ 143,737.14 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 359,815.53 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ 213,246.29 | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 290,306.38 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| RG Loan | 12/6 &13/10 | 208,296.71 | | |
| RG Loan | 12/6 & 13/10 | 6,870.00 | | |
| | | | | |
| | | | | |
| TOTAL | | 215,166.71 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning ____12/1/2010____          Period ending ___12/31/2010___

## INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | 5,013.98 |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | 7,813.86  (a) |
| PLUS: Inventory Purchased During Month | $ | 20,126.34 |
| MINUS: Inventory Used or Sold | $ | 19,789.97 |
| PLUS/MINUS: Adjustments or Write-downs | $ | -0-  * |
| Inventory on Hand at End of Month | $ | 8,150.23 |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| __100__ % | _____% | _____% | _____% = | ___100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ 3,825,053.68 | (a)(b) |
| MINUS: Depreciation Expense | $ 75,569.68 | |
| PLUS: New Purchases | $ -0- | |
| PLUS/MINUS: Adjustments or Write-downs | $ -0- | * |
| Ending Monthly Balance | $ 3,749,484.00 | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning  12/1/2010              Period ending  12/31/2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Banco Santander          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: __300460-2470____

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 382,060.09 | |
| Plus Total Amount of Outstanding Deposits | $     -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $  17,420.04 | * |
| Minus Service Charges | $     -0- | |
| Ending Balance per Check Register | $ 364,640.05 | **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | N/A | Transferred to Payroll Account |
| $ | N/A | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
     "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ~~ATTACHMENT 5A~~

## <u>CHECK REGISTER - OPERATING ACCOUNT</u>

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___12/1/2010___        Period ending  12/31/2010

NAME OF BANK: Banco Santander_____   BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER:  3004602470_____

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | See Attachment #1 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                            $ 452,207.12

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.     CASE NO. 10-04961 ESL

Reporting Period beginning ___12/1/2010___     Period ending  12/31/2010

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Banco Santander     BRANCH: _____

ACCOUNT NAME: _____ ACCOUNT NUMBER: 3004602489
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 70,436.18 | |
| Plus Total Amount of Outstanding Deposits | $ -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $ -0- | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 70,436.18 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___12/1/2010___        Period ending ___12/31/2010___

NAME OF BANK: _Banco Santander_        BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: 3004602489 _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | See Attachment #2 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                        $ 55,090.19

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning ____12/1/2010____          Period ending ____12/31/2010____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  __Banco Santander__          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER:  __3004602497_____

PURPOSE OF ACCOUNT: ____TAX_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 3,272.58 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | 1,134.60  * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 2,137.98  **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
                                                                United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

### CHECK REGISTER - TAX ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.     CASE NO. 10-04961 ESL

Reporting Period beginning ___12/1/2010___     Period ending  12/31/2010___

NAME OF BANK: Banco Santander___     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT #  3004602497_____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  | See Attachment #3 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                          10,003.29 (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | 10,003.29 (a) |
| Sales & Use Taxes Paid | (b) |
| Other Taxes Paid | (c) |
| TOTAL | 10,003.29 (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | ____NONE | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |

**TOTAL**   $ _____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____
                          NONE
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**   $ _____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning  12/1/2010                    Period ending  12/31/2010

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales
tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | See Attachment #6 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 22,915.45 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___12/1/2010___        Period ending _12/31/2010_

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| RALPH VALLONE, JR | VICE-PRESIDENT | Salaries | 24,000 |
| OSVALDO CARLO, ESQ. | PRESIDENT | Salaries | 24,000 |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 6 | |
| Number hired during the period | -0- | |
| Number terminated or resigned during period | -0- | |
| Number of employees on payroll at end of period | 6 | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| CFSE | 787-767-4681 | 0812001400 | FSE | 6/30/11 | |
| Universal Insurance Company | | UC-5600237869 | Commercial Policy | 10/08/11 | |
| Universal CAICO | | 88PP369597 | Vehicle insurance | 04/20/2011 | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | NONE | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

1) Adversary Proceeding 10-0094 filed; TRO sought. Hearing held. Matter under advisement

2) Stipulation with Scotiabank for use of cash collateral

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

## MEDSCI DIAGNOSTIC, INC.
### Check Register Operation
### For the Period From Dec 1, 2010 to Dec 31, 2010
### Case #10-04961 #3004602470 ELS

