## Receipt 23203

**Carlos Carrasquillo**
SERVICIO DE MENSAJERÍA
Beeper 759-1255 • Unidad 213-8819
Celular 645-0161

CARGO A: Medsi Diagnostic

- Recoger en: Medsi Diagnostic
- Entregar en: Subpremo Hospital ___ Sr Jorge / Carlos ___
- Mensajero: ___
- Fecha: 10/20/2010
- Ida: ___
- Ida y Vuelta: ✓
- Tiempo de Espera: ___
- Precio: $30
- Cash / Crédito ( )
- Firma Recibido

*SERVICIO DE CORREO Y BANCOS*

## Receipt 23202

**Carlos Carrasquillo**
SERVICIO DE MENSAJERÍA
Beeper 759-1255 • Unidad 213-8819
Celular 645-0161

CARGO A: Medsi Diagnostic

- Recoger en: Medsi Diagnostic
- Entregar en: Subpremo ___
- Mensajero: ___
- Fecha: 10/22/2010
- Ida: ___
- Ida y Vuelta: ✓
- Tiempo de Espera: ___
- Precio: $50
- Cash / Crédito ( )
- Firma Recibido

*SERVICIO DE CORREO Y BANCOS*

## Receipt 23201

**Carlos Carrasquillo**
SERVICIO DE MENSAJERÍA
Beeper 759-1255 • Unidad 213-8819
Celular 645-0161

CARGO A: Medsi Diagnostic

- Recoger en: Medsi Diagnostic Subpremo
- Entregar en: Zorime Alvarez + Maria Crespo Pascual Abreu (3) Sobrenas
- Mensajero: ___
- Fecha: 10/22/2010
- Ida: ___
- Ida y Vuelta: ✓
- Tiempo de Espera: 1 HR 45 Min
- Precio: $125.00
- Cash / Crédito ( )
- Firma Recibido

*SERVICIO DE CORREO Y BANCOS*

23204

### Carlos Carrasquillo
SERVICIO DE MENSAJERÍA
Beeper 759-1255 • Unidad 213-8819
Celular 645-0161

CARGO A: Medsi Diagnostic

Recoger en: Medsi Diagnostic
Entregar en: Comparecer Niño Testigo Sala Tribunal
Fesus San Juan

Mensajero: _____ Cash ( ) Crédito ( )
Fecha: 10/25/2010

Ida: _____
Ida y Vuelta: _____
Tiempo de Espera: 2 HRS
Precio: $ 150.00

Firma Recibido

**SERVICIO DE CORREO Y BANCOS**

Enith Marie Valdes Ortiz
Federally Certified Interpreter & Translator

Monday, October 25, 2010

INVOICE  102510
C/O      Attorneys Rafael Gonzalez Velez
REF      Medsci vs State Insurance Fund
         DEPOSITIONS & HEARING

| DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/19/10 | 2.5 | Interpretation services for deposition | $100.00 |
| 10/22/10 | 2 | Cancellation fee for full Day interpretation services | $100.00 |
| 10/23/10 | 1 | Cancellation fee for half Day interpretation fee | $100.00 |
| 10/25/10 | 5 | Hearing for the case in Reference Federal Court Old San Juan | $100.00 |

TOTAL HOURS        TOTAL
10.5               $1,050.00

PO BOX 13098 SAN JUAN PUERTO RICO 00908
787.306.2706   enith.marie@yahoo.com

EXPRESS DELIVERY
787-667-8488

FACTURA

29 de octubre de 2010.

