IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-04961 ESL

MEDSCI DIAGNOSTICS INC

Chapter 11

XXX-XX0676

FILED & ENTERED ON 04/15/2011

Debtor(s)

## O R D E R

The court having considered the application of the debtor to employ a Forensic Accounting Expert and declaration in support thereof, and it appearing that Mr. Luis O. Rivera, CPA, CFE, CFF is a disinterested person and that the employment of said person is in the best interest of this estate, it is hereby

ORDERED that the debtor herein is authorized to employ Mr. Luis O. Rivera, CPA, CFE, CFF as Forensic Accounting Expert, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof.

SO ORDERED.

San Juan, Puerto Rico, this 15 day of April, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
EDGARDO MUNOZ
UST
LUIS O. RIVERA