**Juan Enrique Segarra, USCCI**
**Traductor/Intérprete – Translator/Interpreter**
**Apartado 9023853**
**San Juan, P.R. 00902-3853**
**Tel. Cel: (787) 633-4057**
**Correo e- jesegarra@gmail.com**

25 de mayo de 2011                                                                 No. 636

Atención:      Medsci Diagnostics Inc.

Carmen Ramos
Ralph Vallone Jr.'s, Assistant
T. 787.723.9393
cramos@rvallonelawoffice.com

Re:       Traducciones certificadas de documentos.

**FACTURA**

| DOCUMENTO | PALABRA | TARIFA | COSTO |
|---|---|---|---|
| 1.- Cadena de correos electrónicos (Medsci) | 2,009 | $0.15 | $301.35 |
| **TOTAL:** | | | **$301.35** |

   Gracias por darme la oportunidad de servirle, ha sido un placer. Estoy a su disposición. Si tiene cualquier pregunta o duda puede comunicarse conmigo a los teléfonos o dirección del epígrafe.

Atentamente,

*[signature]*

Juan E. Segarra