IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re | CASE NO. 10-04961 ESL |
|---|---|
| MEDSCI DIAGNOSTICS, INC. | |
| Debtor | Chapter 11 |

**MOTION FOR LEAVE TO PAY EXPENSES**

**TO THE HONORABLE COURT:**

COMES NOW Debtor in Possession ("DIP") for the above-captioned case, through the undersigned attorneys and very respectfully STATES and PRAYS:

1. In connection with the litigation against the State Insurance Fund (ADV. PROC. 10-0094), DIP has incurred in the following expenses:

    a.   MRW CONSULTING GROUP, LLP (invoice attached) for:

    analysis of medical and invoicing records in preparation for discovery. . . . . . .   $2,012.50

2. Leave is hereby sought for payment of said expenses.

NOTICE OF RESPONSE TIME – LBR 9013-1(h). Within 21 days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is

forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE**. I hereby certify that on this date, the foregoing motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF. Also, on this same date, a copy thereof was sent by mail to all creditors and parties in interest as per the attached service list

In San Juan, Puerto Rico, dated: June 3, 2011

EDGARDO MUÑOZ, PSC
*Attorneys for Debtor*
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 524-3888
Fax (787) 524-3888

**s/ EDGARDO MUÑOZ**
USDC NO. 125713
emunoz@emunoz.net