UNITED STATES BANKRUPTCY COURT
_____JUDICIAL_____ DISTRICT OF PUERTO RICO
_____ DIVISION

MEDSCI DIAGNOSTICS, INC.                          CASE NO. 10-04961 ESL

Debtor
--------------------------                        Chapter 11


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM 5/1/2011____ TO 5/31/2011____

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


                                    /S/ EDGARDO MUÑOZ   6/20/11
                                    _____
                                    Attorney for Debtor's Signature


    Debtor's Address                      Attorney's Address
   and Phone Number:                      and Phone Number:
MEDSCI DIAGNOSTICS, INC
CONDOMINIO SON SID -- SUITE 1          Edgardo Muñoz, PSC
1319 ASHFORD AVE. SAN JUAN PR 00907    PO Box 360971
787-723-9393                           San Juan PR 00936-0971

                                       tel 787-524-3888
                                       e-mail: emunoz@emunoz.net
                                       fax 787-524-3888
                                       _____


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.


                                    MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING  5/1/2011    AND ENDING 5/31/2011

Name of Debtor:  MEDSCI DIAGNOSTICS, INC.

Case Number  10-04961 ESL

Date of Petition:  JUNE 6, 2010

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 329,451.43 (a) | 20,699.32 (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | | |
|    Minus: Cash Refunds | (-) | |
|    Net Cash Sales | | |
|    B. Accounts Receivable | 104,279.23 | 3,579,569.03 |
|    C. Other Receipts (See MOR-3) | | |
|    (If you receive rental income, | | |
|    you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 104,279.23 | 3,579,569.03 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 433,730.66 | 3,600,268.35 |
| 5. DISBURSEMENTS | | |
|    A. Advertising | | |
|    B. Bank Charges | 137.14 | 1,483.80 |
|    C. Contract Labor | 58,616.00 | 684,532.11 |
|    D. Fixed Asset Payments (not incl. in "N") | | |
|    E. Insurance | 3,635.83 | 52,495.77 |
|    F. Inventory Payments (See Attach. 2) | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | | 280.68 |
|    I. Office Supplies | 50,036.62 | 384,416.75 |
|    J. Payroll - Net (See Attachment 4B) | 22,445.32 | 386,639.61 |
|    K. Professional Fees (Accounting & Legal) | 2,772.00 | 276,293.54 |
|    L. Rent | 2,470.29 | 32,575.45 |
|    M. Repairs & Maintenance | 35,088.80 | 134,757.68 |
|    N. Secured Creditor Payments (See Attach. 2) | 306.00 | 1,199,861.26 |
|    O. Taxes Paid - Payroll (See Attachment 4C) | 29,913.31 | 180,775.54 |
|    P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
|    Q. Taxes Paid - Other (See Attachment 4C) | 146,376.05 | 164,125.60 |
|    R. Telephone | 175.03 | 1,952.00 |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | 15,275.00 |
|    U. Utilities | 500.00 | 770.00 |
|    V. Vehicle Expenses | | 130.00 |
|    W. Other Operating Expenses (See MOR-3) | | 2,645.29 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 352,472.39 | 3,519,010.08 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 81,258.27 (c) | 81,258.27 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  20  day of  JUNE , 20 11 .

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER RECEIPTS** | | |

"**Other Receipts**" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| BB | | 356.05 |
| Interest IRS | | 1,735.51 |
| Interest Treasury Dept. | | 553.73 |
| | | |
| | | |
| | | |
| | | |
| **TOTAL OTHER DISBURSEMENTS** | | 2,645.29 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor:  MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 BSL

Reporting Period beginning ____5/1/2011____     Period ending ____5/31/2011____

ACCOUNTS RECEIVABLE AT PETITION DATE:  $1,427,930.00

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 1,184,965.00 | (a) |
| PLUS: Current Month New Billings | 140,345.23 | |
| MINUS: Collection During the Month | $ 104,279.23 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ -0- | * |
| End of Month Balance | $ 1,221,031.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ 351,980 | $ 395,299 | $ 179,852 | $ 293,900 | $ 1,221,031 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| FSE | 6/30/10 | See Adversary Proceeding 10-0094 |
| | | |
| | | |
| | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.     CASE NO. 10-04961 ESL

Reporting Period beginning ___5/1/2011___     Period ending ___5/31/2011___

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include
amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached
provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | See Attachment # 4 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT                                                                                94.458.20 (b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting
   documentation.

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ | 86,928.14 |
| PLUS: New Indebtedness Incurred This Month | $ | 116,490.53 (a) |
| MINUS: Amount Paid on Post Petition, | | |
| Accounts Payable This Month | $ | 108,960.47 |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ | 94,458.20 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a
modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee
Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| Reliable Financial | 5/31/11 | 306.00 | | |
| TOTAL | | 306.00 (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning ____5/1/2011____          Period ending ___5/31/2011___

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:          $      5,013.98
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $      7,321.60          (a)
      PLUS: Inventory Purchased During Month          $     39,008.00
      MINUS: Inventory Used or Sold          $     39,680.76
      PLUS/MINUS: Adjustments or Write-downs          $          -0-          *
    Inventory on Hand at End of Month          $      6,648.84

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 100 % | ____ % | ____ % | ____ % = | 100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $ 3,448,364.67          (a)(b)
    MINUS: Depreciation Expense          $     75,254.56
    PLUS:  New Purchases          $          -0-
    PLUS/MINUS: Adjustments or Write-downs          $          -0-          *
Ending Monthly Balance          $ 3,373,110.11

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____
_____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning _5/1/2011_          Period ending _5/31/2011_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _Banco Santander_          BRANCH: _____

