APRIL 28TH, 2011

TO:

MEDSCI DIAGNOSTICS, INC.

FROM:

CERTIFIED TRANSCRIBERS INC.
1075 CARR. 2
PLAZA SUCHVILLE APT. 302
BAYAMON, PUERTO RICO 00959
TEL# 787-783-6623
EIN# 66-0714365

---

SERVICES RENDERED:

TRANSCRIPTS IN THE CASE OF MEDSCI DIAGNOSTICS, INC., BANKRUPTCY CASE NO. 10-00094, HEARING HELD ON 7-7-10.

(133) pgs. @ $4.85 p/p:                                      645.05

TOTAL AMOUNT DUE:                                            $645.05

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND HAS NOT YET BEEN PAID.

S/ CRYSTAL INCHAUSTEGUI
CRYSTAL INCHAUSTEGUI BREAZ
PRESIDENT, C.T.I.