Attachment #1

| Check | Date | Payee | Cash Ac | Amount |
|-------|------|-------|---------|--------|
| 1168 | 12/06/2010 | RG Premier Bank | 1050 | 104,081.45 |
| 1169 | 12/06/2010 | Dr. Oscar Zavala | 1050 | 43,393.80 |
| 1170 | 12/06/2010 | Diagnostic Imaging Sup | 1050 | 19,504.00 |
| 1171 | 12/06/2010 | Aquino, De Cordova, Ali | 1050 | 565.00 |
| 1172 | 12/06/2010 | De Lage Landen Financ | 1050 | 234.18 |
| 1173 | 12/06/2010 | RG Premier Bank | 1050 | 3,435.00 |
| 1174 | 12/06/2010 | Lcdo. Edgardo Muñoz P | 1050 | 18,600.00 |
| 1175 | 12/06/2010 | Juan Enrique Segarra, L | 1050 | 170.00 |
| 1176 | 12/06/2010 | Bonard International Cor | 1050 | 975.75 |
| 1179 | 12/07/2010 | Diagnostic Imaging Sup | 1050 | 9,416.00 |
| 1180 | 12/07/2010 | Santurce XRay | 1050 | 856.21 |
| 1181 | 12/09/2010 | Cash | 1050 | 169.85 |
| 1182 | 12/09/2010 | Cash | 1050 | 315.36 |
| 1183 | 12/09/2010 | Reliable Financial | 1050 | 306.00 |
| 1184 | 12/09/2010 | Easy Finance Corporati | 1050 | 2,749.27 |
| 1185 | 12/10/2010 | Diagnostic Imaging Sup | 1050 | 19,504.00 |
| 1186 | 12/10/2010 | Diagnostic Product For I | 1050 | 342.80 |
| 1187 | 12/10/2010 | Mr. Ink of PR | 1050 | 361.83 |
| 1188 | 12/10/2010 | Aeronet Wireless Broad | 1050 | 3,599.80 |
| 1189 | 12/10/2010 | Aeronet Wireless Broad | 1050 | 1,119.85 |
| 1190 | 12/10/2010 | AT&T | 1050 | 179.77 |
| 1198 | 12/13/10 | RG Premier Bank | 1050 | 104,215.26 |
| 1199 | 12/13/10 | RG Premier Bank | 1050 | 3,435.00 |
| 1191 | 12/15/10 | Carlos A. Bonilla Padilla | 1050 | 724.50 |
| 1192 | 12/15/10 | Carlos A. Bonilla Padilla | 1050 | 347.50 |
| 1193 | 12/15/10 | Nixa H. Pérez Mercado | 1050 | 790.50 |
| 1194 | 12/15/10 | Lcdo. Edgardo Muñoz P | 1050 | 22,340.65 |
| 1196 | 12/15/10 | Dr. Oscar Zavala | 1050 | 38,269.50 |
| 1197 | 12/15/10 | Diagnostic Imaging Sup | 1050 | 19,504.00 |
| 1195 | 12/15/10 | Dr. Felix Aponte La Luz | 1050 | 9,672.00 |
| 1201 | 12/21/10 | VOID | 1050 | |
| 1202 | 12/21/10 | VOID | 1050 | |
| 1219 | 12/29/10 | Santurce XRay | 1050 | 856.21 |
| 1220 | 12/29/10 | Diagnostic Imaging Sup | 1050 | 9,416.00 |
| 1203 | 12/30/10 | Carlos A. Bonilla Padilla | 1050 | 604.50 |
| 1204 | 12/30/10 | Carlos A. Bonilla Padilla | 1050 | 724.50 |
| 1203V | 12/30/10 | Carlos A. Bonilla Padilla | 1050 | -604.50 |
| 1205 | 12/30/10 | Carlos A. Bonilla Padilla | 1050 | 347.50 |
| 1206 | 12/30/10 | Nixa H. Pérez Mercado | 1050 | 790.50 |
| 1207 | 12/30/10 | Carmen Ramos | 1050 | 930.00 |
| 1208 | 12/30/10 | Jose Candelaria | 1050 | 155.00 |
| 1209 | 12/30/10 | Easy Finance Corporati | 1050 | 2,749.27 |
| 1210 | 12/30/10 | Internal Revenue Servic | 1050 | 1,735.51 |
| 1211 | 12/30/10 | Carlos A. Suarez | 1050 | 150.00 |
| 1212 | 12/30/10 | RICOH | 1050 | 2.65 |
| 1213 | 12/30/10 | De Lage Landen Financ | 1050 | 223.90 |
| 1214 | 12/30/10 | Aquino, De Cordova, Ali | 1050 | |
| 1215 | 12/30/10 | ReComs Realty | 1050 | 2,500.00 |
| 1216 | 12/30/10 | Regulatory Compliance | 1050 | 886.56 |
| 1217 | 12/30/10 | Reliable Financial | 1050 | 306.00 |
| 1218 | 12/30/10 | Aquino, De Cordova, Ali | 1050 | 1,035.00 |
| 011V | 12/30/10 | Félix Rodriguez | 1050 | -45.00 |
| | | Bank Charge | | 51.00 |
| | | | | 213.69 |
| **Total** | | | **$** | **452,207.12** |

## MEDSCI DIAGNOSTIC, INC.

Attachment # 2

### Check Register #3004602489
### For the Period From Dec 1, 2010 to Dec 31, 2010
### Case 10-04991- ELS

| Check | Date | Payee | Cash Ac | Amount |
|-------|------|-------|---------|--------|
| 1058 | 12/01/2010 | Ralph Vallone, Jr. | 1040 | 10,242.00 |
| 1059 | 12/01/2010 | Osvaldo Carlo Linares | 1040 | 10,242.00 |
| 1060 | 12/06/2010 | Ralph Vallone, Jr. | 1040 | 11,082.00 |
| 1061 | 12/06/2010 | Osvaldo Carlo Linares | 1040 | 11,082.00 |
| 1062 | 12/06/2010 | Ana M. Vizcarrondo | 1040 | 277.05 |
| 1063 | 12/06/2010 | Gloria I. Flores Ramos | 1040 | 277.05 |
| 1064 | 12/06/2010 | Roxana Pabon | 1040 | 277.05 |
| 1065 | 12/06/2010 | Julio Pellot Noriega | 1040 | 264.80 |
| 1066 | 12/06/2010 | Ana M. Vizcarrondo | 1040 | 554.10 |
| 1062V | 12/06/2010 | Ana M. Vizcarrondo | 1040 | -277.05 |
| 1067 | 12/15/10 | Ana M. Vizcarrondo | 1040 | 2,005.72 |
| 1068 | 12/15/10 | Gloria I. Flores Ramos | 1040 | 1,148.78 |
| 1069 | 12/15/10 | Roxana Pabon | 1040 | 743.91 |
| 1070 | 12/15/10 | Julio Pellot Noriega | 1040 | 1,677.59 |
| 1071 | 12/30/10 | Ana M. Vizcarrondo | 1040 | 2,005.72 |
| 1072 | 12/30/10 | Gloria I. Flores Ramos | 1040 | 1,065.97 |
| 1073 | 12/30/10 | Roxana Pabon | 1040 | 743.91 |
| 1074 | 12/30/10 | Julio Pellot Noriega | 1040 | 1,677.59 |