Cliente:    MEDSCI Diagnostic v. SIF
            Adv. Case 10-00094
            Servicio 22 de octubre del 2010

Gestión:                                                $ 75.00
    Espera y Recogido documentos en Condado, Hato Rey
    Fotocopias, Regreso a Condado, Radicacion a Quiebras
    Tiempo: 12:30pm a 4:00pm continuo

                                    TOTAL A PAGAR    $ 75.00



## MADELINE VARGAS OPPENHEIMER
### EMPLAZADORES Y TAQUIGRAFOS INDEPENDIENTES

▶CALLE ROBERTO BARACOA COLLADO #4107, AMALIA MARIN, PONCE PR 00716◀
787-598-0379 Y 787-344-2818 (Disponibles 24 horas)
Email: madelinevo2010@gmail.com

INVOICE 10-120-RV

November 5, 2010

Rafael González, Esq.
MEDSCI DIAGNOSTIC INC.
Condominio Son Sid - Suite 1
Ave. Ashford - Condado

### MEDSCI DIAGNOSTIC INC. VS. SIF
### Case No. 10-04961 Adversary No. 10-00094

| SERVICIO OFRECIDO | TOTAL |
|---|---|
| Deposition Date: September 29, 2010<br>Place: Condominio Son Sid Suite 1, Ashford Ave., Condado, PR<br>Deponent(s) 1- Mrs. Vivian Crespo 89 pages @ 4.50 p/p<br>Binding 2 @$3.00 each<br>Reporter's appearance to deposition | $400.50<br>$6.00<br>$60.00 |
| TODA FACTURA VENCE AL MOMENTO | $466.50 |

PAGADERO A: MADELINE VARGAS OPPENHEIMER (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)



## MADELINE VARGAS OPPENHEIMER
### EMPLAZADORES Y TAQUIGRAFOS INDEPENDIENTES

CALLE ROBERTO BARACOA COLLADO #4107, AMALIA MARIN, PONCE PR 00716
787-598-0379 Y 787-344-2818 (Disponibles 24 horas)
Email: madelinevo2004@yahoo.com

INVOICE 10-122-RV

November 5, 2010

Rafael González, Esq.
MEDSCI DIAGNOSTIC INC.
Condominio Son Sid - Suite 1
Ave. Ashford - Condado

### MEDSCI DIAGNOSTIC INC. VS. SIF
### Case No. 10-04961 Adversary No. 10-00094

| SERVICIO OFRECIDO | | TOTAL |
|---|---|---|
| Deposition Date: September 29, 2010 | | |
| Place: Condominio Son Sid Suite 1, Ashford Ave., Condado, PR | | |
| Deponent(s) 1- Mr. Félix Rodríguez  68 pages @ 4.50 p/p | | $306.00 |
| Binding  2  @$3.00 each | | $6.00 |
| Copies of Exhibits  171x2 = 342  @ .10¢ each | | $34.20 |
| TODA FACTURA VENCE AL MOMENTO | | $346.20 |

PAGADERO A: MADELINE VARGAS OPPENHEIMER (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)



## MADELINE VARGAS OPPENHEIMER
### EMPLAZADORES Y TAQUIGRAFOS INDEPENDIENTES

CALLE ROBERTO BARACOA COLLADO #4107, AMALIA MARIN, PONCE PR 00716
787-598-0379 Y 787-344-2818 (Disponibles 24 horas)
Email: madelinevo2010@gmail.com

INVOICE 10-123-RV

November 5, 2010

Rafael González, Esq.
MEDSCI DIAGNOSTIC INC.
Condominio Son Sid - Suite 1
Ave. Ashford - Condado

### MEDSCI DIAGNOSTIC INC. VS. SIF
### Case No. 10-04961 Adversary No. 10-00094

| SERVICIO OFRECIDO | TOTAL |
|---|---|
| Deposition Date: September 29, 2010<br>Place: Condominio Son Sid Suite 1, Ashford Ave., Condado, PR<br>Deponent(s) 1- Mr. José Angleró   58 pages @ 4.50 p/p<br>Binding   2   @$3.00 each | $261.00<br>$6.00 |
| TODA FACTURA VENCE AL MOMENTO | $267.00 |

PAGADERO A: MADELINE VARGAS OPPENHEIMER (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)