ACCOUNT NAME: _____          ACCOUNT NUMBER: _300460-2470_

PURPOSE OF ACCOUNT: _____OPERATING_

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 56,799.61 | |
| Plus Total Amount of Outstanding Deposits | $ -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $ 6,462.42 | * |
| Minus Service Charges | $ -0- | |
| Ending Balance per Check Register | $ 50,337.19 | **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | N/A | Transferred to Payroll Account |
| $ | N/A | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___5/1/2011___        Period ending _5/31/2011_____

NAME OF BANK: Banco Santander        BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: 3004602470 _____

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | See Attachment #1 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                      $ 323,654.03

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___5/1/2011___     Period ending __5/30/2011__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Banco Santander_____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: 3004602489
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 26,966.34 | |
| Plus Total Amount of Outstanding Deposits | $ -0- | |
| Minus Total Amount of Outstanding Checks and other debits | $ 0 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 26,966.34 | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning ___5/1/2011___        Period ending __5/30/2011__

NAME OF BANK: _Banco Santander_        BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: 3004602489 _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  | See Attachment #2 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                          $ 22,445.32

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: MEDSCI DIAGNOSTICS, INC.        CASE NO. 10-04961 ESL

Reporting Period beginning _____5/1/2011_____        Period ending _____5/31/2011_____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: __Banco Santander__        BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT NUMBER:  3004602497

PURPOSE OF ACCOUNT: _____TAX_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 1,627.97 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | -0-    * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 1,627.97    **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  (☐ Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.    CASE NO. 10-04961 ESL

Reporting Period beginning ___5/1/2011___    Period ending ___5/30/2011___

NAME OF BANK: Banco Santander    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _3004602497_

PURPOSE OF ACCOUNT: ____TAX____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              | See Attachment #3 |  |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                           6,373.04  (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | 6,373.04  (a) |
| Sales & Use Taxes Paid | (b) |
| Other Taxes Paid | 146,376.05 (c) |
| TOTAL | 152,749.09 (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
(Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | NONE | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | _____(a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| TOTAL | | $ _____(b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation** _____

_____
NONE
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH**(a + b)   $ _____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 ESL

Reporting Period beginning  5/1/2011                    Period ending  5/31/2011

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales
tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | See Attachment #6 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ 8,005.00 | | |

MOR-14

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: MEDSCI DIAGNOSTICS, INC.          CASE NO. 10-04961 BSL

Reporting Period beginning  5/1/2011          Period ending 5/31/2011

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| RALPH VALLONE, JR | VICE-PRESIDENT | Salaries | 12,000 |
| OSVALDO CARLO, ESQ. | PRESIDENT | Salaries | 12,000 |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 6 | |
| Number hired during the period | -0- | |
| Number terminated or resigned during period | -0- | |
| Number of employees on payroll at end of period | 6 | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| CFSE | 787-767-4681 | 0812001400 | FSE | 6/30/11 | |
| Universal Insurance Company | | UC-5600237869 | Commercial Policy | 10/08/11 | |
| Universal CAICO | | 88PP369597 | Vehicle insurance | 04/20/2012 | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |

☐  Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

1) Adversary Proceeding 10-0094 filed; TRO sought. Hearing held. Matter under advisement

2) Stipulation with Scotiabank for use of cash collateral

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16

Attachment # 4

**Medsci Diagnostic, Inc.**
**Post PetitionAccounts Payable**

| Date Incurred | Days Oustanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 05-25-2011 | | Juan Enrique Segarra | Professional Serv. | 301.35 |
| 05-25-2011 | 6 | Carlos Suarez | Repair & Maintenace | 150.00 |
| 05-01-2011 | 30 | Aquino De Cordova | Professional Serv. | 2,789.00 |
| 05-01-2011 | 16 | Aquino De Cordova | Professional Serv. | 915.00 |
| 05-17-2011 | 14 | Diagnostic Imaging Supplies | Supplies | 19,504.00 |
| 05-10-2011 | 21 | ATT | Telephone | 175.29 |
| 04-01-2011 | 61 | Diagnostic  Product | Supplies | 1,377.00 |
| 05-31-2011 | 0 | Dr. Felix Aponte | Professional Serv. | 14,200.00 |
| 05-31-2011 | 0 | Dr. Oscar Zavalas | Professional Serv. | 54,160.00 |
| 03-14-2011 | 78 | Regulatory Comoliance | Medical Plan | 886.56 |
| | | | | $  94,458.20 |

6/6/11 at 12:38:04.63                                                                                                      Page: 1

## MEDSCI DIAGNOSTIC, INC.
### Account Reconciliation
### As of 31 May 2011
### 1050 - Banco Santander
### Bank Statement Date: 31 May 2011

Filter Criteria includes: Report is printed in Detail Format.

| | | | | |
|---|---|---|---|---|
| Beginning GL Balance | | | | 309,711.99 |
| Add: Cash Receipts | | | | 104,279.23 |
| Less: Cash Disbursements | | | | (293,534.03) |
| Add (Less) Other | | | | (70,120.00) |
| Ending GL Balance | | | | 50,337.19 |
| Ending Bank Balance | | | | 56,799.61 |
| Add back deposits in transit | | | | |
| Total deposits in transit | | | | |
| (Less) outstanding checks | 3 Feb 2011 | 1266 | (2,035.00) | |
| | 22 Feb 2011 | 1295 | (375.00) | |
| | 31 May 2011 | 1402 | (2,749.27) | |
| | 31 May 2011 | 1403 | (306.00) | |
| | 18 May 2011 | 1417 | (369.15) | |
| | 31 May 2011 | 1418 | (580.00) | |
| | 31 May 2011 | 1419 | (48.00) | |
| Total outstanding checks | | | | (6,462.42) |
| Add (Less) Other | | | | |
| Total other | | | | |
| Unreconciled difference | | | | 0.00 |
| Ending GL Balance | | | | 50,337.19 |

6/6/11 at 12:38:12.18                                                                                    Page: 1

# MEDSCI DIAGNOSTIC, INC.
## Outstanding Checks
## As of 31 May 2011
## 1050 - Banco Santander

Filter Criteria includes: 1) Uncleared Transactions; 2) Checks. Report order is by Number.