**Total**  $ **55,090.19**

## MEDSCI DIAGNOSTIC, INC.
### Check Register Taxes #3004602497
### For the Period From Dec 1,  2010 to Dec 31, 2010

Attachment # 3

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 1023 | 12/07/2010 | Banco Santander Puert 1060 | | 5,769.24 |
| 1024 | 12/07/2010 | Banco Santander Puert 1060 | | 3,099.45 |
| 1025 | 12/07/2010 | Secretario de Hacienda 1060 | | 1,134.60 |
| 1200 | 12/31/10 | VOID | 1060 | |
| **Total** | | | | **$ 10,003.29** |

**Medsci Diagnostic, Inc.**
**Post Petition Accounts Payable**

Attachment # 4

| Date Incurred | Days Oustanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 12/15/10 | 16 | Aquino, De Cordova, Alfaro | Professional Serv. | 195.00 |
| 12/29/10 | 2 | ATT | Utilities | 174.48 |
| 12/29/10 | 2 | Diagnostic Product | Supplies | 171.40 |
| 12/31/10 | 0 | Dr. Felix Aponte La Luz | Professional Serv. | 12,250.00 |
| 12/31/10 | 5 | Dr. Oscar Zavala | Professional Serv. | 39,160.00 |
| 12/01/2010 | 24 | ReComs Realty | Rent | 2,500.00 |
| 12/01/2010 | 33 | Regulatory Compliance | Medical Insurance | 886.56 |
| 12/15/10 | 16 | RICOH | Supplies | 108.14 |
| 12/31/10 | 0 | US Trustee | Services | 4,875.00 |
| 12/30/10 | 1 | Lic. Rafael González Vélez | | 229,985.80 |
| | | | | $ 290,306.38 |

Attachment # 6

MONTHLY TAX REPORT

**MEDSCI DIAGNOSTICS, INC.**                          **CASE #1004961 ESL**
**December 1, 2010 THRU December 31, 2010**

### TAXES OWED AND DUE

| NAME OF TAXING | DATE PAYMENT DUE | DESCRIPTION | AMOUNT | DATE LAST TAX RETURN FILED | TAX RETURN PERIOD |
|---|---|---|---|---|---|
| IRS | 1/15/2011 | Soc. Security & Med | $    9,635.50 | 9/30/10 | 12/31/10 |
| Treasury Department | 1/15/2011 | Income tax witheld | 3,043.70 | 9/30/10 | 12/31/10 |
| Treasury Department | 1/10/2011 | Inc. tax 7% | 10,236.25 | | 12/31/10 |
| | | Total | $    22,915.45 | | |

19/1/11 at 10:47:50.02

# MEDSCI DIAGNOSTIC, INC.
## Account Reconciliation
## As of 31 Dec 2010
## 1050 - Banco Santander
## Bank Statement Date: 31 December 2010

Filter Criteria includes: Report is printed in Detail Format.

| | | | | | |
|---|---|---|---|---|---|
| Beginning GL Balance | | | | 38,696.84 | |
| Add: Cash Receipts | | | | 537,150.33 | |
| Less: Cash Disbursements | | | | (451,942.43) | |
| Add (Less) Other | | | | 240,735.31 | |
| Ending GL Balance | | | | 364,640.05 | |
| Ending Bank Balance | | | | 382,060.09 ✓ | |
| Add back deposits in transit | | | | | |
| Total deposits in transit | | | ———— | | |
| (Less) outstanding checks | | | | | |
| | 30 Dec 2010 | 1206 | (790.50) | | |
| | 30 Dec 2010 | 1208 | (155.00) | | |
| | 30 Dec 2010 | 1209 | (2,749.27) | | |
| | 30 Dec 2010 | 1210 | (1,735.51) | | |
| | 30 Dec 2010 | 1211 | (150.00) | | |
| | 30 Dec 2010 | 1212 | (2.65) | | |
| | 30 Dec 2010 | 1213 | (223.90) | | |
| | 30 Dec 2010 | 1217 | (306.00) | | |
| | 30 Dec 2010 | 1218 | (1,035.00) | | |
| | 29 Dec 2010 | 1219 | (856.21) | | |
| | 29 Dec 2010 | 1220 | (9,416.00) | | |
| Total outstanding checks | | | | (17,420.04) ✓ | |
| Add (Less) Other | | | | | |
| Total other | | | ———— | | |
| Unreconciled difference | | | | 0.00 | |
| Ending GL Balance | | | | 364,640.05 | |