| Trans No | Date | Trans Desc | Trans Amt |
|----------|------|------------|-----------|
| 1266 | 3/2/11 | Porfirio A. Toledo y Associa | -2,035.00 |
| 1295 | 22/2/11 | Rios Air Conditioning | -375.00 |
| 1402 | 31/5/11 | Easy Finance Corporation | -2,749.27 |
| 1403 | 31/5/11 | Reliable Financial | -306.00 |
| 1417 | 18/5/11 | PR Computer | -369.15 |
| 1418 | 31/5/11 | Aquino, De Cordova, Alfaro | -580.00 |
| 1419 | 31/5/11 | Carlos Carrasquillo | -48.00 |
| | | **Total** | **-6,462.42** |



## ESTADO DE CUENTA

CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004602470 |
| Desde | 29 Abr 2011 |
| Hasta | 31 May 2011 |

Caso #
1004961

| | |
|---|---|
| Total de depósitos en el Banco | $56,799.61 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA:** 787-281-2000 ó 1-800-726-8263 | **PYMES:** 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por**
**Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**

### DEBTOR IN POSSESSION

Número de cuenta  3004602470

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 323,472.33 |
| Depósitos y otros créditos | 3 | + | 104,279.23 |
| Cheques pagados y otros retiros | 46 | - | 370,951.95 |
| Balance final | | $ | 56,799.61 ✓ |

### Información de intereses

Intereses ganados $   0.00 basado en un período de 032 Días.
Con una tasa anual de rendimiento de   0.00 %.

### Resumen de depósitos

| Fecha | Cantidad | Fecha | Cantidad |
|---|---|---|---|
| 05/18 | 454.77 | 05/24 | 1,806.99 |
| 05/18 | 102,017.47 | | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1338 | 75.00 | 05/02 | 1393 | 146,376.05 | 05/18 |
| 1358* | 171.40 | 05/02 | 1394 | 43,152.00 | 05/16 |
| 1369* | 1,129.17 | 05/04 | 1395 | 2,192.00 | 05/17 |
| 1370 | 150.00 | 05/04 | 1396 | 724.50 | 05/27 |
| 1371 | 4,875.00 | 05/05 | 1397 | 347.50 | 05/27 |
| 1372 | 2,749.27 | 05/03 | 1398 | 790.50 | 05/31 |
| 1373 | 306.00 | 05/03 | 1399 | 930.00 | 05/31 |
| 1374 | 113.00 | 05/02 | 1404* | 724.50 | 05/13 |
| 1377* | 790.50 | 05/02 | 1405 | 347.50 | 05/13 |
| 1378 | 930.00 | 05/02 | 1406 | 790.50 | 05/16 |
| 1379 | 61.00 | 05/06 | 1407 | 268.08 | 05/20 |
| 1382* | 102.00 | 05/06 | 1408 | 9,416.00 | 05/23 |
| 1383 | 108.00 | 05/06 | 1409 | 705.60 | 05/20 |
| 1384 | 3,604.90 | 05/09 | 1410 | 3,599.80 | 05/25 |
| 1387* | 150.00 | 05/13 | 1411 | 1,119.85 | 05/25 |
| 1388 | 886.56 | 05/11 | 1412 | 19,504.00 | 05/20 |
| 1389 | 2,500.00 | 05/11 | 1413 | 10,509.00 | 05/13 |
| 1390 | 223.90 | 05/16 | 1414 | 246.39 | 05/27 |
| 1391 | 19,504.00 | 05/12 | 1415 | 530.94 | 05/24 |
| 1392 | 19,952.51 | 05/12 | 1416 | 175.03 | 05/24 |

* Indica un cambio en la secuencia del número de cheque en el estado

Miembro FDIC



## ESTADO DE CUENTA

3
3004602470



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos
procesados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement

| 1338 | | 1358 | |
|---|---|---|---|
| 1338 | $-75.00 | 05/02/11 | 1358 | $-171.40 | 05/02/11 |

| 1369 | $-1,129.17 | 05/04/11 | 1370 | $-150.00 | 05/04/11 |
|---|---|---|---|---|---|

| 1371 | $-4,875.00 | 05/05/11 | 1372 | $-2,749.27 | 05/03/11 |
|---|---|---|---|---|---|

| 1373 | $-306.00 | 05/03/11 | 1374 | $-113.00 | 05/02/11 |
|---|---|---|---|---|---|

| 1377 | $-790.50 | 05/02/11 | 1378 | $-930.00 | 05/02/11 |
|---|---|---|---|---|---|

Miembro FDIC



# ESTADO DE CUENTA

5
3004602470

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos
procesados en este estado
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement



| 1393 | $-146,376.05 | 05/18/11 |



| 1394 | $-43,152.00 | 05/16/11 |



| 1395 | $-2,192.00 | 05/17/11 |



| 1396 | $-724.50 | 05/27/11 |



| 1397 | $-347.50 | 05/27/11 |



| 1398 | $-790.50 | 05/31/11 |



| 1399 | $-930.00 | 05/31/11 |



| 1404 | $-724.50 | 05/13/11 |

| 1405 | $-347.50 | 05/13/11 |

| 1406 | $-790.50 | 05/16/11 |

  **ESTADO DE CUENTA**  7
3004602470



Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos procesados en este estado.
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or other effects processed in this statement

 **BANCO SANTANDER PUERTO RICO**

Esta imagen no esta disponible
Si desea copia de la misma favor de llamar a
Banco en Casa 281-2000 o 1800-726-8263.

This image is not available. If you want a copy, please call
Banco en Casa  281-2000 or 1800-726-8263.