19/1/11 at 10:48:00.10

## MEDSCI DIAGNOSTIC, INC.
### Outstanding Checks
### As of 31 Dec 2010
### 1050 - Banco Santander

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|-----------|-----------|
| 1206 | 30/12/10 | Nixa H. Pérez Mercado | -790.50 |
| 1208 | 30/12/10 | Jose Candelaria | -155.00 |
| 1209 | 30/12/10 | Easy Finance Corporation | -2,749.27 |
| 1210 | 30/12/10 | Internal Revenue Service | -1,735.51 |
| 1211 | 30/12/10 | Carlos A. Suarez | -150.00 |
| 1212 | 30/12/10 | RICOH | -2.65 |
| 1213 | 30/12/10 | De Lage Landen Financial | -223.90 |
| 1217 | 30/12/10 | Reliable Financial | -306.00 |
| 1218 | 30/12/10 | Aquino, De Cordova, Alfaro | -1,035.00 |
| 1219 | 29/12/10 | Santurce XRay | -856.21 |
| 1220 | 29/12/10 | Diagnostic Imaging Supplie | -9,416.00 |
| | | **Total** | **-17,420.04** |

 **Santander**

# ESTADO DE CUENTA

CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004602470 |
| Desde | 30 Nov 2010 |
| Hasta | 31 Dic 2010 |

Caso #
1004961

| | |
|---|---|
| Total de depósitos en el Banco | $382,060.09 |
| Total de préstamos en el Banco | $0.00 |



Para preguntas llamar a      BANCO EN CASA (787)281-2000 ó 1-800-726-8263

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**

## DEBTOR IN POSSESSION

Número de cuenta  3004602470

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 53,869.32 |
| Depósitos y otros créditos | 4 | + | 778,150.33 |
| Cheques pagados y otros retiros | 46 | - | 449,959.56 |
| Balance final | | $ | 382,060.09 |

### Información de intereses

Intereses ganados $     0.00 basado en un período de 031 Días.
Con una tasa anual de rendimiento de    0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | | Fecha | Cantidad |
|---|---|---|---|---|
| 12/13 | 243,724.17 | | 12/23 | 293,426.16 |

### Resumen de créditos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 11/30 | Tasa int. anual 0.000 % | |
| 12/07 | Transfer. de 3004602497 Transfer Santander GlobAccess 3004602497 | 112,000.00 |
| 12/07 | Transfer. de 3004602489 Transfer Santander GlobAccess 3004602489 | 129,000.00 |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1128 | 500.00 | 12/14 | 1183 | 306.00 | 12/16 |
| 1139* | 234.18 | 12/01 | 1184 | 2,749.27 | 12/21 |
| 1146* | 127.50 | 12/23 | 1185 | 19,504.00 | 12/17 |
| 1154* | 150.00 | 12/02 | 1186 | 342.80 | 12/31 |
| 1163* | 315.50 | 12/01 | 1187 | 361.83 | 12/20 |
| 1164 | 790.50 | 12/03 | 1188 | 3,599.80 | 12/21 |
| 1165 | 724.50 | 12/01 | 1189 | 1,119.85 | 12/21 |
| 1166 | 930.00 | 12/02 | 1190 | 179.77 | 12/21 |
| 1167 | 11,355.30 | 12/02 | 1191 | 724.50 | 12/15 |
| 1168 | 104,081.45 | 12/08 | 1192 | 347.50 | 12/15 |
| 1169 | 43,393.80 | 12/09 | 1193 | 790.50 | 12/17 |

PO Box 362589, San Juan, Puerto Rico 00936-2589                    Miembro FDIC



# ESTADO DE CUENTA

3
3004602470

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos procesados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or other effects processed in this statement



| 1128 | $-500.00 | 12/14/10 | 1139 | $-234.18 | 12/01/10 |
| 1146 | $-127.50 | 12/23/10 | 1154 | $-150.00 | 12/02/10 |
| 1163 | $-315.50 | 12/01/10 | 1164 | $-790.50 | 12/03/10 |
| 1165 | $-724.50 | 12/01/10 | 1166 | $-930.00 | 12/02/10 |
| 1167 | $-11,355.30 | 12/02/10 | 1168 | $-104,081.45 | 12/08/10 |

 **Santander**

## ESTADO DE CUENTA

5
3004602470

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheques u otros efectos procesados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or other effects processed in this statement



1181     $-169.85     12/14/10



1182     $-315.36     12/14/10



1183     $-306.00     12/16/10



1184     $-2,749.27     12/21/10



1185     $-19,504.00     12/17/10



1186     $-342.80     12/31/10



1187     $-361.83     12/20/10



1188     $-3,599.80     12/21/10



1189     $-1,119.85     12/21/10



1190     $-179.77     12/21/10

 **Santander**

ESTADO DE CUENTA

7
3004602470

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos
procesados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement



| 1205 | $-347.50 | 12/30/10 |
| 1207 | $-930.00 | 12/30/10 |
| 1215 | $-2,500.00 | 12/30/10 |
| 1216 | $-886.56 | 12/31/10 |

14/1/11 at 14:39:17.69

Page: 1

## MEDSCI DIAGNOSTIC, INC.
### Account Reconciliation
### As of 31 Dec 2010
### 1060 - Banco Santander-Taxes
### Bank Statement Date: 31 December 2010