1410065407     $-30,070.00     05/18

## MEDSCI DIAGNOSTIC, INC.
### Check Register
### For the Period From May 1, 2011 to May 31, 2011
### CASE #10-04961 33004602470 ELS

ATTACHMENT #1

| Check # | Date | Payee | Cash Account | Amount |
|---|---|---|---|---|
| 1382 | 5/4/11 | Carlos A. Bonilla Padilla | 1050 | 102.00 |
| 1383 | 5/4/11 | Cash | 1050 | 108.00 |
| 1384 | 5/4/11 | Banco Santander Puerto Rico | 1050 | 3,604.90 |
| 1387 | 5/4/11 | Carlos A. Suarez | 1050 | 150.00 |
| 1388 | 5/4/11 | Regulatory Compliance Services | 1050 | 886.56 |
| 1389 | 5/4/11 | ReComs Realty | 1050 | 2,500.00 |
| 1390 | 5/4/11 | De Lage Landen Financial Services | 1050 | 223.90 |
| 1391 | 5/4/11 | Diagnostic Imaging Supplies & Services | 1050 | 19,504.00 |
| 1392 | 5/4/11 | Seceretario de Hacienda | 1050 | 19,952.51 |
| 1393 | 5/11/11 | Centro Recaudacion Ingresos Mu | 1050 | 146,376.05 |
| 1394 | 5/11/11 | Dr. Oscar Zavala | 1050 | 43,152.00 |
| 1395 | 5/11/11 | Aquino, De Cordova, Alfaro & Co., LLP | 1050 | 2,192.00 |
| 1413 | 5/11/11 | Dr. Felix Aponte La Luz | 1050 | 10,509.00 |
| 1404 | 5/13/11 | Carlos A. Bonilla Padilla | 1050 | 724.50 |
| 1405 | 5/13/11 | Carlos A. Bonilla Padilla | 1050 | 347.50 |
| 1406 | 5/13/11 | Nixa H. Pérez Mercado | 1050 | 790.50 |
| 1407 | 5/18/11 | Cash | 1050 | 268.08 |
| 1408 | 5/18/11 | Diagnostic Imaging Supplies & Services | 1050 | 9,416.00 |
| 1409 | 5/18/11 | Santurce XRay | 1050 | 705.60 |
| 1410 | 5/18/11 | Aeronet Wireless Broadband Corp. | 1050 | 3,599.80 |
| 1411 | 5/18/11 | Aeronet Wireless Broadband Corp. | 1050 | 1,119.85 |
| 1412 | 5/18/11 | Diagnostic Imaging Supplies & Services | 1050 | 19,504.00 |
| 1414 | 5/18/11 | De Lage Landen Financial Services | 1050 | 246.39 |
| 1415 | 5/18/11 | Mr. Ink of PR | 1050 | 530.94 |
| 1416 | 5/18/11 | AT&T | 1050 | 175.03 |
| 1417 | 5/18/11 | PR Computer | 1050 | 369.15 |
| 1396 | 5/27/11 | Carlos A. Bonilla Padilla | 1050 | 724.50 |
| 1397 | 5/27/11 | Carlos A. Bonilla Padilla | 1050 | 347.50 |
| 1398 | 5/27/11 | Nixa H. Pérez Mercado | 1050 | 790.50 |
| 1399 | 5/27/11 | Carmen Ramos | 1050 | 930.00 |
| 1402 | 5/31/11 | Easy Finance Corporation | 1050 | 2,749.27 |
| 1403 | 5/31/11 | Reliable Financial | 1050 | 306.00 |
| 1418 | 5/31/11 | Aquino, De Cordova, Alfaro & Co., LLP | 1050 | 580.00 |
| 1419 | 5/31/11 | Carlos Carrasquillo | 1050 | 48.00 |
| | | Bank charge | 1050 | 120.00 |
| | 5/1/2011 | Wire- repair & Mantenimiento | 1050 | 30,000.00 |
| **Total** | | | | **$ 323,654.03** |

6/6/11 at 12:22:27.57                                                                                    Page: 1

## MEDSCI DIAGNOSTIC, INC.
### Account Reconciliation
### As of 31 May 2011
### 1040 - Banco Santander-Payroll
### Bank Statement Date: 31 May 2011

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 15,411.66 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | (22,445.32) |
| Add (Less) Other | 34,000.00 |
| Ending GL Balance | 26,966.34 |
| Ending Bank Balance | 26,966.34 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 26,966.34 |



# ESTADO DE CUENTA



CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004602489 |
| Desde | 29 Abr 2011 |
| Hasta | 31 May 2011 |

Caso #
1004961

| | |
|---|---|
| Total de depósitos en el Banco | $26,966.34 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA: 787-281-2000 ó 1-800-726-8263 | PYMES:** 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por**
**Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**

## DEBTOR IN POSSESSION

Número de cuenta  3004602489

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 17,423.25 |
| Depósitos y otros créditos | 2 | + | 34,000.00 |
| Cheques pagados y otros retiros | 10 | - | 24,456.91 |
| Balance final | | $ | 26,966.34 |

### Información de Intereses

Intereses ganados $     0.00 basado en un período de 032 Días.
Con una tasa anual de rendimiento de    0.00 %.

### Resumen de créditos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 04/29 05/10 | Tasa Int. anual 0.000 % Transfer. de 3004602470 Transfer Santander GlobAccess 3004602470 | 4,000.00 |
| 05/24 | Transfer. de 3004602470 Transfer Santander GlobAccess 3004602470 | 30,000.00 |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1115 | 2,011.59 | 05/02 | 1124 | 1,832.37 | 05/13 |
| 1119* | 10,482.00 | 05/03 | 1125 | 2,011.59 | 05/31 |
| 1121* | 2,011.59 | 05/16 | 1126 | 1,305.12 | 05/27 |
| 1122 | 1,359.54 | 05/13 | 1127 | 805.37 | 05/27 |
| 1123 | 805.37 | 05/13 | 1128 | 1,832.37 | 05/27 |