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 1,192.48 |
| Add: Cash Receipts | | | | 122,948.79 |
| Less: Cash Disbursements | | | | (10,003.29) |
| Add (Less) Other | | | | (112,000.00) |
| Ending GL Balance | | | | 2,137.98 |
| Ending Bank Balance | | | | 3,272.58 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | 7 Dec 2010 | 1025 | (1,134.60) | |
| Total outstanding checks | | | | (1,134.60) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 2,137.98 |

14/1/11 at 14:39:26.42

Page: 1

## MEDSCI DIAGNOSTIC, INC.
### Outstanding Checks
### As of 31 Dec 2010
### 1060 - Banco Santander-Taxes

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|---------|------------------------|-----------|
| 1025 | 7/12/10 | Secretario de Hacienda | -1,134.60 |
| | | Total | -1,134.60 |



# ESTADO DE CUENTA

2

CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004602497 |
| Desde | 30 Nov 2010 |
| Hasta | 31 Dic 2010 |

10
601

Caso #
1004961

| | |
|---|---|
| **Total de depósitos en el Banco** | **$3,272.58** |
| **Total de préstamos en el Banco** | **$0.00** |



Para preguntas llamar a    BANCO EN CASA (787)281-2000 ó 1-800-726-8263

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**



## DEBTOR IN POSSESSION                          Número de cuenta  3004602497

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 1,192.48 |
| Depósitos y otros créditos | 1 | + | 122,948.79 |
| Cheques pagados y otros retiros | 3 | - | 120,868.69 |
| Balance final | | $ | 3,272.58 |

### Información de intereses

Intereses ganados $    0.00 basado en un período de 031 Días.
Con una tasa anual de rendimiento de   0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 12/06 | 122,948.79 | | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1023 | 5,769.24 | 12/10 | 1024 | 3,099.45 | 12/10 |

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 12/07 | Transfer. a IT 004602470<br>Transfer Santander GlobAccess<br>3004602470 | 112,000.00 |

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 12/06 | 124,141.27 | 12/10 | 3,272.58 | 12/31 | 3,272.58 |
| 12/07 | 12,141.27 | | | | |

### Resumen de cargos por sobregiro y efectos devueltos:

| | Total del período | Total acumulado durante el año 2010 |
|---|---|---|
| Total de intereses por sobregiro | $0.00 | $2.00 |

PO Box 362589, San Juan, Puerto Rico 00936-2589                    Miembro FDIC



## ESTADO DE CUENTA

**3**
3004602497

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos
procesados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement





| 1023 | $-5,769.24 | 12/10/10 |
| 1024 | $-3,099.45 | 12/10/10 |

        Miembro FDIC

14/1/11 at 14:36:41.12

# MEDSCI DIAGNOSTIC, INC.
## Account Reconciliation
## As of 31 Dec 2010
## 1040 - Banco Santander-Payroll
## Bank Statement Date: 31 December 2010

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 28,792.12 |
| Add: Cash Receipts | 225,734.25 |
| Less: Cash Disbursements | (55,090.19) |
| Add (Less) Other | (129,000.00) |
| Ending GL Balance | 70,436.18 |
| Ending Bank Balance | 70,436.18 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 70,436.18 |



## ESTADO DE CUENTA

CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | **1** |
| Número de cuenta | **3004602489** |
| Desde | **30 Nov 2010** |
| Hasta | **31 Dic 2010** |

Caso #
1004961

| | |
|---|---|
| Total de depósitos en el Banco | $70,436.18 |
| Total de préstamos en el Banco | $0.00 |



Para preguntas llamar a       BANCO EN CASA (787)281-2000 ó 1-800-726-8263

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por**
**Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**

## DEBTOR IN POSSESSION

Número de cuenta   3004602489

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 34,352.58 |
| Depósitos y otros créditos | 2 | + | 225,734.25 |
| Cheques pagados y otros retiros | 21 | - | 189,650.65 |
| Balance final | | $ | 70,436.18 |

### Información de intereses

Intereses ganados $     0.00 basado en un período de 031 Días.
Con una tasa anual de rendimiento de     0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 12/06 | 177,021.78 | 12/13 | 48,712.47 |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1054 | 2,005.72 | 12/02 | 1065 | 264.80 | 12/10 |
| 1055 | 1,133.24 | 12/01 | 1066 | 554.10 | 12/08 |
| 1056 | 743.91 | 12/01 | 1067 | 2,005.72 | 12/16 |
| 1057 | 1,677.59 | 12/02 | 1068 | 1,148.78 | 12/15 |
| 1058 | 10,242.00 | 12/01 | 1069 | 743.91 | 12/15 |
| 1059 | 10,242.00 | 12/02 | 1070 | 1,677.59 | 12/15 |
| 1060 | 11,082.00 | 12/07 | 1071 | 2,005.72 | 12/31 |
| 1061 | 11,082.00 | 12/10 | 1072 | 1,065.97 | 12/30 |
| 1063* | 277.05 | 12/14 | 1073 | 743.91 | 12/31 |
| 1064 | 277.05 | 12/10 | 1074 | 1,677.59 | 12/31 |

* Indica un cambio en la secuencia del número de cheque en el estado

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 12/07 | Transfer. a IT 004602470<br>Transfer Santander GlobAccess<br>3004602470 | 129,000.00 |

Miembro FDIC



## ESTADO DE CUENTA

3
3004602489

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos procesados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or other effects processed in this statement



| 1054 | $-2,005.72 | 12/02/10 | 1055 | $-1,133.24 | 12/01/10 |
| 1056 | $-743.91 | 12/01/10 | 1057 | $-1,677.59 | 12/02/10 |
| 1058 | $-10,242.00 | 12/01/10 | 1059 | $-10,242.00 | 12/02/10 |
| 1060 | $-11,082.00 | 12/07/10 | 1061 | $-11,082.00 | 12/10/10 |
| 1063 | $-277.05 | 12/14/10 | 1064 | $-277.05 | 12/10/10 |