* Indica un cambio en la secuencia del número de cheque en el estado

### Resumen de balance diario de la cuenta

| Fecha | Balance | Fecha | Balance | Fecha | Balance |
|---|---|---|---|---|---|
| 05/02 | 15,411.66 | 05/13 | 4,932.38 | 05/27 | 28,977.93 |
| 05/03 | 4,929.66 | 05/16 | 2,920.79 | 05/31 | 26,966.34 |
| 05/10 | 8,929.66 | 05/24 | 32,920.79 | | |

Miembro FDIC



# ESTADO DE CUENTA

3
3004602489

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos
procesados en este estado.
Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement



1115          $-2,011.59          05/02/11



1119          $-10,482.00          05/03/11



1121          $-2,011.59          05/16/11



1122          $-1,359.54          05/13/11



1123          $-805.37          05/13/11



1124          $-1,832.37          05/13/11



1125          $-2,011.59          05/31/11



1126          $-1,305.12          05/27/11



1127          $-805.37          05/27/11



1128          $-1,832.37          05/27/11

# MEDSCI DIAGNOSTIC, INC.
## Check Register
### For the Period From May 1, 2011 to May 31, 2011
### CASE 10-04991 ELS

ATTACHMENT #2

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 1119 | 5/2/11 | Osvaldo Carlo Linares | 1040 | 10,482.00 |
| 1121 | 5/13/11 | Ana M. Vizcarrondo | 1040 | 2,011.59 |
| 1122 | 5/13/11 | Gloria I. Flores Ramos | 1040 | 1,359.54 |
| 1123 | 5/13/11 | Roxana Pabon | 1040 | 805.37 |
| 1124 | 5/13/11 | Julio Pellot Noriega | 1040 | 1,832.37 |
| 1125 | 5/27/11 | Ana M. Vizcarrondo | 1040 | 2,011.59 |
| 1126 | 5/27/11 | Gloria I. Flores Ramos | 1040 | 1,305.12 |
| 1127 | 5/27/11 | Roxana Pabon | 1040 | 805.37 |
| 1128 | 5/27/11 | Julio Pellot Noriega | 1040 | 1,832.37 |

**Total**      **$ 22,445.32**

6/6/11 at 12:25:46.53

# MEDSCI DIAGNOSTIC, INC.
## Account Reconciliation
## As of 31 May 2011
## 1060 - Banco Santander-Taxes
## Bank Statement Date: 31 May 2011

Filter Criteria includes: Report is printed in Detail Format.

| | |
|---|---:|
| Beginning GL Balance | 2,001.01 |
| Add: Cash Receipts | |
| Less: Cash Disbursements | |
| Add (Less) Other | (373.04) |
| Ending GL Balance | 1,627.97 |
| Ending Bank Balance | 1,627.97 |
| Add back deposits in transit | |
| Total deposits in transit | |
| (Less) outstanding checks | |
| Total outstanding checks | |
| Add (Less) Other | |
| Total other | |
| Unreconciled difference | 0.00 |
| Ending GL Balance | 1,627.97 |



# ESTADO DE CUENTA



CHAPTER 11 DEBTOR IN POSSESSION
MEDSCI DIAGNOSTIC INC
CASO 1004961
1319 AVE ASHFORD
SAN JUAN PR 00907

| | |
|---|---|
| Página | 1 |
| Número de cuenta | 3004602497 |
| Desde | 29 Abr 2011 |
| Hasta | 31 May 2011 |

Caso #
1004961

| | |
|---|---|
| Total de depósitos en el Banco | $1,627.97 |
| Total de préstamos en el Banco | $0.00 |

Para preguntas llamar a **BANCO EN CASA:** 787-281-2000 ó 1-800-726-8263 | **PYMES:** 787-281-3539

**Convierta su estado de cuenta en energía . Solicítelo electrónicamente por
Santandernet eBanking. Refiérase al Acuerdo Estados de Cuenta Electrónico.**

## DEBTOR IN POSSESSION

Número de cuenta 3004602497

| | | | |
|---|---|---|---|
| Balance inicial | | $ | 15,850.62 |
| Depósitos y otros créditos | 2 | + | 6,000.00 |
| Cheques pagados y otros retiros | 8 | - | 20,222.65 |
| Balance final | | $ | 1,627.97 |

### Información de intereses

Intereses ganados $     0.00 basado en un período de 032 Días.
Con una tasa anual de rendimiento de     0.00 %.

### Resumen de créditos

| Fecha | Descripción | | Cantidad |
|---|---|---|---|
| 04/29 | Tasa int. anual 0.000 % | | |
| 05/09 | Transfer. de 3004602470 | | 3,000.00 |
| | Transfer Santander GlobAccess | | |
| | 3004602470 | | |
| 05/10 | Transfer. de 3004602470 | | 3,000.00 |
| | Transfer Santander GlobAccess | | |
| | 3004602470 | | |

### Resumen de cheques pagados

| Número de Cheque | Cantidad | Día pagado | Número de Cheque | Cantidad | Día Pagado |
|---|---|---|---|---|---|
| 1036 | 5,250.53 | 05/03 | 1040 | 2,133.00 | 05/17 |
| 1038* | 5,652.11 | 05/02 | 1041 | 297.00 | 05/17 |
| 1039 | 516.97 | 05/09 | | | |

* Indica un cambio en la secuencia del número de cheque en el estado

### Resumen de débitos

| Fecha | Descripción | Cantidad |
|---|---|---|
| 05/06 | ACH RECEIVED TRANSACTION DB USATAXPYMT IRS | 6,355.90 |
| 05/09 | Cargo efecto ACH pagado NSF | 15.00 |
| 05/31 | Cargo de interes en sobregiro | 2.14 |



## ESTADO DE CUENTA

3
3004602497

Banco Santander Puerto Rico certifica que estas son copias fieles y exactas de sus cheque u otros efectos
procesados en este estado