MEDSCI DIAGNOSTIC, INC.
Balance Sheet
December 31, 2010

ASSETS

| Current Assets | | |
|---|---|---|
| RG Premier Acct. | $ | 2,326.87 |
| Banco Santander-Payroll | | 70,436.18 |
| Banco Santander | | 364,640.05 |
| Banco Santander-Taxes | | 2,137.98 |
| Accounts Receivable | | 1,189,084.00 |
| Unbilled receivable | | 106,632.00 |
| Allowance for Doubtful Account | | (45,600.00) |
| Prepaid income tax | | 9,940.41 |
| Inventory- Mayaguez | | 2,261.13 |
| Inventory- Ponce | | 1,564.20 |
| Inventory- Carolina | | 2,681.50 |
| Inventory- San Juan | | 1,643.40 |
| Prepaid Insurance | | 24,699.47 |
| | | |
| Total Current Assets | | 1,732,447.19 |
| | | |
| Property and Equipment | | |
| Furnitures & Fixtures | | 3,631.58 |
| Signs | | 18,599.81 |
| Property and Equipment-May | | 965,487.17 |
| Property and Equipment-Pon | | 908,903.20 |
| Property and Equipment-Car | | 948,732.17 |
| Property and Equipment- SJ | | 465,805.03 |
| Vehicles | | 13,795.00 |
| Building Improvement- MAY | | 294,079.80 |
| Building Improvement- Poc | | 360,746.48 |
| Building Improvement- Car | | 250,746.45 |
| Computer Software-May | | 544,950.00 |
| Computer Software- Ponc | | 544,950.02 |
| Computer Software- Carol | | 544,950.00 |
| Computer Software- SJ | | 375,650.00 |
| Accum. Dep.-Furnitures | | (3,530.78) |
| Accum. Dep. - Signs | | (12,399.84) |
| Acc. Dep. Vehicles | | (7,127.59) |
| Accum. Dep. - Prop&Eqt M | | (395,442.77) |
| Accum. Dep. - Prop&Eqt P | | (370,994.27) |
| Accum. Dep. - Prop&Eqt C | | (382,650.12) |
| Accum. Dep. - Prop&Eqt S | | (189,030.80) |
| Accum. Dep. - Building Impro M | | (101,527.55) |
| Accum. Dep.- Building Impro. P | | (124,543.42) |
| Accum. Dep.- Building Impro. C | | (86,567.23) |
| Acc. Dep. Computer Software-M | | (221,493.50) |
| Acc. Dep. Computer Software-P | | (220,898.71) |
| Acc. Dep. Computer Software-C | | (218,960.30) |
| Acc. Dep. Computer Software-SJ | | (156,375.86) |
| | | |
| Total Property and Equipment | | 3,749,483.97 |
| | | |
| Total Assets | $ | 5,481,931.16 |

Unaudited - For Management Purposes Only

MEDSCI DIAGNOSTIC, INC.
Balance Sheet
December 31, 2010

LIABILITIES AND STOCKHOLDERS' EQUITY

| Current Liabilities | | |
|---|---|---|
| Accounts payable | $ 885,782.74 | |
| Post Petition- Accts payable | 290,306.38 | |
| Due to Stockholders | 2,448.74 | |
| Property tax payable(CRIM) | 919,980.82 | |
| FICA (IRS) payable | 9,635.50 | |
| Income W/H tax payable | 3,043.70 | |
| Income taxes 7% payable | 10,236.25 | |
| Accrued vacation | 10,460.36 | |
| Accrued sick | 7,764.04 | |
| Accrued chrismas bonus | 2,000.00 | |
| Accrued expense | 65,582.29 | |
| Insurance payable | 14,806.09 | |
| Line of Credit- RG | 499,652.78 | |
| C/P Lines of Credit | 3,969,512.35 | |
| Reliable Loan- C/P | 2,992.77 | |
| | | |
| Total Current Liabilities | | 6,694,204.81 |
| | | |
| Long-Term Liabilities | | |
| Reliable Loan- L/T | 7,870.51 | |
| | | |
| Total Long-Term Liabilities | | 7,870.51 |
| | | |
| Total Liabilities | | 6,702,075.32 |
| | | |
| Stockholders' Equity | | |
| Accumulated Deficit | (952,150.08) | |
| Subscription receivable | (1,000.00) | |
| Common Stock | 1,000.00 | |
| Net Income (Loss) | (267,994.08) | |
| | | |
| Total Stockholders' Equity | | (1,220,144.16) |
| | | |
| Total Liabilities & Stockholders' Equity | $ | 5,481,931.16 |