Banco Santander Puerto Rico certifies that these images are legitimate and exact copies of your checks or
other effects processed in this statement



| 1036 | $-5,250.53 | 05/03/11 |



| 1038 | $-5,652.11 | 05/02/11 |



| 1039 | $-516.97 | 05/09/11 |



| 1040 | $-2,133.00 | 05/17/11 |

| 1041 | $-297.00 | 05/17/11 |

Miembro FDIC

## MEDSCI DIAGNOSTIC, INC.
### Check Register
### For the Period From May 1, 2011 to May 30, 2011
### CASE 10-04991- ELS

ATTACHMENT #3

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| Direct | 5/6/11 | IRS | 1060 | 6,355.90 |
| | | Bank charge | 1060 | 17.14 |
| **Total** | | | | **$  6,373.04** |

Attachment # 6

MONTHLY TAX REPORT

**MEDSCI DIAGNOSTICS, INC.**
**May 1, 2011 thru May 31,2011**

**CASE #1004961 ESL**

TAXES OWED AND DUE

| NAME OF TAXING | DATE PAYMENT DUE | DESCRIPTION | | DATE LAST TAX RETURN FILED | TAX RETURN PERIOD |
|---|---|---|---|---|---|
| IRS | 6/15/11 | Soc. Security & Med | 4,702.91 | 3/31/2011 | 6/30/2011 |
| Treasury Department | 6/15/11 | Seretario de Hacienda | 115.00 | 3/31/2011 | 6/30/2011 |
| Treasury Department | 6/15/11 | Secretalo del Hacienda | 18.02 | 3/31/2011 | 6/30/2011 |
| IRS | 6/30/11 | IRS-FUTA | 683.98 | 3/31/2011 | 6/30/2011 |
| Treasury Department | 6/15/11 | Seretario de Hacienda | 2,414.39 | 3/31/2011 | 6/30/2011 |
| Treasury Department | 6/10/11 | Seretario de Hacienda 7% | 70.70 | 2/28/2011 | 2/28/2012 |
| | | | $ 8,005.00 | | |

MEDSCI DIAGNOSTIC, INC.
Balance Sheet
May 31, 2011

## ASSETS

| | | |
|---|---:|---:|
| Current Assets | | |
| RG Premier Acct. | $ 2,326.87 | |
| Banco Santander-Payroll | 26,966.34 | |
| Banco Santander | 50,337.19 | |
| Banco Santander-Taxes | 1,627.97 | |
| Accounts Receivable | 1,221,031.00 | |
| Unbilled receivable | 101,065.00 | |
| Allowance for Doubtful Account | (51,700.00) | |
| Prepaid income tax | 9,940.41 | |
| Inventory- Mayaguez | 1,330.37 | |
| Inventory- Ponce | 1,895.60 | |
| Inventory- Carolina | 1,911.07 | |
| Inventory- San Juan | 1,511.80 | |
| Prepaid Expenses | 25,000.00 | |
| Prepaid Insurance | 13,007.47 | |
| Prepaid rent | 2,500.00 | |
| | | |
| Total Current Assets | | 1,408,751.09 |
| | | |
| Property and Equipment | | |
| Furnitures & Fixtures | 3,631.58 | |
| Signs | 18,599.81 | |
| Property and Equipment-May | 965,487.17 | |
| Property and Equipment-Pon | 908,903.20 | |
| Property and Equipment-Car | 948,732.17 | |
| Property and Equipment- SJ | 465,805.03 | |
| Vehicles | 13,795.00 | |
| Building Improvement- MAY | 294,079.80 | |
| Building Improvement- Poc | 360,746.48 | |
| Building Improvement- Car | 250,746.45 | |
| Computer Software-May | 544,950.00 | |
| Computer Software- Ponc | 544,950.02 | |
| Computer Software- Carol | 544,950.00 | |
| Computer Software- SJ | 375,650.00 | |
| Accum. Dep.-Furnitures | (3,631.58) | |
| Accum. Dep. - Signs | (14,983.13) | |
| Acc. Dep. Vehicles | (8,277.16) | |
| Accum. Dep. - Prop&Eqt M | (453,738.81) | |
| Accum. Dep. - Prop&Eqt P | (425,622.60) | |
| Accum. Dep. - Prop&Eqt C | (439,787.99) | |
| Accum. Dep. - Prop&Eqt S | (217,417.40) | |
| Accum. Dep.- Building Impro M | (119,032.29) | |
| Accum. Dep.- Building Impro. P | (146,016.42) | |
| Accum. Dep.- Building Impro. C | (101,492.60) | |
| Acc. Dep. Computer Software-M | (253,931.00) | |
| Acc. Dep. Computer Software-P | (253,336.21) | |
| Acc. Dep. Computer Software-C | (251,397.67) | |
| Acc. Dep. Computer Software-SJ | (179,251.86) | |
| | | |
| Total Property and Equipment | | 3,373,109.99 |
| | | |
| Total Assets | | $ 4,781,861.08 |