Unaudited - For Management Purposes Only

Page: 1

## MEDSCI DIAGNOSTIC, INC.
Income Statement
For the Twelve Months Ending December 31, 2010

| | Current Month This Year | Year to Date This Year | Current Month Last Year | Year to Date Last Year |
|---|---|---|---|---|
| **Revenues** | | | | |
| Professional fees | $ 283,826.37 | $ 3,525,745.40 | $ 920,569.97 | $ 3,470,551.90 |
| Total Revenues | 283,826.37 | 3,525,745.40 | 920,569.97 | 3,470,551.90 |
| | | | | |
| **Cost of Services** | | | | |
| Supplies cost | 40,923.25 | 280,490.16 | 152,227.54 | 386,200.43 |
| Repair & Mantainence- cost | 4,719.65 | 228,477.94 | (24,377.69) | 358,931.17 |
| Tolls | 77.50 | 1,678.25 | 155.00 | 1,759.15 |
| Cost of Sales-Salary & Wage | 14,976.86 | 167,405.14 | 21,114.18 | 166,581.53 |
| Car Allowance | 0.00 | 100.00 | 200.00 | 7,400.00 |
| Professional services | 53,177.50 | 718,203.38 | 104,639.73 | 775,698.59 |
| Depreciation Equipment | 75,569.71 | 906,336.52 | 146,789.02 | 883,432.24 |
| Payroll tax - cost | 4,937.56 | 19,854.11 | 1,602.65 | 14,627.21 |
| Total Cost of Services | 194,382.03 | 2,322,545.50 | 402,350.43 | 2,594,630.32 |
| Gross Profit | 89,444.34 | 1,203,199.90 | 518,219.54 | 875,921.58 |
| | | | | |
| **Expenses** | | | | |
| Workmen compensation | 0.00 | 6,616.66 | 0.00 | 1,095.93 |
| Payroll tax expense | (119.81) | 9,857.03 | 0.00 | 0.00 |
| Chrismas Bonus expense | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Property tax expense | 0.00 | 252,210.80 | 274,423.03 | 344,423.03 |
| Bad Debt expense | 0.00 | 0.00 | 5,600.00 | 5,600.00 |
| Rent expense | 2,723.90 | 35,289.60 | 5,223.90 | 32,686.80 |
| Professional services | 49,451.90 | 365,992.65 | 71,135.30 | 591,290.30 |
| Maintenance & Repairs expense | 120.00 | 5,000.00 | 0.00 | 3,461.68 |
| Representation expense | 66.23 | 74.16 | 10,000.00 | 21,990.00 |
| Consulting expense | 0.00 | 0.00 | 0.00 | 17,000.00 |
| Licence expense | 0.00 | 258.00 | 0.00 | 658.00 |
| Reimbursement expense | 200.00 | 9,768.10 | 0.00 | 0.00 |
| Office Supplies expense | 610.96 | 4,223.35 | 526.44 | 5,083.74 |
| Telephone expense | 354.25 | 2,047.57 | 553.35 | 2,316.89 |
| Office expense | 169.85 | 3,461.82 | 0.00 | 490.79 |
| Messenger/ Delivery expenses | 155.00 | 1,336.00 | 965.00 | 2,520.00 |
| Auto expense | 270.00 | 6,472.52 | 540.00 | 6,775.00 |
| Bank charge expense | 264.69 | 1,567.16 | 159.20 | 1,004.80 |
| Medical Insurance | 661.34 | 10,972.66 | 4,751.48 | 12,835.87 |
| Salaries expense | 48,000.00 | 192,000.00 | 0.00 | 0.00 |
| Sick expense | 0.00 | 0.00 | 6,330.34 | 6,330.34 |
| Vacation expense | 0.00 | 0.00 | 4,395.18 | 4,395.18 |
| Accounting & Legal expense | 229,985.80 | 229,985.80 | 0.00 | 0.00 |
| Insurance expense | 2,338.40 | 30,059.45 | 4,676.80 | 29,662.96 |
| Interest expense | 43,815.69 | 274,605.83 | 25,060.00 | 319,252.34 |
| US Trustee- Administration | 4,875.00 | 10,400.00 | 0.00 | 0.00 |
| Donation expense | 0.00 | 2,000.00 | 0.00 | 0.00 |
| Depreciation expense | 0.00 | 0.00 | 1,694.91 | 6,779.65 |
| Patent expense | 0.00 | 16,094.46 | 0.00 | 16,996.32 |
| Penalties expense | 0.00 | 795.02 | 0.00 | 0.00 |
| Sales tax expense | 0.00 | 105.34 | 0.00 | 0.00 |
| Total Expenses | 383,943.20 | 1,471,193.98 | 417,034.93 | 1,433,649.62 |
| Net Income (Loss) | $ (294,498.86) | $ (267,994.08) | $ 101,184.61 | $ (557,728.04) |