MEDSCI DIAGNOSTIC, INC.
Balance Sheet
May 31, 2011

## LIABILITIES AND STOCKHOLDERS' EQUITY

Current Liabilities

| | | | |
|---|---|---:|---:|
| Accounts payable | $ | 689,934.56 | |
| Post Petition- Accts payable | | 290,306.38 | |
| Due to Stockholders | | 2,448.74 | |
| Property tax payable(CRIM) | | 773,604.77 | |
| FICA (IRS) payable | | 4,702.91 | |
| Federal Unemployment tax pay | | 683.98 | |
| Income W/H tax payable | | 2,414.39 | |
| Estate Unemployement tax pay | | 115.00 | |
| Disabilities (SDI) payable | | 18.02 | |
| Income taxes 7% payable | | 70.70 | |
| Accrued vacation | | 14,011.64 | |
| Accrued sick | | 18,652.52 | |
| Accrued chrismas bonus | | 2,000.00 | |
| Accrued expense | | 65,582.29 | |
| Insurance payable | | 2,664.61 | |
| Line of Credit- RG | | 492,152.78 | |
| C/P Lines of Credit | | 3,533,588.75 | |
| Reliable Loan- C/P | | 1,771.63 | |
| | | | |
| Total Current Liabilities | | | 5,894,723.67 |
| | | | |
| Long-Term Liabilities | | | |
| Reliable Loan- L/T | | 7,870.51 | |
| | | | |
| Total Long-Term Liabilities | | | 7,870.51 |
| | | | |
| Total Liabilities | | | 5,902,594.18 |
| | | | |
| Stockholders' Equity | | | |
| Accumulated Deficit | | (848,727.27) | |
| Subscription receivable | | (1,000.00) | |
| Stockholders' distribution IT | | (395,891.65) | |
| Common Stock | | 1,000.00 | |
| Net Income | | 123,885.82 | |
| | | | |
| Total Stockholders' Equity | | | (1,120,733.10) |
| | | | |
| Total Liabilities & Stockholders' Equity | $ | | 4,781,861.08 |

Page: 1

### MEDSCI DIAGNOSTIC, INC.
Income Statement
For the Five Months Ending May 31, 2011

| | Current Month This Year | Year to Date This Year | Current Month Last Year | Year to Date Last Year |
|---|---|---|---|---|
| **Revenues** | | | | |
| Professional fees | $ 140,345.23 | $ 1,466,328.99 | $ 287,016.44 | $ 1,619,404.36 |
| Total Revenues | 140,345.23 | 1,466,328.99 | 287,016.44 | 1,619,404.36 |
| | | | | |
| **Cost of Services** | | | | |
| Supplies cost | 49,802.36 | 174,155.12 | 17,126.83 | 63,790.43 |
| Repair & Mantainence- cost | 30,240.00 | 86,607.74 | 68,605.61 | 170,335.39 |
| Tolls | 155.00 | 775.00 | 155.00 | 775.00 |
| Cost of Sales-Salary & Wage | 13,707.56 | 78,751.21 | 13,638.35 | 69,543.24 |
| Professional services | 65,163.35 | 295,923.35 | 66,810.00 | 308,107.63 |
| Lics. & Permit cost | 0.00 | 316.00 | 0.00 | 0.00 |
| Depreciation Equipment | 75,254.68 | 376,373.98 | 75,569.67 | 377,348.77 |
| Payroll tax - cost | 1,208.80 | 9,927.79 | 1,198.66 | 7,017.37 |
| Total Cost of Services | 235,531.75 | 1,022,830.19 | 243,104.12 | 996,917.83 |
| Gross Profit | (95,186.52) | 443,498.80 | 43,912.32 | 622,486.53 |
| | | | | |
| **Expenses** | | | | |
| Workmen compensation | 0.00 | 2,003.67 | 0.00 | 5,153.05 |
| Payroll tax expense | 1,014.00 | 8,682.26 | 0.00 | 0.00 |
| Property tax expense | 0.00 | 0.00 | 25,221.08 | 126,105.40 |
| Rent expense | 2,246.39 | 11,672.83 | 2,734.18 | 13,650.34 |
| Professional services | 6,984.00 | 26,190.70 | 36,385.00 | 286,555.00 |
| Maintenance & Repairs expense | 519.15 | 2,114.15 | 120.00 | 1,620.00 |
| Utilities expense | 500.00 | 2,000.00 | 0.00 | 0.00 |
| Representation expense | 0.00 | 0.00 | 0.00 | 7,000.00 |
| Reimbursement expense | 200.00 | 1,000.00 | 200.00 | 900.00 |
| Office Supplies expense | 799.02 | 1,500.03 | 790.54 | 2,520.67 |
| Telephone expense | 175.29 | 875.75 | 177.06 | 796.03 |
| Office expense | 0.00 | 473.27 | 1,139.00 | 2,311.29 |
| Messenger/ Delivery expenses | 48.00 | 996.00 | 135.00 | 336.00 |
| Auto expense | 540.00 | 2,560.00 | 867.52 | 3,212.52 |
| Bank charge expense | 145.14 | 402.74 | 71.40 | 327.90 |
| Medical Insurance | 661.34 | 4,193.26 | 1,484.84 | 6,984.16 |
| Salaries expense | 12,000.00 | 120,000.00 | 0.00 | 0.00 |
| Insurance expense | 2,338.40 | 14,968.56 | 2,338.40 | 11,914.00 |
| Interest expense | 471.85 | 97,355.21 | 20,660.77 | 134,175.31 |
| US Trustee- Administration | 0.00 | 4,875.00 | 0.00 | 0.00 |
| Donation expense | 0.00 | 0.00 | 0.00 | 2,000.00 |
| Patent expense | 0.00 | 17,749.55 | 5,818.66 | 16,094.46 |
| Sales tax expense | 0.00 | 0.00 | 0.00 | 105.34 |
| Total Expenses | 28,642.58 | 319,612.98 | 98,143.45 | 621,761.47 |
| Net Income (Loss) | $ (123,829.10) | $ 123,885.82 | $ (54,231.13) | $ 725.06 |