For Management Purposes Only

1/19/11 at 19:56:38.13

# MEDSCI DIAGNOSTIC, INC.
## General Ledger Trial Balance
### As of Dec 31, 2010

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 1035 | RG Premier Acct. | 2,326.87 | |
| 1040 | Banco Santander-Payroll | 70,436.18 | |
| 1050 | Banco Santander | 364,640.05 | |
| 1060 | Banco Santander-Taxes | 2,137.98 | |
| 1100 | Accounts Receivable | 1,189,084.00 | |
| 1110 | Unbilled receivable | 106,632.00 | |
| 1150 | Allowance for Doubtful Acc | | 45,600.00 |
| 1158 | Prepaid income tax | 9,940.41 | |
| 1201 | Inventory- Mayaguez | 2,261.13 | |
| 1202 | Inventory- Ponce | 1,564.20 | |
| 1203 | Inventory- Carolina | 2,681.50 | |
| 1204 | Inventory- San Juan | 1,643.40 | |
| 1415 | Prepaid Insurance | 24,699.47 | |
| 1498 | Furnitures & Fixtures | 3,631.58 | |
| 1499 | Signs | 18,599.81 | |
| 1500 | Property and Equipment-M | 965,487.17 | |
| 1501 | Property and Equipment-P | 908,903.20 | |
| 1502 | Property and Equipment-C | 948,732.17 | |
| 1503 | Property and Equipment- S | 465,805.03 | |
| 1504 | Vehicles | 13,795.00 | |
| 1600 | Building Improvement- MA | 294,079.80 | |
| 1601 | Building Improvement- Poc | 360,746.48 | |
| 1602 | Building Improvement- Car | 250,746.45 | |
| 1700 | Computer Software-May | 544,950.00 | |
| 1701 | Computer Software- Ponc | 544,950.02 | |
| 1702 | Computer Software- Carol | 544,950.00 | |
| 1703 | Computer Software- SJ | 375,650.00 | |
| 1800 | Accum. Dep.-Furnitures | | 3,530.78 |
| 1801 | Accum. Dep. - Signs | | 12,399.84 |
| 1805 | Acc. Dep. Vehicles | | 7,127.59 |
| 1900 | Accum. Dep. - Prop&Eqt M | | 395,442.77 |
| 1905 | Accum. Dep. - Prop&Eqt P | | 370,994.27 |
| 1910 | Accum. Dep. - Prop&Eqt C | | 382,650.12 |
| 1915 | Accum. Dep. - Prop&Eqt S | | 189,030.80 |
| 1920 | Accum. Dep.- Building Impr | | 101,527.55 |
| 1925 | Accum. Dep.- Building Impr | | 124,543.42 |
| 1930 | Accum. Dep.- Building Impr | | 86,567.23 |
| 1940 | Acc. Dep. Computer Softw | | 221,493.50 |
| 1941 | Acc. Dep. Computer Softw | | 220,898.71 |
| 1942 | Acc. Dep. Computer Softw | | 218,960.30 |
| 1943 | Acc. Dep. Computer Softw | | 156,375.86 |
| 2000 | Accounts payable | | 885,782.74 |
| 2005 | Post Petition- Accts payabl | | 290,306.38 |
| 2100 | Due to Stockholders | | 2,448.74 |
| 2312 | Property tax payable(CRIM) | | 919,980.82 |
| 2330 | FICA (IRS) payable | | 9,635.50 |
| 2350 | Income W/H tax payable | | 3,043.70 |
| 2380 | Income taxes 7% payable | | 10,236.25 |
| 2381 | Accrued vacation | | 10,460.36 |
| 2382 | Accrued sick | | 7,764.04 |
| 2383 | Accrued chrismas bonus | | 2,000.00 |
| 2384 | Accrued expense | | 65,582.29 |
| 2390 | Insurance payable | | 14,806.09 |
| 2425 | Line of Credit- RG | | 499,652.78 |
| 2427 | C/P Lines of Credit | | 3,969,512.35 |
| 2428 | Reliable Loan- C/P | | 2,992.77 |
| 2699 | Reliable Loan- L/T | | 7,870.51 |
| 3910 | Accumulated Deficit | 952,150.08 | |
| 3925 | Subscription receivable | 1,000.00 | |
| 3930 | Common Stock | | 1,000.00 |
| 4000 | Professional fees | | 3,525,745.40 |
| 5300 | Supplies cost | 280,490.16 | |

1/19/11 at 19:56:38.18

# MEDSCI DIAGNOSTIC, INC.
## General Ledger Trial Balance
### As of Dec 31, 2010

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 5350 | Repair & Mantainence- cos | 228,477.94 | |
| 5360 | Tolls | 1,678.25 | |
| 5400 | Cost of Sales-Salary & Wa | 167,405.14 | |
| 5405 | Car Allowance | 100.00 | |
| 5500 | Professional services | 718,203.38 | |
| 5900 | Depreciation Equipment | 906,336.52 | |
| 5950 | Workmen compensation | 6,616.66 | |
| 6075 | Payroll tax expense | 9,857.03 | |
| 6100 | Payroll tax - cost | 19,854.11 | |
| 6130 | Property tax expense | 252,210.80 | |
| 6300 | Rent expense | 35,289.60 | |
| 6325 | Professional services | 365,992.65 | |
| 6350 | Maintenance & Repairs exp | 5,000.00 | |
| 6410 | Representation expense | 74.16 | |
| 6420 | Licence expense | 258.00 | |
| 6430 | Reimbursement expense | 9,768.10 | |
| 6450 | Office Supplies expense | 4,223.35 | |
| 6500 | Telephone expense | 2,047.57 | |
| 6550 | Office expense | 3,461.82 | |
| 6575 | Messenger/ Delivery expen | 1,336.00 | |
| 6615 | Auto expense | 6,472.52 | |
| 6850 | Bank charge expense | 1,567.16 | |
| 6875 | Medical Insurance | 10,972.66 | |
| 6900 | Salaries expense | 192,000.00 | |
| 6930 | Accounting & Legal expens | 229,985.80 | |
| 6950 | Insurance expense | 30,059.45 | |
| 6975 | Interest expense | 274,605.83 | |
| 6980 | US Trustee- Administration | 10,400.00 | |
| 7000 | Donation expense | 2,000.00 | |
| 7060 | Patent expense | 16,094.46 | |
| 7150 | Penalties expense | 795.02 | |
| 7200 | Sales tax expense | 105.34 | |
| | **Total:** | **12,765,963.4** | **12,765,963.4** |