6/17/11 at 17:00:10.59

# MEDSCI DIAGNOSTIC, INC.
## General Ledger Trial Balance
### As of May 31, 2011

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 1035 | RG Premier Acct. | 2,326.87 | |
| 1040 | Banco Santander-Payroll | 26,966.34 | |
| 1050 | Banco Santander | 50,337.19 | |
| 1060 | Banco Santander-Taxes | 1,627.97 | |
| 1100 | Accounts Receivable | 1,221,031.00 | |
| 1110 | Unbilled receivable | 101,065.00 | |
| 1150 | Allowance for Doubtful Acc | | 51,700.00 |
| 1158 | Prepaid income tax | 9,940.41 | |
| 1201 | Inventory- Mayaguez | 1,330.37 | |
| 1202 | Inventory- Ponce | 1,895.60 | |
| 1203 | Inventory- Carolina | 1,911.07 | |
| 1204 | Inventory- San Juan | 1,511.80 | |
| 1400 | Prepaid Expenses | 25,000.00 | |
| 1415 | Prepaid Insurance | 13,007.47 | |
| 1417 | Prepaid rent | 2,500.00 | |
| 1498 | Furnitures & Fixtures | 3,631.58 | |
| 1499 | Signs | 18,599.81 | |
| 1500 | Property and Equipment-M | 965,487.17 | |
| 1501 | Property and Equipment-P | 908,903.20 | |
| 1502 | Property and Equipment-C | 948,732.17 | |
| 1503 | Property and Equipment- S | 465,805.03 | |
| 1504 | Vehicles | 13,795.00 | |
| 1600 | Building Improvement- MA | 294,079.80 | |
| 1601 | Building Improvement- Poc | 360,746.48 | |
| 1602 | Building Improvement- Car | 250,746.45 | |
| 1700 | Computer Software-May | 544,950.00 | |
| 1701 | Computer Software- Ponc | 544,950.02 | |
| 1702 | Computer Software- Carol | 544,950.00 | |
| 1703 | Computer Software- SJ | 375,650.00 | |
| 1800 | Accum. Dep.-Furnitures | | 3,631.58 |
| 1801 | Accum. Dep. - Signs | | 14,983.13 |
| 1805 | Acc. Dep. Vehicles | | 8,277.16 |
| 1900 | Accum. Dep. - Prop&Eqt M | | 453,738.81 |
| 1905 | Accum. Dep. - Prop&Eqt P | | 425,622.60 |
| 1910 | Accum. Dep. - Prop&Eqt C | | 439,787.99 |
| 1915 | Accum. Dep. - Prop&Eqt S | | 217,417.40 |
| 1920 | Accum. Dep.- Building Impr | | 119,032.29 |
| 1925 | Accum. Dep.- Building Impr | | 146,016.42 |
| 1930 | Accum. Dep.- Building Impr | | 101,492.60 |
| 1940 | Acc. Dep. Computer Softw | | 253,931.00 |
| 1941 | Acc. Dep. Computer Softw | | 253,336.21 |
| 1942 | Acc. Dep. Computer Softw | | 251,397.67 |
| 1943 | Acc. Dep. Computer Softw | | 179,251.86 |
| 2000 | Accounts payable | | 689,934.56 |
| 2005 | Post Petition- Accts payabl | | 290,306.38 |
| 2100 | Due to Stockholders | | 2,448.74 |
| 2312 | Property tax payable(CRIM) | | 773,604.77 |
| 2330 | FICA (IRS) payable | | 4,702.91 |
| 2340 | Federal Unemployment tax | | 683.98 |
| 2350 | Income W/H tax payable | | 2,414.39 |
| 2360 | Estate Unemployement tax | | 115.00 |
| 2370 | Disabilities (SDI) payable | | 18.02 |
| 2380 | Income taxes 7% payable | | 70.70 |
| 2381 | Accrued vacation | | 14,011.64 |
| 2382 | Accrued sick | | 18,652.52 |
| 2383 | Accrued chrismas bonus | | 2,000.00 |
| 2384 | Accrued expense | | 65,582.29 |
| 2390 | Insurance payable | | 2,664.61 |
| 2425 | Line of Credit- RG | | 492,152.78 |
| 2427 | C/P Lines of Credit | | 3,533,588.75 |
| 2428 | Reliable Loan- C/P | | 1,771.63 |
| 2699 | Reliable Loan- L/T | | 7,870.51 |

6/17/11 at 17:00:10.67

# MEDSCI DIAGNOSTIC, INC.
## General Ledger Trial Balance
### As of May 31, 2011

Filter Criteria includes: Report order is by ID. Report is printed in Detail Format.

| Account ID | Account Description | Debit Amt | Credit Amt |
|---|---|---|---|
| 3910 | Accumulated Deficit | 848,727.27 | |
| 3925 | Subscription receivable | 1,000.00 | |
| 3928 | Stockholders' distribution IT | 395,891.65 | |
| 3930 | Common Stock | | 1,000.00 |
| 4000 | Professional fees | | 1,466,328.99 |
| 5300 | Supplies cost | 174,155.12 | |
| 5350 | Repair & Mantainence- cos | 86,607.74 | |
| 5360 | Tolls | 775.00 | |
| 5400 | Cost of Sales-Salary & Wa | 78,751.21 | |
| 5500 | Professional services | 295,923.35 | |
| 5600 | Lics. & Permit cost | 316.00 | |
| 5900 | Depreciation Equipment | 376,373.98 | |
| 5950 | Workmen compensation | 2,003.67 | |
| 6075 | Payroll tax expense | 8,682.26 | |
| 6100 | Payroll tax - cost | 9,927.79 | |
| 6300 | Rent expense | 11,672.83 | |
| 6325 | Professional services | 26,190.70 | |
| 6350 | Maintenance & Repairs exp | 2,114.15 | |
| 6400 | Utilities expense | 2,000.00 | |
| 6430 | Reimbursement expense | 1,000.00 | |
| 6450 | Office Supplies expense | 1,500.03 | |
| 6500 | Telephone expense | 875.75 | |
| 6550 | Office expense | 473.27 | |
| 6575 | Messenger/ Delivery expen | 996.00 | |
| 6615 | Auto expense | 2,560.00 | |
| 6850 | Bank charge expense | 402.74 | |
| 6875 | Medical Insurance | 4,193.26 | |
| 6900 | Salaries expense | 120,000.00 | |
| 6950 | Insurance expense | 14,968.56 | |
| 6975 | Interest expense | 97,355.21 | |
| 6980 | US Trustee- Administration | 4,875.00 | |
| 7060 | Patent expense | 17,749.55 | |
| | **Total:** | **10,289,539.8** | **10,289,539.8** |